# UNITED STATES DISTRICT COURT

For the _____ District of  Massachusetts

FILED
CLERKS OFFICE

2005 MAR 23 A 11: 55

U.S. DISTRICT COURT

Washington International Insurance Co.   **SUMMONS IN A CIVIL CASE**

V.

Artek Builders, Inc.

CASE NUMBER: 05-10437 GAO

TO: (Name and address of Defendant)

Artek Builders, Inc.
26 Prospect Road
Mattapoisette, MA   02739

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula-Lee Chambers, Esquire
Cetrulo & Capone, LLP
Two Seaport Lane, 10th Floor
Boston, MA   02210
(617) 217-5238

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                         MAR - 8 2005
_____         _____
CLERK                                     DATE

_____
(By) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

March 17, 2005

I hereby certify and return that on 3/15/2005 at 4:56PM I served a true and attested copy of the summons and complaint with exhibits in this action in the following manner: To wit, by delivering in hand to Diane Merlo, agent, person in charge at the time of service for Artek Builders, Inc., at 26 Prospect Road, Mattapoisett, MA 02739. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($22.70) Total Charges $63.20

Deputy Sheriff Gregory S. Kamon

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.