UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

CASE NUMBER: 05CV10437GAO

| |
|---|
| **WASHINGTON INTERNATIONAL INSURANCE COMPANY,** **Plaintiff** vs. **ARTEK BUILDERS, INC.** **Defendant** |

FILED
CLERKS OFFICE

2005 APR -6 P 2: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

## DISCLOSURE STATEMENT UNDER F.R.C.P. RULE 7.1
## OF DEFENDANT ARTEK BUILDERS, INC.

Now comes the Defendant, Artek Builders, Inc., in the above-entitled action and states that it is a Massachusetts business corporation with a principal place of business at 26 Prospect Road, Mattapoisett, MA 02739, and further discloses as follows:

1. Artek Builders, Inc. has no parent corporation; and
2. There is no publicly held corporation which owns ten percent (10%) or more of the stock of Artek Builders, Inc., or in fact any of its stock.

Respectfully submitted,
Artek Builders, Inc.
By its attorney:

_____
Gerald E. Johnson, BBO# 252460
Swansea Professional Park
1010 Grand Army Highway
Swansea, MA 02777
(508) 678-5600

Dated: April 4, 2005

## CERTIFICATE OF SERVICE

I, Gerald E. Johnson, counsel for defendant, hereby certify that I have served the foregoing Disclosure Statement under FRCP Rule 7.1 upon the plaintiff by mailing a copy, first class mail, to the offices of its attorney, Paula Lee Chambers, of Cetrulo & Capone, LLP, Two Seaport Lane, 10th Floor, Boston, MA 02210, this 4th day of April, 2005.

*/s/ Gerald E. Johnson*