UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ARTEK BUILDERS, INC.,<br><br>    Defendant | CIVIL ACTION NO.  05-CV-10437-GAO |

## WASHINGTON INTERNATIONAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

The plaintiff, Washington International Insurance Company ("WIIC"), is a wholly owned subsidiary of Swiss Re.

                                                     Respectfully Submitted,
                                                    Washington International Insurance Company,
                                                    By its attorneys,

                                                    /s/ Paula-Lee Chambers
                                                    Bradford R. Carver, BBO#565396
                                                    Paula-Lee Chambers, BBO#566888
                                                    CETRULO & CAPONE, LLP
                                                    Two Seaport Lane, 10th Floor
                                                    Boston, MA 02110
                                                    (617) 217-5500

Dated:  April 12, 2005