UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

CASE NUMBER: 05CV10437 GAO

| |
|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY, Plaintiff vs. ARTEK BUILDERS, INC. Defendant |

CERTIFICATION OF COUNSEL FOR DEFENDANT
UNDER LOCAL RULE 7.1(A)(2)

I, Gerald E. Johnson, counsel for Defendant Artek Builders, Inc., in the above-entitled action hereby certify that I sent a copy of the foregoing Motion and proposed Third-Party Complaint to Plaintiff's counsel on June 3, 2005. At that time I requested that counsel indicate her assent if she had no objection to the motion, and that I would file the motion if she had not indicated assent or objection by June 10, 2005. Having received no response by June 17, 2005 I have filed the motion herewith, and submit that I have attempted in good faith to resolve or narrow the issue under the provisions of Local Rule 7.1(A)(2).

Respectfully submitted,
Artek Builders, Inc.
By its attorney:

Gerald E. Johnson, BBO# 252460
Swansea Professional Park
1010 Grand Army Highway
Swansea, MA 02777
(508) 678-5600

Dated: June 17, 2005