UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>ARTEK BUILDERS, INC.,<br><br>      Defendant | CIVIL ACTION NO.  05-CV-10437-GAO |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR PLAINTIFF
WASHINGTON INTERNATIONAL INSURANCE COMPANY**

This is to notify the Court and all parties to the above-captioned matter that, effective July 1, 2005, the new firm name, address, telephone number and facsimile number for counsel for Washington International Insurance Company is as follows:

Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
Telephone:  (617) 213-7000
Fax:  (617) 213-7001

Respectfully Submitted,
Washington International Insurance Company,
By its attorneys,


/s/ Paula-Lee Chambers
Bradford R. Carver, BBO#565396
Paula-Lee Chambers, BBO#566888
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000

Dated:  July 25, 2005