UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>ARTEK BUILDERS, INC.,<br><br>           Defendant | CIVIL ACTION NO.  05-CV-10437-GAO |

**AUTOMATIC DISCLOSURE STATEMENT OF WASHINGTON INTERNATIONAL INSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 26(A)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and L.R. 26.2(A), Plaintiff Washington International Insurance Company ("WIIC") hereby makes the following disclosures based on its present knowledge of the facts of this case:

**GENERAL OBJECTIONS**

WIIC objects generally to any claim or suggestion that it has any obligation to produce information or documents other than those properly required under the Rules of Civil Procedure, and further objects to any aspect of this process that may be argued to broaden the scope of the pleadings, either directly or by implication.  WIIC likewise objects to any provision alleged to impose upon it an obligation to divulge any material protected by any privilege, including without limitation the work-product protection and the attorney-client privilege.

These objections are specifically incorporated into each disclosure below, as if set forth therein.  Where WIIC decides to provide information in spite of an objection, it does so without prejudice or waiver.  Any such disclosure does not amount to an admission or concession as to the merits of any opposing parties' entitlement thereto or of WIIC's objection thereto under any

circumstances. WIIC reserves the right to supplement this response as additional information becomes known through the discovery process.

Without waiving and subject to these general objections, WIIC hereby provides the following automatic disclosures:

A. PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT WIIC MAY USE TO SUPPORT ITS CLAIM AND DEFENSES AND THE SUBJECT OF SUCH INFORMATION

1. JS Luiz III
   12 Ventura Drive
   North Dartmouth, MA 02747

Subject of Information:

- Knowledge and information concerning Artek Builders, Inc.'s relationship to JS Luiz, III, Inc.;

- Knowledge and information regarding the establishment of Artek Builders, Inc.;

- Knowledge and information regarding the projects, including each individual subcontract.

2. Ronald C. Merlo
   JS Luiz III, Inc.
   12 Ventura Drive
   North Dartmouth, MA 02747

Subject of Information:

- Knowledge and information concerning Artek Builders, Inc.'s relationship to JS Luiz, III, Inc.;

- Knowledge and information regarding the establishment of Artek Builders, Inc.;

- Knowledge and information regarding the projects, including each individual subcontract.

3. Pamela Piccaro

2

       91 Chase Road
       North Dartmouth, MA  02747

Subject of Information:

- Knowledge and information concerning Artek Builders, Inc.'s relationship to JS Luiz, III, Inc.;

- Knowledge and information regarding the establishment of Artek Builders, Inc.;

- Knowledge and information regarding the projects, including each individual subcontract.

    4.    Diane Merlo
           Artek Builders, Inc.
           26 Prospect Road
           Mattapoisette, MA

Subject of Information:

- Knowledge and information concerning Artek Builders, Inc.'s relationship to JS Luiz, III, Inc.;

- Knowledge and information regarding the establishment of Artek Builders, Inc.;

- Knowledge and information regarding the projects, including each individual subcontract.

    5.    Shirley Cormier
           Artek Builders, Inc.
           13 Pike Street
           N. Dartmouth, MA  02747

Subject of Information:

- Knowledge and information of their corporation of Artek Builders, Inc.

    6.    Gerald E. Johnson, Esquire
           Swansea Professional Park
           1010 Grand Army Highway
           Swansea, MA  02777

Subject of Information:

- Knowledge and information concerning Artek Builders, Inc.

    7.    Christopher DiSano, Esquire
           Brian LaPlante, Esquire
           LaPlante & Sowa, LTD
           67 Cedar Street, Suite 102
           Providence, RI 02903

Subject of Information:

- Knowledge and information concerning JS Luiz, III and Artek Builders, Inc.

    8.    Marcelo Virgili, Esquire
           NAS Insurance Group
           1200 Arlington Heights Road, Suite 400
           Itasca, Illinois 60143

Subject of Information:

- Knowledge and information concerning the investigation of the payment bond claims;

- Knowledge and information regarding the payment bond claims;

- Knowledge and information concerning WIIC's rights and obligations under the payment bond;

- Knowledge and information regarding WIIC's communications with JS Luiz, III, and Artek Builders, Inc., regarding the bonds.

- Knowledge and information regarding communications relative to the payment bond claims;

B.    DOCUMENTS IN WIIC'S POSSESSION, CUSTODY OR CONTROL THAT MAY BE USED TO SUPPORT WIIC'S CLAIMS OR DEFENSES.

The following is a list of categories of documents within the possession, custody or control of WIIC or its counsel at this time relating to the current civil action generally: it includes, without prejudice, those documents that WIIC believes to be related to issues alleged in

4

the pleadings and includes those documents properly available to opposing parties. The listing of any document category or the production of any document does not amount to a waiver by WIIC or any available privilege or protection, each of which is specifically reserved.

1. Non-privileged correspondence between and among WIIC, JS Luiz, Artek Builders, Inc., and representatives of each;

2. Non-privileged documents generated by WIIC, JS Luiz, Artek Builders, Inc., and representatives of each;

3. Correspondence and agreements between WIIC, JS Luiz, Artek Builders, Inc., and representatives of each; and

4. Non-privileged notes and memoranda maintained by WIIC.

Copies of the aforementioned documents are currently maintained at the offices of WIIC's counsel in this case.

C.  COMPUTATION OF DAMAGES

N/A.

D.  INSURING AGREEMENTS

WIIC is not aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of any judgment which may be entered in this case.

                                    Respectfully Submitted,
                                    WIIC International Insurance Company,
                                    By its attorneys,

                                    _____
                                    Bradford R. Carver, BBO#565396
                                    Paula-Lee Chambers, BBO#566888
                                    Hinshaw & Culbertson LLP
                                    One International Place, 3rd Floor
                                    Boston, MA 02110
Date:  July 27, 2005                    (617) 213-7000

02060-0104
370849v1

34012696v1 856540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON INTERNATIONAL<br>INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>ARTEK BUILDERS, INC.,<br><br>   Defendant | CIVIL ACTION NO. 05-CV-10437-GAO |

## AUTOMATIC DISCLOSURE STATEMENT OF WASHINGTON INTERNATIONAL INSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 26(A)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and L.R. 26.2(A), Plaintiff Washington International Insurance Company ("WIIC") hereby makes the following disclosures based on its present knowledge of the facts of this case:

### GENERAL OBJECTIONS

WIIC objects generally to any claim or suggestion that it has any obligation to produce information or documents other than those properly required under the Rules of Civil Procedure, and further objects to any aspect of this process that may be argued to broaden the scope of the pleadings, either directly or by implication. WIIC likewise objects to any provision alleged to impose upon it an obligation to disclose any matter protected by any privilege, including without limitation the work-product protection and the attorney-client privilege.

These objections are specifically incorporated into each disclosure below, as if set forth therein. Where WIIC decides to provide information in spite of an objection, it does so without prejudice or waiver. Any such disclosure does not amount to an admission or concession as to the merits of any opposing parties' claim or of WIIC's objection thereto under any

                                      Respectfully Submitted,
                                      VHC International Insurance Company,
                                      by its attorneys,

                                      /s/ Paula-Lee Chambers
                                      Clifford R. Carver, BBO#565396
                                      Paula-Lee Chambers, BBO#566888
                                      Hinshaw & Culbertson LLP
                                      One International Place, 3rd Floor
                                      Boston, MA 02110
                                      (617) 213-7000

Date: July 27, 2005