# United States District Court

DISTRICT OF MASSACHUSETTS

**PLAINTIFF**

WASHINGTON INTERNATIONAL
INSURANCE COMPANY

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**

ARTEK BUILDERS, INC.

**CASE NUMBER:**

05 CA 10437 GAO

**V. THIRD PARTY DEFENDANT**

J.S. LUIZ 3rd, INC.

TO: (Name and address of Third Party defendant) J.S. Luiz 3rd, Inc., 12 Ventura Drive, Dartmouth, MA 02747

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Paula-Lee Chambers, BBO# 566888<br>Hinshaw & Culberton LLP<br>One International Place, 3rd Floor<br>Boston, MA 02210 | Gerald E. Johnson, BBO# 252460<br>Swansea Professional Park<br>1010 Grand Army Highway<br>Swansea, MA 02777 |

an answer to the third-party complaint which is herewith served upon you within ___ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

SARAH A. THORNTON
CLERK

*/s/ Gina Edge*
(BY) DEPUTY CLERK

Oct. 5, 2005
DATE

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

| | |
|---|---|
| Serv | **Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631 |
| NAME C | *Bristol, ss.* |

October 18, 2005

I hereby certify and return that on 10/14/2005 at 03:19 pm I served a true and attested copy of the Third Party Summons and Third Party Complaint, Exhibit A in this action in the following manner: To wit, by delivering in hand to Maria Goncalves, agent, person in charge at the time of service for J.S. Luiz 3rd, Inc., 12 Ventura Drive, North Dartmouth, MA. Copies ($2.00), Conveyance ($0.75), Travel ($23.00), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.50

☐

☐ Deputy Sheriff Kenneth G. Monteiro

Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.