UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05CV10437GAO

WASHINGTON INTERNATIONAL INSURANCE
COMPANY,
    Plaintiff

v.

ARTEK BUILDERS, INC.
    Defendant/Third Party Plaintiff

v.

J.S. LUIZ, 3RD, INC.
    Third Party Defendant

### THIRD PARTY DEFENDANT'S MOTION
### TO STRIKE AND/OR DISMISS THIRD PARTY COMPLAINT

Third Party Defendant J.S. Luiz 3rd, Inc. moves to strike and/or dismiss the Third Party Complaint against it as improper under F.R.C.P. 14.

In support of this motion, Third Party Defendant refers to its Memorandum of Law.

    Third Party Defendant
    By its Attorneys,

    LAW OFFICES OF
    BEAUREGARD, BURKE & FRANCO

    /s/
    PHILIP N. BEAUREGARD BBO#034780
    MICHAEL FRANCO BBO#567091
    32 William Street
    New Bedford, MA 02740
    Tel. No. (508) 993-0333

Dated: November 23, 2005