<u>RULE 7. 1 CERTIFICATE</u>

      I, MICHAEL FRANCO, certify that I conferred with Third Party Plaintiff's counsel, Attorney Gerald Johnson, in an effort to narrow or resolve the issues underlying this motion.

                                               /s/
                              MICHAEL FRANCO BBO# 567091