CERTIFICATE OF SERVICE

      I, MICHAEL FRANCO, hereby certify that I have served a true copy of Third Party Defendant's Motion to Dismiss and/or Strike Third Party Complaint and Memorandum of Law in Support of Third Party Defendant's Motion to Dismiss and/or Strike Third Party Complaint to Gerald E. Johnson, 1010 GAR Highway, Swansea, MA and Paula-Lee Chambers, Hinshaw & Culbertson, LLP, One International Square, Boston, via first-class mail this 23rd day of November 2005.

                                              /s/
                                  MICHAEL FRANCO BBO #567091