UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WASHINGTON INTERNATIONAL
INSURANCE COMPANY,

        Plaintiff,

v.

ARTEK BUILDERS, INC.,

        Defendant

CIVIL ACTION NO.  05-CV-10437-GAO

## WASHINGTON INTERNATIONAL INSURANCE COMPANY'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

1.      At all times relevant to this action, Washington International Insurance Company ("WIIC" or the "Surety") has been in the business of, among other things, issuing performance and payment surety bonds to various contractors to secure their performance on various construction projects.  (Exhibit A at ¶ 2).

2.      WIIC, as Surety, executed multi performance and payments bonds on behalf of J.S. Luiz 3d, Inc. ("Luiz" or "Principal"), as Principal, in favor of the Principal's owners as Obligees for various construction projects throughout the Commonwealth of Massachusetts.  (Id. at ¶ 3).

3.      Luiz is a corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 12 Ventura Drive, No. Dartmouth, Massachusetts.  (Exhibit B at ¶ 2).

4.      At all times relevant to this action, Luiz has been in the business of providing general contracting services for construction projects.  (Id.).

5.      Joseph S. Luiz, III ("Mr. Luiz") served as the President of Luiz from the company's incorporation on July 7, 1980 through May of 2005.  (Id.).

6.      On or about April 14, 2000, Mr. Luiz caused to be incorporated, Artek Builders, Inc. ("Artek"), for the primary purpose of providing labor for construction projects generated by Luiz.  (Id. at ¶ 3).

7.      Initially, Mr. Luiz served as the President, Treasurer, Clerk, sole director and shareholder of Artek.  (Id.).

8.      On or about May 4, 2000, Mr. Luiz resigned as an officer and director of Artek, and transferred his 100 shares of stock to a Luiz employee, Shirley Cormier.  Ms. Cormier was simultaneously elected President, Treasurer, Clerk and sole Director of Artek.  (Id. at ¶ 4).

9.      Artek was required to pay Luiz an annual management services fee.  (Id. at ¶ 5).

10.     Artek was initially operated at 13 Pike Street, So. Dartmouth, MA, out of Ms. Cormier's then residence.  (Id. at ¶ 6).  On or about January 16, 2002, Artek moved to Ms. Cormier's next residence at 9 Pinehurst Avenue, Mattapoisett, MA.   (Id.).

11.     Ms. Cormier married Joseph S. Luiz, III on January 6, 2005.  (Id.).

12.     In September of 2003, Ms. Cormier resigned as an officer and director of Artek and authorized the transfer of her 100 shares of stock to Diane M. Merlo, who was simultaneously elected President, Treasurer, Clerk and sole director of Artek.  (Id. at ¶ 7).

13.     Ms. Merlo is the spouse of Ronald C. Merlo, who was then serving as Vice President and director of Luiz.  (Id.).

14.     From the time Artek was incorporated and at all times material hereto, Artek has only provided labor to construction projects managed by Luiz.  (Id. at ¶ 7; Exhibit C).

15.     From the time Artek was incorporated and at all times material hereto, Artek served as Luiz' "in-house" subcontractor.  (Exhibit D).

16.     From the time Artek was incorporated and at all times material hereto, Luiz was Artek's sole source of income.  (Exhibit B at ¶ 7; Exhibit D; Exhibit E).

17.     From the time Artek was incorporated and at all times material hereto, Luiz paid for all of Artek's labor and material costs for all of the projects Artek worked on with Luiz. (Exhibit B at ¶ 9; Exhibit E).

18.     Throughout the history of the relationship between Luiz and Artek, Luiz never contemplated, agreed to pay, or paid overhead and profit to Artek for labor provided by Artek on Luiz projects.  (Exhibit B at ¶ 10; Exhibit D at page 2).

19.     Rather, the custom and practice between the two companies was that Artek billed Luiz for pure labor costs, only.  (Exhibit B at ¶ 10).

20.     Because of the custom and practice between the companies, Artek never had the assets to finance itself, pay any of its expenses or losses on its own, or establish the capital necessary to independently sustain itself apart from Luiz.  (Exhibit B at ¶ 11).

21.     Between June of 2003 and April of 2004, Luiz entered into nine (9) construction contracts with various owners to perform certain contract work on public projects (the "Project(s)") throughout the Commonwealth of Massachusetts.  (Exhibit B at ¶ 12).

22.     WIIC, as Surety, executed the multiple payment and performance bonds on behalf of Luiz, as Principal, in favor of the Principal's owners as Obligees for the various Projects. (Exhibit A at ¶ 3; Exhibit B at ¶ 13).

23.     In furtherance of its contracts with the various owners, Luiz utilized Artek to provide the labor and/or manpower necessary to complete a portion of the Projects.  (Exhibit B at ¶ 14).

24.    Consistent with the custom and practice between Luiz and Artek, Artek billed Luiz for the costs of the labor on the Projects, and the weekly salary of Artek's President, Diane Merlo.  (Exhibit B at ¶ 15; Composite Exhibit G[1]).

25.    In addition, Artek billed Luiz for <u>all</u> operating costs incurred by Artek, including, but not limited to, workers compensation insurance, general liability insurance, taxes, telephone services, office supplies, employee expenses, materials, pension plan expenses, and accounting services.  (Exhibit A at ¶ 15; Composite Exhibit G).

26.    In September of 2004, Ronald Merlo resigned as Vice President of Luiz.  (Exhibit B at ¶ 16).

27.    On September 16, 2004, Artek advised Luiz that it could "no longer provide manpower to J.S. Luiz, Inc. for any/all projects," including the Bonded Projects then in progression.  (Exhibit C).

28.    In that same letter, Ms. Merlo also stated that "working on a time and material basis, and questioning whether I can make weekly payroll, is no longer a viable option."  (<u>Id.</u>).

29.    That same day, Artek laid-off all of its employees.  (<u>Id.</u>; Exhibit H).

30.    Artek's September 16, 2004 memo to its employees advised that the lay-off was effective as of 7:00 am, on September 16, 2004, and was due to "unforeseen circumstances." (Exhibit H).

31.    Artek suggested that all of its employees on the Projects seek immediate employment with Luiz.  (<u>Id.</u>).

32.    Artek employees were immediately placed on Luiz' payroll and continued to provide labor to the Projects then in progression.  (Exhibit B at ¶ 17).

_____

[1]    Composite Exhibit G is a representative sampling of the invoices billed by Artek to Luiz on the Projects, as well as the type of costs Luiz paid on behalf of Artek.

33.     On September 17, 2004, Artek sent invoice No. 229 to Luiz, which included all labor costs then allegedly owed to Artek, as well as, a so-called 12% markup for overhead and profit.  (Exhibit B at ¶ 18).

34.     Luiz rejected invoice No. 229 and reminded Artek, in writing, that its inclusion of overhead and profit in the invoice was outside the scope of Luiz' customary and usual relationship with Artek, and not contemplated, agreed to, or allowed by Luiz.  (Exhibit B at ¶ 19).

35.     On or about September 21, 2004, Artek sent notice to the Surety of its demand against three (3) of the payment Bonds WIIC issued on behalf of Luiz.  (Exhibit A at ¶ 4).

36.     On or about October 6, 2004, Artek sent an additional notice to the Surety of its demand against six (6) other payment Bonds executed by WIIC on behalf of Luiz.  (Exhibit A at ¶ 5; Exhibit E).

37.     Upon receiving the notice of Artek's claims, WIIC requested Artek submit a Proof of Claim for each of the nine (9) Bonds it sought payment under.  (Exhibit A at ¶ 6).

38.     Accordingly, Artek provided the Surety with Proof of Claims for each of the nine (9) payment Bonds, accompanied by documentation submitted by Artek in support thereof.  (Exhibit A at ¶ 7; Exhibit F).

39.     The documentation included nine (9) Subcontract Agreements purportedly executed between Artek and Luiz, for labor provided on the nine (9) bonded Projects.  (Exhibit A at ¶ 7).

40.     The Proof of Claims were executed in Affidavit form by Artek's President, Diane M. Merlo, who swore to the truth of the facts set forth in each Proof of Claim and all documents

attached thereto and made a part thereof.  (Exhibit A at ¶ 8. *See also*, Exhibit B attached to Complaint for Declaratory Judgment, filed with the Court on March 7, 2005).

41.     Each Proof of Claim was made "for the purpose of inducing, Washington International Insurance Company, as surety for the principal, to pay said claim under the bond which it executed for said principal."  (Exhibit A at ¶ 9).

42.     All nine (9) of the Subcontract Agreements submitted by Artek under oath as substantiating its claims under the Bonds, are invalid and fraudulent.  (Exhibit A at ¶ 14; Exhibit B at ¶ 20).

43.     Specifically, four (4) Subcontract Agreements submitted in support of Artek's claims made against Bond numbers S902-1719, S902-1702, S902-0049 and S902-0033 bear the forged signature Joseph S. Luiz, III.  (Exhibit A at ¶ 11; Exhibit B at ¶ 21).

44.     In addition, the four (4) Subcontract Agreements submitted in support of Artek's claims made against Bond numbers S902-4062, S901-4779, S901-4798, and S901-4788, are all dated September 10, 2004, <u>after</u> the last labor was performed by Artek on each project.  (Exhibit A at ¶ 12; Exhibit B at ¶ 22).

45.     Further, the Subcontract Agreement submitted in support of Artek's claim made against Bond number S902-1750 is dated September 10, 2004, only <u>five</u> days before the last labor was performed on the project, yet Artek claims the total labor for the duration of the project was $303,491.98.  (Exhibit A at ¶ 13; Exhibit B at ¶ 23).

46.     On or about March 7, 2005, WIIC initiated a declaratory judgment action against Artek on the grounds that the Artek is an insider, the alter ego of Luiz, or within the family of Luiz companies, and therefore, not a claimant as defined by M.G.L. c. 149, §29.  As such, WIIC

seeks a judgment that its obligations to Artek under the Bonds are exonerated and discharged. (*See*, Complaint for Declaratory Judgment, filed with the Court on March 7, 2005).

47.    Artek answered WIIC's declaratory judgment complaint on April 4, 2005, denying WIIC's allegations and filed a counterclaim to enforce its claim against WIIC pursuant to M.G.L. c. 149, § 29.  (*See*, Answer and Counterclaim of Defendant, Artek Builders, Inc., filed April 4, 2005).

Respectfully Submitted,
**Washington International Insurance Company,**
By its attorneys,


/s/ Paula-Lee Chambers
Paula-Lee Chambers, BBO# 566888
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000

Date: January 30, 2006

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WASHINGTON INTERNATIONAL
INSURANCE COMPANY,

       Plaintiff,

v.

ARTEK BUILDERS, INC.,

       Defendant

CIVIL ACTION NO.  05-CV-10437-GAO

## AFFIDAVIT OF MARCELO VIRGILI

I, Marcelo Virgili, being duly sworn, hereby depose and state as follows:

1.     I am a claims analyst for the Plaintiff, Washington International Insurance Company ("WIIC").  I have full authority to adjust, manage, and prosecute the claims of WIIC with respect to this litigation.  I make the statements that follow on personal knowledge, or on the basis of the business records of WIIC with respect to this matter, of which I am the keeper.

2.     At all times relevant to this action, WIIC has been in the business of, among other things, issuing performance and payment surety bonds to various contractors to secure their performance on various construction projects.

3.     WIIC, as Surety, executed various performance and payments bonds on behalf of J.S. Luiz 3d, Inc. ("Luiz"), as Principal, in favor of the Obligees for various construction projects throughout the Commonwealth of Massachusetts.

4.      On or about September 21, 2004, Artek Builders, Inc. ("Artek"), sent notice to the Surety of its demand against three (3) of the payment Bonds issued on behalf of Luiz.

5.      On or about October 6, 2004, Artek sent an additional notice to the Surety of its demand against six other payment Bonds executed by WIIC on behalf of Luiz.

6.      Upon receiving the notice of Artek's claims, WIIC requested Artek submit a Proof of Claim for each of the nine (9) payment Bond claims it sought payment against.

7.      Accordingly, Artek provided the Surety with Proof of Claims against each of the nine (9) payment bonds, accompanied by documentation submitted by Artek in support thereof.    The documentation included nine (9) Subcontract Agreements purportedly executed between Artek and Luiz, for labor provided on nine (9) bonded Projects.

8.      The Proof of Claims were executed in Affidavit form by Artek's President, Diane M. Merlo, who swore to the truth of the facts set forth in each Proof of Claim and all documents attached thereto and made a part thereof.

9.      Each Proof of Claim was made "for the purpose of inducing, Washington International Insurance Company, as surety for the principal, to pay said claim under the bond which it executed for said principal."   (*See*, Proof of Claims executed by Diane M. Merlo, attached as Exhibit B to WIIC's Complaint).

10.     As part of the Surety's investigation of Artek's claims, the documents submitted by Artek were forwarded on to Luiz, for the Principal's review and comment.

11.     The Principal has advised that four (4) Subcontract Agreements submitted in support of Artek's claims made against Bond numbers S902-1719, S902-1702, S902-0049 and S902-0033, bear the forged signature Joseph S. Luiz, III.

12.     In addition, the four (4) Subcontract Agreements submitted in support of Artek's claims made against Bond numbers S902-4062, S901-4779, S901-4798, and S901-4788, are all dated September 10, 2004, <u>after</u> the last labor was performed by Artek on each project.

13.     As well, the Subcontract Agreement submitted in support of Artek's claim made against Bond number S902-1750 is dated September 10, 2004, only five days before the last labor was performed on the project, yet Artek claims the total labor for the duration of the Project was $303,491.98.

14.     Consequently, all nine (9) of the Subcontract Agreements purportedly executed between Artek and Luiz, submitted under oath to substantiate Artek's claims against the 9 bonded Projects, are seemingly fraudulent.

15.     Moreover, the correspondence and the invoices submitted by Artek to the Surety to further substantiate its claims against the Bonds, reveal that at all times material to this action, Artek invoiced Luiz for labor, material, and <u>ALL</u> costs associated with operating its business, such as general liability insurance, workers compensation

insurance, taxes, office supplies, telephone services, etc., and the $200/week salary of

Artek's President, Diane M. Merlo.


Signed under the pains and penalties of perjury this 27ᵗʰ day of January, 2006.

_____
Marcelo Virgili

34016766v1 856540

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY, <br><br>         Plaintiff, <br><br> v. <br><br> ARTEK BUILDERS, INC., <br><br>         Defendant | CIVIL ACTION NO.  05-CV-10437-GAO |

## <u>AFFIDAVIT OF JOSEPH S. LUIZ, III</u>

I, Joseph S. Luiz, being duly sworn, hereby depose and state as follows:

1.    I am the former President of J.S. Luiz, 3rd, Inc.  ("Luiz").  I make the statements that follow on personal knowledge.

2.    Luiz is a corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 12 Ventura Drive, No. Dartmouth, Massachusetts.  At all times relevant to this action, Luiz has been in the business of providing general contracting services for construction projects.  I served as the President of Luiz from the company's incorporation on July 7, 1980 through May of 2005.

3.    On or about April 14, 2000, I caused to be incorporated, Artek Builders, Inc. ("Artek"), for the primary purpose of providing labor for construction projects

generated by Luiz. Initially, I served as the President, Treasurer, Clerk, sole director and shareholder of Artek.

4.     On or about May 4, 2000, I resigned as an officer and director of Artek, and transferred my 100 shares of stock to a Luiz employee, Shirley Cormier. Ms. Cormier was simultaneously elected President, Treasurer, Clerk and sole Director of Artek.

5.     Artek was required to pay Luiz an annual management services fee.

6.     Artek was initially operated at 13 Pike Street, So. Dartmouth, MA, out of Ms. Cormier's then residence. On or about January 16, 2002, Artek moved to Ms. Cormier's next residence at 9 Pinehurst Avenue, Matttapoisett, MA. Ms. Cormier became my wife on January 6, 2005.

7.     In September of 2003, Ms. Cormier resigned as an officer and director of Artek and authorized the transfer of her 100 shares of stock to Diane M. Merlo, who was simultaneously elected President, Treasurer, Clerk and sole director of Artek. Ms. Merlo is the spouse of Ronald C. Merlo, who was then serving as Vice President and director of Luiz.

8.     From the time Artek was incorporated and at all times material hereto, Artek only provided labor to construction projects managed by Luiz, such that Luiz was Artek's sole source of income.

9.      From the time Artek was incorporated, Luiz paid for all of Artek's labor and material costs for all projects Artek worked on with Luiz.

10.     Throughout the history of the relationship between Luiz and Artek, Luiz never contemplated, agreed to pay, or paid overhead and profit to Artek for work provided by Artek on Luiz projects.  Rather, the custom and practice between the two companies was that Artek billed Luiz for pure labor costs, only.

11.     Because of the custom and practice between the companies, Artek never had the assets to finance itself, pay any of its expenses or losses on its own, or establish the capital necessary to independently sustain itself apart from Luiz.

12.     Between June of 2003 and April of 2004, Luiz entered into nine (9) construction contracts with various owners to perform certain contract work on public projects (the "Project(s)") throughout the Commonwealth of Massachusetts.

13.     Washington International Insurance Company ("WIIC"), as Surety, executed the multiple payment and performance bonds on behalf of Luiz, as Principal, in favor of the Principal's owners as Obligees for the various Projects.

14.     In furtherance of its contracts with the various owners, Luiz utilized Artek to provide the labor and/or manpower necessary to complete a portion of the Projects.

15.     Consistent with the custom and practice between Luiz and Artek, Artek billed Luiz for the costs of the labor on the Projects, including the weekly salary of Artek's President, Diane Merlo.

16.     In September of 2004, Ronald Merlo resigned from Luiz. Artek then laid-off it's employees.

17.     Artek employees were immediately placed on Luiz' payroll and continued to provide labor to the Projects then in progression.

18.     On or about September 17, 2004, Artek sent invoice No. 229 to Luiz, which included all labor costs then allegedly owed to Artek, as well as, a so-called 12% markup for overhead and profit.

19.     Luiz rejected invoice No. 229 and reminded Artek, in writing, that its inclusion of overhead and profit in the invoice was outside the scope of Luiz' customary and usual relationship with Artek, and not contemplated, agreed to, or allowed by Luiz.

20.     I have reviewed the nine (9) executed Proof of Claims and the Subcontract Agreements attached thereto, submitted by Artek to the Surety, WIIC, in support of Artek's claims against the nine (9) payments bonds. Significantly, the nine (9) Subcontract Agreements purportedly substantiating Artek's claims against the Bonds, are invalid and fraudulent.

21.     Specifically, four (4) Subcontract Agreements submitted in support of Artek's claims made against Bond numbers S902-1719, S902-1702, S902-0049 and S902-0033 bear the signature Joseph S. Luiz, III, with no witness attestation. However, I did not sign these contracts and the signature is a forgery.

22.     In addition, the five (5) Subcontract Agreements submitted in support of Artek's claims made against Bond numbers S902-4062, S901-4779, S901-4798, S902-1750,

and S901-4788, are all dated September 10, 2004, <u>after</u> the last labor was performed by Artek on each project.

23.    Further, the Subcontract Agreement submitted in support of Artek's claim made against Bond number S902-1750 is dated September 10, 2004, only five days before the last labor was performed on the project, yet Artek claimed that its total labor for the duration of the Project was $303,491.98.

Signed under the pains and penalties of perjury this 26 day of January , 2006.

_____
Joseph S. Luiz, III

-5-

# EXHIBIT C



# ARTEK BUILDERS, INC.

**26 Prospect Road, Mattapoisett, MA 02739**
**Telephone/Fax 508-758-9715**

September 16, 2004

Mr. Joseph S. Luiz III, President
J.S. Luiz 3rd, Incorporated
12 Ventura Drive
North Dartmouth, MA 02747

RE:  EMPLOYEE LAY-OFFS

Dear Mr. Luiz,

I am writing this letter to inform you that Artek Builders, Inc. can no longer provide manpower to J.S. Luiz, Inc. for any/all projects including but not limited to Massport, Masshighway, Rainbow Kids – Norton, Mt. Pleasant Street Sewer Work, Somerset A.D.A. School, etc.  Unfortunately, working on a time and material basis, and questioning whether I can make weekly payroll, is no longer a viable option.

The unnecessary conditions this puts the organization under cannot be allowed to persist. I will be laying-off all Artek employees effective at 7:00am on September 16, 2004.  We will notify the employees that they may be able to obtain immediate employment at J.S. Luiz 3rd, Inc. for the duration of the projects.

Artek will be forwarding final invoices and certified payroll to J.S. Luiz 3rd, Inc. by week's end.  I would appreciate rapid payment on these invoices so that I may closeout these projects.

Sincerely,

*Diane M. Merlo*

Diane M. Merlo
President

# EXHIBIT D



# ARTEK BUILDERS, INC.

### 26 Prospect Road, Mattapoisett, MA 02739
### Telephone/Fax 508-758-9715

October 7, 2004

Joseph S. Luiz III
J.S. Luiz 3rd, Inc.
12 Ventura Drive
North Dartmouth, MA 02747

RE:  Response to J.S. Luiz 3rd, Inc. letter dated September 22, 2004 – Payments

Dear Mr. Luiz,

Artek Builders, Inc. is a company that has worked entirely for J.S. Luiz 3rd, Inc. as an "in-house" subcontractor since it's incorporation in April 2000, as you are well aware.

Since Artek started doing business with J.S. Luiz 3rd, Inc., we have always been paid for any and all invoices submitted by Artek Builders, Inc., without holding a 5% retainer.  If you review your past records you will see that J.S. Luiz 3rd, Inc. is presently NOT within the customary terms for payment for Artek.

With respect to Artek's Invoice No. 229 dated September 12, 2004, we can provide all necessary documentation that J.S. Luiz 3rd, Inc. has always contemplated, agreed to and allowed for payments of charges from Artek for ALL costs.  Consequently, Artek considers these charges to be completely within the scope of our relationship with J.S. Luiz 3rd, Inc.

Please be advised that your Invoice No. 922004, dated September 21, 2004 for $31,875, is without merit. May I remind you that as of January 1, 2004 I took over all operations associated with Artek, and moved the company to my home office at 26 Prospect Road in Mattapoisett.  J.S. Luiz 3rd, Inc. management services, as provided in the past, ended as of December 31, 2003.

All documentation regarding the Somerset School project has been forwarded to your office as of September 24, 2004.  Invoice No. 230 was also enclosed for the additional costs involved when J.S. Luiz 3rd, Inc. transferred Mr. Carvalho from a supervisor position to a carpenter/laborer position without obtaining Artek's consent.  We trust that there will be no further delay in payments for this project.

In summary, based on your recent failure to make payments to Artek, and lack of cooperation, we consider our request to the bonding company justifiable, and with merit.  Artek will continue forward until such time as all outstanding invoices are paid.

Sincerely,

Diane M. Merlo
President

Cc:    Gerald E. Johnson, Esq.
       William Labbe, Fietelberg Insurance Company
       Jeff Schroeder, NAS Surety Group



J.S. Luiz Inc.

...oup – Jeff Schroeder

General Contractor

**GENERAL CONTRACTOR**
Residential · Commercial · Industrial

September 22, 2004

Artek Builders, Inc.
Attn: Diane Merlo
26 Prospect Road
Mattapoisett, MA  02739

Tel/Fax: 508-758-9715

Re:    Payments

J.S. Luiz, Inc. is a long-standing company that has always worked to honor its commitments.

We pay our subcontractors or suppliers 30- 45 days as received with a 5% retainer on the project until all punch lists from architects are complete. If you review the time frame of your invoices you will see that all invoice dates are currently within our customary terms for payment.

With respect to your billing invoice number 229 dated 9/12/04, be advised that during our entire work history J.S. Luiz 3rd, Inc. has never contemplated, agreed to or allowed to be paid a charge from Artek for overhead and profit. Consequently we considered these charges to be outside the scope of our customary and usual relationship and obviously not considered for payment at the present time, review of your past records should show that J.S.Luiz 3rd, Inc. has consistently received an annual management fee of $ 45, 000.00 from Artek. We have pro-rated your management fee as of September 15, 2004
(see following invoice).

Also we are still awaiting corrective payroll report as previous requested for Somerset School project for your employee George Carvalho.  We have a time sheet filled out by him that stated he was doing carpentry work but we have no payroll report. This will hold up any payments on that project.

In summary, given what we perceived at our good standard with your company we consider the correspondence to the bond company without merit and damaging to our reputation as a general contractor, be respectfully withdrawn immediately.

Thank you for prompt attention in this matter.

*Joseph S. Luiz III Pres,*

Joseph S. Luiz 3rd., President

Cc: File
       Feitelberg Insurance Company
       NAS Surety Group – Jeff Schroeder

12 Ventura Drive
No. Dartmouth, Ma. 02747
(508) 995-3535   Fax 995-9541

# EXHIBIT E



# ARTEK BUILDERS, INC.

**26 Prospect Road, Mattapoisett, MA 02739**
**Telephone/Fax 508-758-9715**

October 6, 2004

Marcelo Virgili
Washington International Insurance Company
1200 N. Arlington Heights Road, Suite 400
Itasca, IL  60143-2625

Tel: 630-227-4767
Fax: 630-227-4705

RE:     Second Request for Demand for Payment Outstanding
        General Contractor:  J.S. Luiz 3rd, Inc.
        All Bonded Projects

Dear Mr. Virgili,

Enclosed please find copies of our first request to NAS Surety Group for demand for
payment regarding the General Contractor J.S. Luiz 3rd, Inc. and three projects with
which Artek was able to obtain a copy of the bonds for.  Listed below are ALL bonded
projects with which Artek has subcontracts with J.S. Luiz 3rd, Inc., and all of which have
outstanding monies due:

| PROJECT NAME | OUTSTANDING BALANCE |
|---|---|
| Massport L676-C1 Residential Sound Work<br>Payment Bond No. S-9021719 | $ 63,212.31 |
| Massport L605-C7 Residential Sound Work<br>Payment Bond No. S-9021750 | $ 46,106.49 |
| M.H.D. 34066 – Repairs to Chemical Storage – District 5<br>Payment Bond No. S-9021702 | $ 35,534.62 |
| Somerset A.D.A. School Upgrades<br>Payment Bond No. unknown | $  1,052.40 |
| Stoughton District Courthouse<br>Payment Bond No. unknown | $      98.62 |
| Massport D137-C2 Equipment sand/salt Building<br>Payment Bond No. unknown | $     746.55 |
| Bridgewater State Rondileau Campus<br>Payment Bond No. unknown | $     280.90 |

Artek Builders, Inc.
Page 2 of 2

| PROJECT NAME | OUTSTANDING BALANCE |
|---|---|
| Camp Edwards – Bourne – EST Building Payment Bond No. unknown | $    47.98 |
| Walk to the Sea – Barnstable Payment Bond No. unknown | $ 1,010.04 |

**TOTAL OUTSTANDING BALANCE – ALL PROJECTS**    **$ 148,089.91**

Enclosed is an invoicing statement which clearly shows the past history that J.S. Luiz 3rd, Inc. has paid Artek Builders within a week of invoicing, the entire amount shown on the invoice, with no retainer withheld. Information can be provided showing that in the past J.S. Luiz 3rd, Inc. has paid for ALL costs associated with Artek Builders. Due to J.S. Luiz 3rd, Inc.'s most recent lack of payment, Artek was forced to lay off all employees effective September 16, 2004. Artek is currently being assessed payroll penalties and incurring legal expenses to try and obtain these monies from J.S. Luiz 3rd, Inc. Artek's sole source of income has been in working with J.S. Luiz 3rd, Inc., and therefore, Artek is no longer able to sustain the delinquency of these payments. Any and all monies being requested by Artek are justified. We have also made an attempt to meet with J.S. Luiz 3rd, Inc. to discuss these matters, and have yet to receive a date for this meeting.

Artek is requesting your immediate attention with this matter, and we are willing to provide any and all documentation you require in order to process the above payments due Artek Builders, Inc. as soon as possible. Any delays in handling this matter will result in additional compensation requests from Artek Builders, Inc.

Thank you for your time.

Sincerely,

*Diane M. Merlo*

Diane M. Merlo
President

Enclosures
Cc:    William L. Labbe
       Feitelberg Insurance Agency
       222 Milliken Boulevard
       Fall River, MA 02721

       Gerald E. Johnson, Esq.

# EXHIBIT F

# ARTEK BUILDERS, INC.

### 26 Prospect Road, Mattapoisett, MA 02739
### Telephone 508-758-1324   Fax 508-758-9715

October 30, 2004

*NAS*
*NOV 0 4 2004*
*Claims*

Marcelo Virgili, Surety Claims Analyst
Washington International Insurance Company
1200 Arlington Heights Road, Suite 400
Itasca, IL  60143

RE:   Proof of Claim and Documentation – all bonded projects listed below
      Principal – J.S. Luiz, Inc.

Dear Mr. Virgili,

Enclosed are copies of all documents pertaining to Artek Builders' claim for payment from J.S. Luiz, Inc. for all outstanding bonded projects. The enclosed documents will show that Artek Builders invoiced J.S. Luiz, Inc. on a weekly basis, and was initially paid within days, without a retainer being held.  Documents will also show that Artek Builders Invoice No. 199 included overhead and profit, which J.S. Luiz paid in full.  J.S. Luiz then required us to invoice only for labor, material, overhead costs and a $200/week salary for myself.  It was a verbal and known agreement by all parties involved that J.S. Luiz would pay for ALL company costs (i.e. insurance, taxes, telephone, office supplies, etc) for all projects that Artek Builders worked on with J.S. Luiz, Inc., as has been the case since Mr. Luiz created the corporation in April 2000.

Please note that the net claim amount for each project has changed since our initial request.  We have attempted to provide documentation to justify these changes.  As you will see the total amount claimed has actually decreased by about $600.00.  We understand the difficulty in attempting to determine a contract value for each individual project involved, as the subcontracts will show that the agreement was for a time and material basis. Enclosed you will find documentation that we have generated in order to provide a fair contract value for each project. Since there are outstanding monies associated with these projects (pension plan costs, final insurance audits, etc.) that J.S. Luiz paid for in the past, we find that it is only fair that we once again request that final payments are made to include a twelve percent overhead and profit markup to cover these costs.  We all know that a company could not survive if it did business on a time and material basis that did not include some kind of markup for overhead and profit, contrary to J.S. Luiz's position that he only owes Artek for labor and material.  Artek Builders has attempted to provide you with all documents to justify our position.  We are willing to provide any and all additional information that is necessary to prove that J.S. Luiz is incorrect in their position of nonpayment to Artek Builders.

Artek Builders was forced to layoff all employees on September 16, 2004.  Artek Builders made this decision based on the knowledge that J.S. Luiz was having difficulty in making full payment on previous invoices from Artek Builders with out justification.  Artek Builders could no longer sustain J.S. Luiz's delinquencies.  J.S. Luiz has failed to make any payments to Artek Builders since September 15, 2004, which was for work performed week ending August 21, 2004.  Artek

Builders is currently incurring numerous penalties and interest charges for bills that we have been unable to pay. We reserve our right to obtain payment for these charges as the final costs are unavailable at this time. We have had to cancel our General Liability Insurance and Workers Compensation Insurance due to our inability to make the required payments. J.S. Luiz's actions have now rendered our company inoperable. It is Artek's position that there are undisputed costs that J.S. Luiz could have made partial payments toward.

Artek has retained legal counsel to assist us in handling this matter. Please be advised that immediately after September 16, 2004 our attorney made several attempts to contact J.S. Luiz's legal counsel to resolve this matter. As of this date, all attempts have been unresponsive. Artek Builders reserves our right to obtain payment for legal expenses with regard to this matter.

Based on the above, Artek Builders, Inc. is hereby requesting that you handle this matter as quickly as possible. Artek Builders reserves our right to proceed legally with this matter under Massachusetts General Laws, Chapter 93A, which could expose your company to triple damages, should there be any delay in handling this claim.

We have made written requests to the owners of all open projects to provide Artek with verification of payments to J.S. Luiz, Inc. including dates of payment, amount of payment, and dates for which payment is for. Once Artek receives a response to these letters we will be forwarding a copy to you for your files.

We are requesting that you provide written verification that you have received these claims and documentation within ten days of receipt.

The following documentation is submitted for your review:

**PROOF OF CLAIM FORMS:**
Executed Proof of Claim Form for Claim No. 2004049802, Bond No. S-902-1750
Job: Massport L605-C7; copy of Subcontract and job cost spreadsheet attached

Executed Proof of Claim Form for Claim No. 2004049902, Bond No. S-902-1719
Job: Massport L676-C1; copy of Subcontract and job cost spreadsheet attached

Executed Proof of Claim Form for Claim No. 2004050002, Bond No. S-902-1702
Job: MHD District 5; copy of Subcontract and job cost spreadsheet attached

Executed Proof of Claim Form for Claim No. 2004051602, Bond No. S-902-4062
Job: Somerset ADA upgrades; copy of Subcontract and job cost spreadsheet attached

Executed Proof of Claim Form for Claim No. 2004051702, Bond No. S-901-4779
Job: Stoughton Courthouse; copy of Subcontract and job cost spreadsheet attached

Executed Proof of Claim Form for Claim No. 2004029603, Bond No. S-901-4798
Job: Massport Sand/Salt Bldg; copy of Subcontract and job cost spreadsheet attached

Executed Proof of Claim Form for Claim No. 2004021703, Bond No. S-901-4788
Job: Bridgewater State College; copy of Subcontract and job cost spreadsheet attached

Executed Proof of Claim Form for Claim No. 2004051502, Bond No. S-902-0049
Job: Camp Edwards EST; copy of Subcontract and job cost spreadsheet attached

Executed Proof of Claim Form for Claim No. 2004044703, Bond No. S-902-0033
Job: Walk to Sea Park; copy of Subcontract and job cost spreadsheet attached

## INVOICES (copies of J.S. Luiz, Inc. payments attached):

Invoice 199, dated March 24, 2004 for $8, 688.23, weeks ending 2-28-2004,
    3-6-2004, 3-13-2004, 3-20-2004
Invoice 200, dated March 30, 2004 for $16,564.04, week ending 3-27-2004
Invoice 201, dated April 7, 2004 for $6,155.92, week ending 4-3-2004
Invoice 202, dated April 14, 2004 for $20,859.81, week ending 4-10-2004
Invoice 203, dated April 21, 2004 for $22,237.23, week ending 4-17-2004
Invoice 204, dated April 28, 2004 for $24,667.58, week ending 4-24-2004
Invoice 205 Rev., dated May 10, 2004 for $14,207.43, week ending 5-1-2004
Invoice 206, dated May 12, 2004 for $29,308.06, week ending 5-8-2004
Invoice 208, dated May 19, 2004 for $32,331.20, week ending 5-15-2004
Invoice 209, dated May 26, 2004 for $42,429.55, week ending 5-22-2004
Invoice 210, dated June 2, 2004 for $39,309.98, week ending 5-29-2004
Invoice 211 Rev., dated June 10, 2004 for $34,448.08, week ending June 5, 2004
Invoice 212 Rev., dated June 17, 2004 for $52,436.00, week ending June 12, 2004
Invoice 213, dated June 23, 2004 for $55,756.19, week ending June 19, 2004
Invoice 214, dated June 30, 2004 for $57,079.61, week ending June 26, 2004
Invoice 215, dated July 2, 2004 for $4,013.97, overhead costs
Invoice 216, dated July 7, 2004 for $51,294.76, week ending July 3, 2004
Invoice 217, dated July 14, 2004 for $43,712.08, week ending July 10, 2004
Invoice 218, dated July 21, 2004 for $57,205.37, week ending July 17, 2004
Invoice 219, dated July 29, 2004 for $58,252.15, week ending July 24, 2004
Invoice 220, dated August 4, 2004 for $54,503.76, week ending July 31, 2004
Invoice 221, dated August 11, 2004 for $58,823.09, week ending August 7, 2004
Invoice 222, dated August 18, 2004 for $74,314.89, week ending August 14, 2004
Invoice 223, dated August 25, 2004 for $50,312.63, week ending August 21, 2004
Invoice 224, dated August 31, 2004 for $46,699.39, week ending August 28, 2004
Invoice 225, dated September 8, 2004 for $43,559.21, week ending September 4, 2004
Invoice 227, dated September 15, 2004 for $35,041.77, week ending September 11, 2004
Invoice 228, dated September 17, 2004 for $27,110.63, week ending September 18, 2004
Invoice 229, dated September 17, 2004 for $78,967.42, overhead and profit Balance Due
Invoice 230, dated September 23, 2004 for $547.03, additional charges for Invoice 223

**CERTIFIED PAYROLL REPORTS (for unpaid invoices):**
Massport D137-C2 Equipment, Sand/Salt Building
      Week ending 9-4-2004
Somerset A.D.S. School Upgrades
      Week ending 9-4-2004, 9-11-2004
M.H.D. Chemical Storage Facilities Repairs
      Week ending 8-28-2004, 9-4-2004, 9-11-2004, 9-18-2004
Stoughton District Courthouse
      Week ending 9-4-2004
Massport L605-C7
      Week ending 8-28-2004, 9-4-2004, 9-11-2004, 9-18-2004
Massport L676-C1
      Week ending 8-28-2004, 9-2-2004, 9-11-2004

**JOB BREAKDOWN ANALYSIS INFORMATION:**
Final Job Breakdown for Bonding Company spreadsheet
Preliminary Job Breakdown for Bonding Company spreadsheet
Backup data for analysis (marked up invoice cover sheets)

**ACCOUNT STATEMENTS :**
Statement for J.S. Luiz, Inc. – all invoices for bonded projects – dated 10/30/2004
Statement for J.S. Luiz, Inc. – open invoices for bonded projects – dated 10/30/2004

**CORRESPONDENCE FROM ARTEK BUILDERS, INC.:**
9-16-2004: Artek Employee Memorandum – notification to all employees of layoffs
9-16-2004: J.S. Luiz, Inc. – notification of employee layoffs
9-21-2004: J.S. Luiz, Inc. – fax memorandum for overdue payments
9-21-2004: Masshighway, District 5 – notification of J.S. Luiz non-payment
9-21-2004: Massport Sound Programs – notification of J.S. Luiz non-payment
9-21-2004: NAS Surety – notification of bond claim, Bond S-902-1702
9-21-2004: NAS Surety – notification of bond claim, Bond S-902-1719
9-21-2004: NAS Surety – notification of bond claim, Bond S-902-1750
10-6-2004: Washington International – 2nd notification of bond claim, all bonded jobs
10-7-2004: J.S. Luiz, Inc. – response to their letter dated September 22, 2004

**VERIFICATION OF TAX PAYMENTS:**
MASSACHUSETTS:
      Wage Reports for 1st, 2nd, and 3rd Quarter 2004
      Withholding Filing and Payment History for 1st, 2nd, and 3rd Quarter 2004
      DUA UI/UHI (unemployment) Filing and Payment History for 1st, 2nd, and 3rd
         Quarter 2004

**VERIFICATION OF TAX PAYMENTS(continued):**
FEDERAL:

Full Payment History – October 31, 2003 to September 14, 2004
Form 941 1st Quarter 2004
Form 941 2nd Quarter 2004
Form 941 3rd Quarter 2004
Payment Confirmation towards Form 940 – 1st and 2nd Quarter 2004
(unable to make 3rd Quarter Payment due to lack of payment from J.S. Luiz, Inc.)

Thank you for your prompt attention to this matter. Please do not hesitate to contact us should you have any questions.

Sincerely,

*Diane M. Merlo*

Diane M. Merlo
President

Cc:     Attorney Gerald E. Johnson

# EXHIBIT G

J.S. Luiz 3rd, Inc.
GENERAL CONTRACTOR
12 VENTURA DRIVE   N. DARTMOUTH, MA 02747

COPY

COMPASS BANK
NEW BEDFORD, MA

36636

53-7029
2113

invoice #205 rev. W/E 5-1-04

PAY _Four thousand Two hundred Seven ~ 43/100_ DOLLARS

| TO THE ORDER OF | DATE | | NET CHECK |
|---|---|---|---|
| Aztek Builders, Inc. | 5-12-04 | | 4207 43 |

J.S. LUIZ 3RD. INC.

_puh #205 revised_

_Pamela Picaro_

⑆036636⑆ ⑆211370299⑆01 20 2021325⑆

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



## Invoice

| Date | Invoice # |
|------|-----------|
| 5/5/2004 | 205 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | |
| BCC - BUILDING  G LOBBY WALL COVERING | 18,500.71 |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 67.20 |
| MANAGEMENT SERVICES | 2,741.89 |
| | 366.38 |

| | |
|---|---|
| **Total** | $21,676.18 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $21,676.18 |

THE HOME DEPOT 2671
60 STOCKWELL DR.
AVON, MA. 02322  (508) 580-0600

SALE          2671 00058 54781    04/27/04
                    14 SCOT58    06:18 AM



044549508771 KEROSENE CAN        6.97
            SALES TAX            0.35
            TOTAL               $7.32
XXXXXXXX8648 GIFT CARD           1.50
CARD BALANCE                     0.00
                                  TA
XXXXXXXX0162 STORE CREDIT        5.82
CARD BALANCE                    17.09
                                  TA


2671 58 54781 04/27/2004 7110

YOUR OPINION COUNTS! COMPLETE A SURVEY
AT WWW.HOMEDEPOTOPINION.COM AND ENTER
TO WIN A $5,000 HOME DEPOT GIFT CARD!

Gas can for

lull
Marc Melhurst

---

THE HOME DEPOT 2671
60 STOCKWELL DR.
AVON, MA. 02322  (508) 580-0600

SALE          2671 00058 56414    04/28/04
                    14 SCOT58    06:44 AM



045564606091 TEFLON TAPE         0.97
087817334269 PVC HOSE           34.97
            SUBTOTAL            35.94
            SALES TAX            1.80
            TOTAL              $37.74
XXXXXXXX0162 STORE CREDIT       17.09
CARD BALANCE                     0.00
                                  TA
            CASH                20.65


2671 58 56414 04/28/2004 7524

YOUR OPINION COUNTS! COMPLETE A SURVEY
AT WWW.HOMEDEPOTOPINION.COM AND ENTER
TO WIN A $5,000 HOME DEPOT GIFT CARD!

100' air hose

Marc Melhurst

7.32
37.74
15.60

$60.66

---





THE HOME DEPOT 2671
60 STOCKWELL DR.
AVON, MA. 02322  (508) 580-0600

SALE          2671 00058 25058    04/29/04
                    14 SCOT56    08:13 AM

019374945099 COTTON APRON       14.86
            SALES TAX            0.74
            TOTAL              $15.60
XXXXXXXXXXXX9573 VISA
AUTH CODE 192507/2565035         TA

YOUR OPINION COUNTS! COMPLETE A SURVEY
AT WWW.HOMEDEPOTOPINION.COM AND ENTER
TO WIN A $5,000 HOME DEPOT GIFT CARD!

Apron for Jeff

Marc Melhurst

TOTAL W/E 5/1/04 = $85.72

# ARTEK BUILDERS, INC.

## Subcontractor for J.S. Luiz 3rd, inc.

DUPLICATE

26 Prospect Road  Mattapoisett, MA  02739  Tel / Fax: 508-758-9715

**Employee Name:** VICTOR CORDEIRO   Week Ending: (Saturday)  5-1-04

| DAY OF THE WEEK | TIME OF DAY | | HOURS per TASK | COST CODE * (see below) | HOUSE ADDRESS | Project | TRADE CATEGORY ** (see below) | |
|---|---|---|---|---|---|---|---|---|
| 4/26 Monday | IN | 8:00 AM | 8 | 7 | 44 ASHLEY ST. | C1 | A | ✓ |
| | OUT | 12:00 PM | | | | | | |
| Total Hours | IN | 12:30 PM | | | | | | |
| 8 | OUT | 4:30 PM | | | | | | |
| 4/27 Tuesday | IN | 8:00 AM | 8 | 7 | 44 ASHLEY ST. | | | |
| | OUT | 12:00 PM | | | | | | |
| Total Hours | IN | 12:30 PM | | | | | | |
| 8 | OUT | 4:30 PM | | | | | | |
| 4/28 Wednesday | IN | 8:00 AM | 4 | 7 | 44 ASHLEY ST. | | | ✓ |
| | OUT | 12:00 PM | 4 | 7 | 59 ASHLEY ST. | | | ✓ |
| Total Hours | IN | 12:30 PM | | | | | | |
| 8 | OUT | 4:30 PM | | | | | | |
| 4/29 Thursday | IN | 8:00 AM | 8 | 7 | 59 ASHLEY ST. | | | ✓ |
| | OUT | 12:00 PM | | | | | | |
| Total Hours | IN | 12:30 PM | | | | | | |
| 8 | OUT | 4:30 PM | | | | | | |
| 4/30 Friday | IN | 8:00 AM | 6 | 7 | 91 ST. ANDREW | | | ✓ |
| | OUT | 12:00 PM | 2 | 7 | 59 HEYDEN | | | |
| Total Hours | IN | 12:30 PM | | | | | | |
| 8 | OUT | 4:30 PM | | | | | | |
| TOTAL HOURS | | | 40 | | | | | |

**INSTRUCTIONS:** Be sure to break down your hours per cost code, house and trade. Use alpha-numeric system noted below.  PLEASE WRITE CLEARLY !!

EMPLOYEE SIGNATURE: DUPLICATE  DATE: ___
"I am in agreement with the hours stated above"

SUPERVISOR SIGNATURE: John Travassos - Supervisor - J.S. Luiz 3rd, inc.  DATE: 5/3/04

OFFICE SIGNATURE: Diane M. Merlo - President - Artek Builders, Inc.  DATE: 5/3/04

Revised 03-11-2004

**\* COST CODE**
1) Acoustic Tile Ceilings
2) Doors
3) Drywall & Plaster
4) Misc. Carp., Hatches, Etc.
5) Painting
6) Punch List
7) Windows

**\*\* TRADE CATEGORY**
A) Carpenter
B) Carpenter Foreman
C) Field Laborer
D) Field Painter
E) Plasterer
F) Warehouse Carpenter
G) Warehouse Laborer
H) Warehouse Painter

# ARTEK BUILDERS, INC.
## Subcontractor for J.S. Luiz 3rd, Inc.
25 Prospect Road  Mattapoisett, MA 02739  Tel / Fax: 508-758-9715

**Employee Name:** _Victor Casilato_   Week Ending: (Saturday) _5-1-04_

| DAY OF THE WEEK | TIME OF DAY | | HOURS per TASK | COST CODE * (see below) | HOUSE ADDRESS | Project | TRADE CATEGORY ** (see below) |
|---|---|---|---|---|---|---|---|
| **Monday** Total Hours 8 | IN | 8:00 AM | 8 | Barletta | | | |
| | OUT | 12:00 PM | | | Barletta 8676 C | A | |
| | IN | 12:30 PM | | 7 | 91 St· Andrew | | |
| | OUT | 4:30 PM | | | 44 Ashley St. | | |
| **Tuesday** Total Hours 8 | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | 8 | Barletta | Barletta | | |
| | IN | 12:30 PM | | 7 | 91 St· Andr | | |
| | OUT | 4:30 PM | | | 44 Ashley St. | | |
| **Wednesday** Total Hours 8 | IN | 8:00 AM | 8 | Ricco Co | Ricco Co | | |
| | OUT | 12:00 PM | | | | | |
| | IN | 12:30 PM | 4 | 7 | 44 Ashley St. | | |
| | OUT | 4:30 PM | 4 | | 39 Ashley St. | | |
| **Thursday** Total Hours 8 | IN | 8:00 AM | 4 | Bahloui | Bahloui | | |
| | OUT | 12:00 PM | 4 | Rowan Cuddler | Rowan | | N |
| | IN | 12:30 PM | | 7 | | | |
| | OUT | 4:30 PM | 8 | | 39 Ashley | | |
| **Friday** Total Hours 8 | IN | 8:00 AM | 4 | Barletta | Barletta | | |
| | OUT | 12:00 PM | 4 | Bahloui | Bahoui | V | |
| | IN | 12:30 PM | 6 | 7 | 91 St· Andrw | | |
| | OUT | 4:30 PM | | BA | 34 Leyden | | |
| **TOTAL HOURS** | | | 40 | | | | |

INSTRUCTIONS: Be sure to break down your hours per cost code, house and trade. Use alpha-numeric system noted below.  **PLEASE WRITE CLEARLY !!**

| | | |
|---|---|---|
| EMPLOYEE SIGNATURE: | _(signature)_  DATE: _4-30-04_  "I am in agreement with the hours stated above" | **\* COST CODE**  1) Acoustic Tile Ceilings  2) Doors  3) Drywall & Plaster  4) Misc. Carp., Hatches, Etc.  5) Painting  6) Punch List  7) Windows |
| SUPERVISOR SIGNATURE: | John Travessos - Supervisor - J.S. Luiz 3rd, Inc.  DATE: | **\*\* TRADE CATEGORY**  A) Carpenter  B) Carpenter Foreman  C) Field Laborer  D) Field Painter  E) Plasterer |
| OFFICE SIGNATURE: | Diane M. Merlo - President - Artek Builders, Inc.  DATE: | F) Warehouse Carpenter  G) Warehouse Laborer  H) Warehouse Painter |

Revised 03-11-2004

# ARTEK BUILDERS, INC.
## Subcontractor for J.S. Luiz 3rd, Inc.
26 Prospect Road  Mattapoisett, MA 02739  Tel / Fax: 508-758-9715

| Employee Name: | JOHN FAGAN | | Week Ending: (Saturday) | | 5-1-04 |

| DAY OF THE WEEK | TIME OF DAY | | HOURS per TASK | COST CODE * (see below) | HOUSE ADDRESS | Project | TRADE CATEGORY ** (see below) |
|---|---|---|---|---|---|---|---|
| Monday | IN | 8:00 AM | | DOORS $12 | RAMIREZ 3891 | L676C1 | B |
| | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | AA ASHLEY | | |
| 8 | OUT | 4:30 PM | 8 | | | | |
| Tuesday | IN | 8:00 AM | | | 19A Ashley RAMIREZ 3891 | | |
| | OUT | 12:00 PM | 4 | | | | B |
| Total Hours | IN | 12:30 PM | | | 54 Heyden BAHOU 3879 | | |
| 8 | OUT | 4:30 PM | 4 | | | | |
| Wednesday | IN | 8:00 AM | | | 54 Heyden BAHOU 3879 | | |
| | OUT | 12:00 PM | | | | | B |
| Total Hours | IN | 12:30 PM | 6½ | | 59 Ashley ROMA CATH 3815 | | |
| 8 | OUT | 4:30 PM | 1½ | | | | |
| Thursday | IN | 8:00 AM | | | 44 Ashley STAFFERI 3811 | | |
| | OUT | 12:00 PM | Thils | | | | B |
| Total Hours | IN | 12:30 PM | | | 59 Ashley ROMAN CATH 3815 | | |
| 8 | OUT | 4:30 PM | 1 hrs | | | | |
| Friday | IN | 8:00 AM | | | Stegel DiCICCO 3709 | | |
| | OUT | 12:00 PM | | | | | B |
| Total Hours | IN | 12:30 PM | | | 74 Heyden | | |
| 8 | OUT | 4:30 PM | 8 | ✓ | | ✓ | |

| TOTAL HOURS | 40 | INSTRUCTIONS: Be sure to break down your hours per cost code, house and trade. Use alpha-numeric system noted below.  PLEASE WRITE CLEARLY !! |

| EMPLOYEE SIGNATURE: | *Kfagan* | DATE: 4-30-04 |
| "I do not agree with the hours stated above" | | |
| SUPERVISOR SIGNATURE: | | DATE: 5/1/04 |
| John T. Walker - Supervisor - J.S. Luiz 3rd, Inc. | | |
| OFFICE SIGNATURE: | *Diane M.* | DATE: 5/3/04 |
| Diane M. Merlo - President - Artek Builders, Inc. | | |

Revised 03-11-2004

**COST CODE**
1) Acoustic Tile Ceilings
2) Doors
3) Drywall & Plaster
4) Misc. Carp., Hatches, Etc.
5) Painting
6) Punch List
7) Windows

**TRADE CATEGORY**
A) Carpenter
B) Carpenter Foreman
C) Field Laborer
D) Field Painter
E) Plasterer
F) Warehouse Carpenter
G) Warehouse Laborer
H) Warehouse Painter

**J.S. Luiz 3rd, Inc.**
GENERAL CONTRACTOR
12 VENTURA DRIVE   N. DARTMOUTH, MA 02747

COMPASS BANK
NEW BEDFORD, MA

36534

53-7029
2113

PAY

*Sixteen Thousand Five hundred Sixty four ~ 04/100* **DOLLARS**

| TO THE ORDER OF | DATE | | NET CHECK |
|---|---|---|---|
| *Artek Builders, Inc.* | 3-31-04 | | 16,564 | 04 |

J.S. LUIZ 3RD, INC.

*Pamela Picaro*

⑈⑈036534⑈⑈  ⑆211370299⑆:01  20  2021325⑈⑈

FOR INVOICE #200



INVOICE 200
COPY
W/E 3-27-04

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/30/2004 | 200 |

| Bill To |
|---------|
| J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747 |

| Description | Amount |
|-------------|--------|
| MASSPORT L676-CI RESIDENTIAL SOUND WORK | |
| M.H.D. 603641 - CHEM STORAGE FACILITIES | 716.81 |
| MASSPORT D137-C2 EQUIP.,SAND/SALT BLDNG. | 1,877.63 |
| BRIDGEWATER STATE RONDILEAU CAMPUS | 1,325.26 |
| J.S. LUIZ 3RD, INC. - OFFICE | 328.55 |
| MANAGEMENT SERVICES | 149.34 |
| | 12,166.45 |

| | |
|---|---|
| **Total** | $16,564.04 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $16,564.04 |

# ARTEK BUILDERS, INC.
## LABOR COST SUMMARY
### March 25 - 31, 2004

COPY

| | Act. Cost |
|---|---|
| J.S. Luiz 3rd., Inc. | |
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 716.81 |
| M.H.D. 603641 - CHEM. STORAGE FACILITIES | 1,877.63 |
| MASSPORT D137-C2 Equip., Sand/Salt Bldg. | 1,325.26 |
| Bridgewater State Rondileau Campus | 328.55 |
| J.S. Luiz 3rd., Inc. - Other | 149.34 |
| Total J.S. Luiz 3rd., Inc. | 4,397.59 |
| TOTAL | 4,397.59 |

11:06 PM
03/30/04

COPY

# ARTEK BUILDERS, INC.
## BILLABLE PAYROLL SUMMARY
### March 25 - 31, 2004

| | HARTZELL III, JACK C | | | JACOBSEN, CHRISTOPHER L | | | MABIE, VAN A | |
|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Mar 25 - 31, 04 | Hours | Rate | Mar 25 - 31, 04 | Hours | |
| **Employee Wages, Taxes and Adjustments** | | | | | | | | |
| Gross Pay | | | | | | | | |
| Hourly Rate | | | | | | | | 40 |
| M.H.D. - STORAGE FACILITIES | | | 0.00 | | | 0.00 | | |
| MASSPORT D137-C2 Sand/Salt Bld | 24 | 46.22 | 0.00 | 12.5 | 39.77 | 497.13 | | |
| | | | 1,109.28 | | | 0.00 | | |
| **Total Gross Pay** | | | 1,109.28 | | | 497.13 | | |
| **Adjusted Gross Pay** | | | 1,109.28 | | | 497.13 | | |
| **Net Pay** | | | 1,109.28 | | | 497.13 | | |
| **Employer Taxes and Contributions** | | | | | | | | |
| Federal Unemployment | | | 8.87 | | | 3.98 | | |
| Medicare Company | | | 16.08 | | | 7.21 | | |
| Social Security Company | | | 68.78 | | | 30.82 | | |
| MA - Unemployment Company | | | 121.58 | | | 54.49 | | |
| MA - Workforce Training Fund | | | 0.67 | | | 0.30 | | |
| **Total Employer Taxes and Contributions** | | | 215.98 | | | 96.80 | | |

11:06 PM
03/30/04

## ARTEK BUILDERS, INC.
## BILLABLE PAYROLL SUMMARY
### March 25 - 31, 2004

| | MABIE, VAN A | | | MULROONEY, MARK T. | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | Rate | Hours | Mar 25 - 31, 04 | Rate | Hours | Mar 25 - 31, 04 | Hours | Rate |
| **Employee Wages, Taxes and Adjustments** | | | | | | | | |
| Gross Pay | | | | | | | | |
| Hourly Rate | 25.00 | | 1,000.00 | 30.70 | 35 | 0.00 | 40.00 | |
| M.H.D. - STORAGE FACILITIES | | | 0.00 | | | 1,074.50 | 47.50 | |
| MASSPORT D137-C2 Sand/Salt Bld | | | 0.00 | | | 0.00 | 24.00 | |
| **Total Gross Pay** | | | 1,000.00 | | | 1,074.50 | | |
| **Adjusted Gross Pay** | | | 1,000.00 | | | 1,074.50 | | |
| **Net Pay** | | | 1,000.00 | | | 1,074.50 | | |
| **Employer Taxes and Contributions** | | | | | | | | |
| Federal Unemployment | | | 8.00 | | | 8.60 | | |
| Medicare Company | | | 14.50 | | | 15.58 | | |
| Social Security Company | | | 62.00 | | | 66.62 | | |
| MA - Unemployment Company | | | 109.60 | | | 117.76 | | |
| MA - Workforce Training Fund | | | 0.60 | | | 0.64 | | |
| **Total Employer Taxes and Contributions** | | | 194.70 | | | 209.20 | | |



11:06 PM
3/30/04

# ARTEK BUILDERS, INC.
## BILLABLE PAYROLL SUMMARY
### March 25 - 31, 2004

| | TOTAL<br>Mar 25 - 31, 04 |
|---|---|
| **Employee Wages, Taxes and Adjustments** | |
| **Gross Pay** | |
| Hourly Rate | 1,000.00 |
| M.H.D. - STORAGE FACILITIES | 1,571.63 |
| MASSPORT D137-C2 Sand/Salt Bld | 1,109.28 |
| **Total Gross Pay** | 3,680.91 |
| **Adjusted Gross Pay** | 3,680.91 |
| **Net Pay** | 3,680.91 |
| **Employer Taxes and Contributions** | |
| Federal Unemployment | 28.45 |
| Medicare Company | 53.37 |
| Social Security Company | 228.22 |
| MA - Unemployment Company | 403.43 |
| MA - Workforce Training Fund | 2.21 |
| **Total Employer Taxes and Contributions** | 716.68 |

J.S. Luizzo & Cro, Inc.

W/E 3-27-04

Equip / Salt Shed

COPY    TIME SHEET

SHEET OF _____

| JOB | Mass Port | | | | | | | | | | RATE | TOTAL HOURS | TOTAL AMOUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JOB NO. | | | | | | | | | | | | | |
| LOCATION | Salt Shed | | | | | | | | | | | | |
| DAY / DATE | | | | | | | | | | | | | |
| WEATHER | Boston | TEMP / A.M. P.M. | | | | | | | | | | | |
| NAME | | NO. | | | | | | | | | | | |
| Jack Hartzell | | 3/24 | | | | Painter | | | | | 8 | | |
| | | 3/25 | | | | 46.22 | | | | | 8 | | |
| | | 3/26 | | | | | | | | | 8 | | |
| | | | | | | | | | | | | 24 | |

| HOURS | OVERTIME | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | STRAIGHT | | | | | | | | | | | | |
| AMOUNT | OVERTIME | | | | | | | | | | | | |
| | STRAIGHT | | | | | | | | | | | | |

CERTIFIED BY TIMEKEEPER

# ARTEK BUILDERS, INC.

26 Prospect Road  Mattapoisett, MA  02739  Tel / Fax: 508-758-9715

**Employee Name:** CHRISTOPHER JACOBSEN   Week Ending: (Saturday)  3-27-04

| DAY OF THE WEEK | NUMBER OF HOURS | DESCRIPTION OF WORK | JOB NAME |
|---|---|---|---|
| Date 3/22 Monday **Total Hours** 4 | 4½ | ORLEANS DPW  WENT HOME SICK | MASS HIGHWAY 39.77 |
| Date 3/23 Tuesday **Total Hours** 8 | 8 | ORLEANS DPW | MASS HIGHWAY 39.77 |
| Date Wednesday **Total Hours** | | FIRED — NEVER ON TIME FOR WORK | |
| Date Thursday **Total Hours** | | | |
| Date Friday **Total Hours** | | | |

**TOTAL HOURS FOR WEEK**

**INSTRUCTIONS:**   PLEASE WRITE CLEARLY, SIGN AND DATE!!

**EMPLOYEE SIGNATURE:** _____ *"I am in agreement with the hours stated above"*   **DATE:** _____

**SUPERVISOR SIGNATURE:** _____   **DATE:** _____

**OFFICE SIGNATURE:** _____ DIANE M. MERLO - PRESIDENT   **DATE:** _____

**ADDITIONAL NOTES:**

REVISED 03-03-2004

Northern Builders, Inc.

# WEEKLY TIME SHEET

COPY

**Employee Name:** Van Mabie

**Week Ending: (Saturday)** 3/27/04

| DAY OF THE WEEK | NUMBER OF HOURS | DESCRIPTION OF WORK | JOB NAME |
|---|---|---|---|
| Date 3/29/04 Monday Total Hours 8 | 8 | Build Racks | Boston Warehouse Artek warehouse carpenter $25.00 |
| Date 3/24/04 Tuesday Total Hours 8 | 8 | Set up Racks / Benches Measurements / Field Pick up Stock | Boston Warehouse Artek $25.00 |
| Date 3/25/04 Wednesday Total Hours 8 | 8 | Set up Racks Unload Doors / Hardware | Warehouse So. Boston Artek $25.00 |
| Date 3/25/04 Thursday Total Hours 8 | 5 3 | Office Plan Rack / Office Equip Punch List | Rose Office - J.S. Lui Bridgewater Campus Cntr $25.00 |
| Date 3/26/04 Friday Total Hours 8 | 8 | Punch List | Bridgewater Campus Cntr $25.00 |

| TOTAL HOURS FOR WEEK | 40 | INSTRUCTIONS: |
|---|---|---|

**PLEASE WRITE CLEARLY, SIGN AND DATE!!**

| EMPLOYEE SIGNATURE: | Van Mabie | DATE: 3/28/04 | ADDITIONAL NOTES: |
|---|---|---|---|
| | *"I am in agreement with the hours stated above"* | | |
| SUPERVISOR SIGNATURE: | | DATE: 3/26/04 | |
| OFFICE SIGNATURE: | | DATE: 3/30/04 | |

REVISED 03-03-2004

11:29 PM
. 03/30/04

# ARTEK BUILDERS, INC.
## MANAGEMENT PAYROLL SUMMARY
### March 31, 2004



| | MERLO, DIANE M | TOTAL |
|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | |
| Gross Pay | | |
| Salary | 200.00 | 200.00 |
| Total Gross Pay | 200.00 | 200.00 |
| Adjusted Gross Pay | 200.00 | 200.00 |
| **Taxes Withheld** | | |
| Federal Withholding | -5.00 | -5.00 |
| Medicare Employee | -2.90 | -2.90 |
| Social Security Employee | -12.40 | -12.40 |
| MA - Withholding | -9.79 | -9.79 |
| Total Taxes Withheld | -30.09 | -30.09 |
| Net Pay | 169.91 | 169.91 |
| **Employer Taxes and Contributions** | | |
| Federal Unemployment | | |
| Medicare Company | 1.60 | 1.60 |
| Social Security Company | 2.90 | 2.90 |
| MA - Unemployment Company | 12.40 | 12.40 |
| MA - Workforce Training Fund | 21.92 | 21.92 |
| | 0.12 | 0.12 |
| Total Employer Taxes and Contributions | 38.94 | 38.94 |

 American International Group, Inc.

**AMERICAN INTERNATIONAL COMPANIES**
Specialty Workers Compensation Group

**INVOICE**

 COPY

Invoice Number: 0000835014
For Billing inquiries call: 800-645-2259
Email                    SWCSupport@AIG.Com
CUSTOMER NUMBER 2006411
Billed to: 2006411

Billing Date: 03/17/2004
Page 1 of 1

Producer: P38832

ARTEK BUILDERS INC
26 PROSPECT ROAD
MATTAPOISETT MA 02739

RECEIVED MAR 22 2004

XS BROKERS INS AGENCY INC
PO BOX 690355
QUINCY, MA 02269

*Please contact your producer for any questions regarding your policy*

| (A) ITEMS | (B) POLICY | (C) PAYMENT RECEIVED | (D) FEE CHARGE | (E) TOTAL POLICY BALANCE TO DATE | AMOUNT BILLED ON THIS INVOICE | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | PREVIOUSLY BILLED (F) Due Date | (G) Amount | CURRENTLY BILLED (H) Due Date | (I) Amount |
| INSTALMT | WC 00547756500 | $15,692.00 | | $21,969.00 | | | 04/16/04 | $4,394.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | **AMOUNT DUE** | | | | | $4,394.00 |

Please pay either the amounts in (E) or (I)
Balance (G) must be received by due date shown
or immediately if past due, or your policy will be
subject to cancellation.

Account Summary through          03/17/2004
TOTAL POLICY PREMIUM          $37,661.00
TOTAL PAYMENT RECEIVED TO DATE  $15,692.00
TOTAL REFUNDS
FEES BILLED TO DATE
CURRENT BALANCE                $21,969.00

*Thank you for insuring with American International Companies*

**RETURN PAYMENT COUPON BELOW WITH YOUR PAYMENT    ****    DO NOT SEND A PHOTOCOPY**

| INVOICE | CUSTOMER ID | POLICY INVOICED | AMOUNT DUE DETAIL ABOVE AMOUNT ENCLOSED |
|---|---|---|---|
| 0000835014 | 2006411 | WC 00547756500 | $4,394.00 |

0330303030000835014001300019200404160000000004394001000000

☐ CHECK HERE IF YOUR ADDRESS HAS CHANGED AND COMPLETE FORM ON REVERSE SIDE.

☐ CHECK HERE IF YOUR POLICY IS FINANCED AND ADVISE US IMMEDIATELY

AMERICAN INTERNATIONAL COMPANIES
P.O. BOX 382014
PITTSBURGH PA 15250-8014

BILLED TO:
ARTEK BUILDERS INC
26 PROSPECT ROAD
MATTAPOISETT MA 02739

INSURED'S COPY

*Fernandes & Charest, P.C.*
*1140 State Road – P.O. Box 1523*
*Westport MA   02790*
*Phone: (508) 636-6556    Fax: (508) 636-4471*
*fernandescharest@msn.com*



Artek Builders, Inc.
26 Prospect Road
Mattapoisett MA  02739

Invoice #:     17041
Date:          3/27/2004

Please return top portion with remittance.        Amount enclosed $ _____

For Professional Services Rendered as Follows:

Review of payroll item setup in QuickBooks and consulting with        $65.00
Diane to fix various items for proper payroll reporting

Review of correspondence related to December 941 and proper
Schedule B reporting and consulting with Diane regarding the same

Total Amount Due        $65.00

RECEIVED MAR 3 0 2004

| Aged Balances | | | | | | |
|---|---|---|---|---|---|---|
| 03/31/04 | 02/29/04 | 01/31/04 | 12/31/03 | 11/30/03 | 10/31/03+ | Total |
| 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $65.00 |

*WE APPRECIATE YOUR BUSINESS, IF YOU ARE SATISFIED, PLEASE REFER US*

**verizon**

*Make progress every day*

Billing Date: 03/08/04    Page 1 of 5
Telephone Number: 508 758 9715
Account:   508 758 9715 394 006 3
How to Reach Us: See page 2



ARTEK BUILDERS INC
26 PROSPECT RD
MATTAPOISETT MA 02739-2154

## Account Summary

| | |
|---|---|
| Previous Charges | $34.40 |
| Payment Received Feb 25. Thank You. | -34.40 |
| Past Due Charges | $.00 |
| **New Charges** | |
| Verizon (page 3) | $30.23 |
| Other Providers (page 4) | 8.47 |
| Total New Charges Due April 10 | $38.70 |
| Total Due (Past Due + New) | $38.70 |

These monthly charges are for your service from
February 09 to March 08.

**!**

***Manage Your Verizon Account Online!***
*View & pay bills, request repairs, place orders.*
*It's quick and easy:*
*Go to verizon.com*
*Click "Sign in" under "Manage My Account".*

*To enroll in the Verizon Direct Payment*
*Option  please read and sign the agreement on*
*the reverse side of the payment form below.*

RECEIVED MAR 1 8 2004

Mail payments to:
Verizon,  PO Box 1,  Worcester MA 01654-0001

Change of address?
Go to verizon.com/billingaddress or see page 2.

- - - - - - - - - - - - ▼ Detach & return payment slip with your check, payable to Verizon. - - - - - - - - - -

**verizon**

Account:  508 758 9715 394 006 3
New Charges Due:  04/10/04

☐  **Yes!** *I want to be a Literacy Champion.*
*Sign me up for a $1 monthly donation*
*to  Verizon Reads.*

Total Due        $38.70

Amount Paid:

$ ☐☐,☐☐☐

ARTEK BUILDERS INC
26 PROSPECT RD
MATTAPOISETT MA 02739-2154

91

VERIZON
PO BOX 1
WORCESTER MA 01654-0001

0200508758971539400621D1    041260000000000000000387000

Harleysville Worcester Insurance Company
...rocessing Center
355 Maple Avenue
Harleysville, PA 19441-0002
www.harleysvillegroup.com

# Harleysville.

COPY

ARTEK BUILDERS, INC
P.O. BOX 70341
N. DARTMOUTH MA  02747

# PREMIUM INVOICE

| | |
|---|---|
| Invoice Date: | 12/29/03 |
| Account/Policy: | 7G8649 |
| Agency Code: | 73-2196 |
| Payment Received: | $8,956.50 |
| Current Balance: | $20,903.50 |
| Minimum Due: | $5,976.00 |
| Due Date: | 01/14/04 |

Minimum due must reach us by the due date

For assistance please contact your agent:
DURFEE-BUFFINTON INS AGCY INC
at 508-679-6486

Dear Policyholder:

Would you like to know more about
Harleysville Insurance?  We invite
you to visit our Web-site at
www.harleysvillegroup.com.
There you'll find comprehensive,
up-to-date information about Harleysville
Insurance organization in general, as well
as the products and services we offer
individuals and businesses across the
nation through our network of regional
insurers and independent agents who
represent us.

If you have questions about this invoice
or anything related to your insurance,
contact your independent insurance agent
at the number listed above.  Additional
important numbers can be found on the
reverse side of this statement.

As always, we appreciate and value your
business! Thank you!

| MPA7G8649 | 11/04 Commercial Package | 20,898.50 | 5,971.00 |
|---|---|---|---|
| | Installment Fee | 5.00 | 5.00 |
| | Totals | 20,903.50 | 5,976.00 |

IF YOU HAVE A CLAIM, CALL US WITHIN 24 HOURS AT 1-800-892-8877.
WE ARE OPEN TO TAKE YOUR CALLS 24 HOURS A DAY, 7 DAYS A WEEK.

| Installment | Amount | Due Date |
|---|---|---|
| #03 | $7,468.75 | 04/14/04 |
| #04 | $7,468.75 | 07/14/04 |

HAVEN'T RECEIVED
BILL AS OF
3-30-2004

General Liability

J.S. Luiz 3rd, Inc.
GENERAL CONTRACTOR
12 VENTURA DRIVE   N. DARTMOUTH, MA 02747

COMPASS BANK
NEW BEDFORD, MA

36583

53-7029
2113

PAY    Six Thousand One hundred Fifty Five ~ 92/100                    DOLLARS

| TO THE ORDER OF | DATE | NET CHECK |
|---|---|---|
| Aztek Builders, Inc | 4-13-04 | 6,155 92 |

Inv. 201

J.S. LUIZ 3RD, INC.

Pamela Picaro

⑈036583⑈  ⑆211370299⑆01 20  2021325⑈

COPY

INVOICE 201
W/E 4-3-04

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



# Invoice

| Date | Invoice # |
|------|-----------|
| 4/7/2004 | 201 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 1,702.45 |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 2,032.52 |
| MASSPORT D137-C2 EQUIPMENT, SAND/SALT BUILDING | 1,966.01 |
| MANAGEMENT SERVICES AND EXPENSES | 454.94 |

| | |
|------|------|
| **Total** | $6,155.92 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,155.92 |

10:39 PM
04/06/04

# ARTEK BUILDERS, INC.
# LABOR COST SUMMARY
## April 1 - 7, 2004

| | Act. Cost |
|---|---|
| J.S. Luiz 3rd., Inc. | |
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 1,702.45 |
| M.H.D. 603641 - CHEM. STORAGE FACILITIES | 2,032.52 |
| MASSPORT D137-C2 Equip., Sand/Salt Bldng. | 1,966.01 |
| Total J.S. Luiz 3rd., Inc. | 5,700.98 |
| TOTAL | 5,700.98 |

# ARTEK BUILDERS, INC.
## MANAGEMENT PAYROLL SUMMARY
### April 7, 2004

|  | MERLO, DIANE M | TOTAL |
|---|---:|---:|
| Employee Wages, Taxes and Adjustments | | |
| Gross Pay | | |
| Salary | 200.00 | 200.00 |
| Total Gross Pay | 200.00 | 200.00 |
| Adjusted Gross Pay | 200.00 | 200.00 |
| Taxes Withheld | | |
| Federal Withholding | -5.00 | -5.00 |
| Medicare Employee | -2.90 | -2.90 |
| Social Security Employee | -12.40 | -12.40 |
| MA - Withholding | -9.79 | -9.79 |
| Total Taxes Withheld | -30.09 | -30.09 |
| Net Pay | 169.91 | 169.91 |
| Employer Taxes and Contributions | | |
| Federal Unemployment | 1.60 | 1.60 |
| Medicare Company | 2.90 | 2.90 |
| Social Security Company | 12.40 | 12.40 |
| MA - Unemployment Company | 21.92 | 21.92 |
| MA - Workforce Training Fund | 0.12 | 0.12 |
| Total Employer Taxes and Contributions | 38.94 | 38.94 |

5008



**ARTEK BUILDERS, INC.**
28 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715

PLYMOUTH SAVINGS BANK

**COPY**

53-7044/2113
4

4/5/2004

PAY TO THE
ORDER OF _____ SHIRLEY CORMIER

$ **200.00

Two Hundred and 00/100************************************************************

DOLLARS

SHIRLEY CORMIER
8 PINEHURST AVENUE
MATTAPOISETT, MA 02739

MEMO _____ 2003 ARTEK TAX DISTRIBUTION

*Diane M. Menke*

⑆005008⑆ ⑈211370448⑈ 0664005709⑆

---

ARTEK BUILDERS, INC.                                                    5008

     SHIRLEY CORMIER
                        2003 ARTEK TAX DISTRIBUTION              4/5/2004

                                                                   200.00

GENERATED  PER  FERNANDES  & CHAREST
DIRECTIVE  OF  4-5-04
                          *DM*

Checking - Plymouth Sa   2003 ARTEK TAX DISTRIBUTION

                                                                   200.00

ARTEK BUILDERS, INC.                                                    5008

     SHIRLEY CORMIER
                        2003 ARTEK TAX DISTRIBUTION              4/5/2004

                                                                   200.00

Checking - Plymouth Sa   2003 ARTEK TAX DISTRIBUTION

                                                                   200.00

13272

COPY



**0070**

ExxonMobil

TOTAL AMOUNT

*Generator*
*Sand + Salt*
*Van Mabie*

1174515

CUSTOMER COPY



**00900**

ExxonMobil

TOTAL AMOUNT

*Generator*
*Sand + Salt*
*Van Mabie*

1174670

E J & S INC
607 E THIRD L ST
S BOSTON MA 02127

CUSTOMER COPY

Van Mabie
Expenses

Gasoline For
Generator
@ Sand +
Salt Job

$1600

4/5/04

| VENDOR#-00524 | NAME-ARTEK BUILDERS | | DATE-04/27/04 | 50787 |
|---|---|---|---|---|
| YOUR INVOICE NO | INV DATE | AMOUNT | DIS/RTNG REFERENCE | NET AMOUNT |
| 203 | 04/21/04 | 22237.23 | .00 | 22,237.23 |

**COPY**

INVOICE 203
W/E 4-17-04

TOTALS              22237.23          .00          22,237.23

**J.S. Luiz 3rd, Inc.**

COMPASS BANK
NEW BEDFORD, MA
53-7029/2113

050787

GENERAL CONTRACTOR
12 VENTURA DRIVE  NORTH DARTMOUTH, MA 02747           CHECK NO.

TWENTY-TWO THOUSAND TWO HUNDRED THIRTY-SEVEN AND
23/100 DOLLARS                  DATE           AMOUNT

                                              04/27/04     $***22,237.23

PAY TO THE ORDER OF    00524
ARTEK BUILDERS
P O BOX 70341
NORTH DARTMOUTH     MA 02747

*Pamela Picard*
AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

⑈050787⑈ ⑆211370299⑆ 01 20 2021325⑈

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715

# COPY

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/21/2004 | 203 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | |
| M.H.D. 603641 CHEMICAL STORAGE FACILITIES | 19,994.05 |
| REIMBURSABLE EXPENSES | 1,763.00 |
| MANAGEMENT SERVICES | 241.24 |
| | 238.94 |

| | |
|---|---|
| **Total** | $22,237.23 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $22,237.23 |

1:21 AM
04/21/04

# ARTEK BUILDERS, INC.
## LABOR COST SUMMARY
### April 16 - 21, 2004

| | Act. Cost |
|---|---|
| J.S. Luiz 3rd., Inc. | |
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | |
| 10 Leyden Street, East Boston | |
| 101 Leyden Street, East Boston | 7,596.52 |
| 133 Boardman Street, East Boston | 1,252.45 |
| 59 Ashley Street, East Boston | 2,673.79 |
| 87 Addison Street, Unit 1, East Boston | 4,751.72 |
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK - Other | 2,101.29 |
| | 1,618.28 |
| Total MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 19,994.05 |
| M.H.D. 603641 - CHEM. STORAGE FACILITIES | 1,763.00 |
| Total J.S. Luiz 3rd., Inc. | 21,757.05 |
| TOTAL | 21,757.05 |

**Bucksworth Ent. Inc.**
**63 Myricks St. (Rt. 79)**
**Berkley, MA 02779**

**Phone: (508) 823-1171**
**Fax: (508) 880-9105**

# INVOICE

Invoice#: 18327
Date: 04/17/2004
Salesperson: JC

Sold To:                    Account: 5086488557

**JAKE (JOHN) FAGAN**
**74 HIGH STREET**
**ASSONET  MA 02702**

EMPLOYEE EXPENSE
REIMBURSEMENT
PAYABLE TO

Phone: (508) 644-2457

| SKU | Description | Qty | Discount | Each | Total |
|---|---|---|---|---|---|
| FHR | FIR HAND RAIL | 14.00 LF | | 1.29 | 18.06 |
| 1-6', 1-8' LENGTHS | | | | | |
| KC2 | KEYS CUT 2 SIDED | 4.00 EA | | 1.25 | 5.00 |
| 2-H51, 2-H50 | | | | | |
| ULBRAC | 11006U H.D. HANDRAIL BRACKETS | 8.00 EA | | 1.75 | 14.00 |

|  |  |
|---|---|
| Total: | 37.06 |
| Tax: | 1.85 |
| Shipping: | 0.00 |
| Grand Total: | 38.91 |
| Tendered: | 38.91 |

Placed On Account:          38.91

X: _____

OK ... 4/19/04

**Thank You**

Page: 1

THE HOME DEPOT 2677
899 COUNTY STREET
TAUNTON, MA 02780    (508)823-0960

SALE                2677 00059 11565   04/18/04
                        14 SC0159   02:36 PM



037551124473 SPARK PLUG              1.99
043374790122 CARPET MTL
   5 @ 3.65                          18.25
            SUBTOTAL                 20.24
            SALES TAX                 1.01
            TOTAL                   $21.25
XXXXXXXXXXXX4945 DEBIT               21.25
AUTH CODE 160126

            CHANGE DUE               10.00



2677 59 11565 04/18/2004 9606

YOUR OPINION COUNTS! COMPLETE A SURVEY
AT WWW.HOMEDEPOTOPINION.COM AND ENTER
TO WIN A $5,000 HOME DEPOT GIFT CARD!

EMPLOYEE EXPENSE REIMBURSEMENT
IN THE AMOUNT OF $21.25  #19.16

# PAYABLE TO: JOHN FAGAN

OK  4/19/04

4/19/04

EMPLOYEE EXPENSE
REIMBURSEMENT
IN THE AMOUNT OF        ~~$43.91~~   $43.17

# PAYABLE TO:

JACK HARTZELL

THANK YOU FOR SHOPPING AT
WOODSIDE HARDWARE CO. INC.
(617) 846-2141

NO CREDITS OR REFUNDS CAN BE ISSUED
WITHOUT THIS INVOICE OR CASH RECEIPT
4/16/04  10:14 PI        554 SALE
------------------------------------
50190        2 EA    1.59 EA
1-1/4"x 8' GALV CORNER BEAD    3.19


SUB-TOTAL:    3.19    TAX:        16
                     TOTAL:    3.34
CASH TEND:    4.00 CHANGE:      .66

===>> JRNL# D48387        <<===
CUST # #5


OK [signature] 4/19/04

THANK YOU FOR SHOPPING AT
WOODSIDE HARDWARE CO. INC.
(617) 846-2141

NO CREDITS OR REFUNDS CAN BE ISSUED
WITHOUT THIS INVOICE OR CASH RECEIPT
4/15/04  10:11 PI        554 SALE
------------------------------------
1791        1 LB    12.99 LB
RAGS: 5 POUND BAG              12.99
13376        1 EA    2.89 EA
ACE PAINT THINNER-GAL          2.89
12783        1 QT    3.29 QT
ACE LACQUER THINNER-QT         3.29
1010370      1 EA    4.99 EA
3M CAULK REMOVER               4.99
11587        1 EA     .79 EA
1 1/12 PLASTIC PUTTY KNIFE      .79
5173604      1 EA    2.99 EA
SCRW DRY PHLCR 6X1.25"1#       2.99
1010900      1 EA    9.99 EA
DURABOND 45 LIGHTWEIGHT 18LB   9.99


SUB-TOTAL:    37.93    TAX:    1.70
                     TOTAL:    39.83
                     BC AMT:   39.83
BK CARD#: XXXXXXXXXXXXX7312


===>> JRNL# D48383        <<===
CUST # #5

THANK YOU JACK C HARTZELL III
FOR YOUR PATRONAGE

*Fernandes & Charest, P.C.*
*1140 State Road - P.O. Box 1523*
*Westport MA 02790*
Phone: (508) 636-6556    Fax: (508) 636-4471
*fernandescharest@msn.com*



Artek Builders, Inc.
26 Prospect Road
Mattapoisett MA 02739

Invoice #:    17252
Date:    4/13/2004

Please return top portion with remittance.

Amount enclosed $ _____

— — — — — — — — — — — — — — — — — — —

For Professional Services Rendered as Follows:

Review of first quarter federal and state payroll tax filings including
Form 941, MDET Form 1, Form WR-1, Form M-941 and MDET
Form 1700-HI                                                                    $40.00

Total Amount Due        $40.00

RECEIVED APR 1 5 2004

| Aged Balances | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/30/04 | 03/31/04 | 02/29/04 | 01/31/04 | 12/31/03 | 11/30/03+ | | Total |
| 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $40.00 |

*WE APPRECIATE YOUR BUSINESS, IF YOU ARE SATISFIED, PLEASE REFER US*

**Durfee**
**Buffinton**
**Insurance**
*Since 1843*

377 Second Street
P.O. Box 2571
Fall River, MA 02722

Tel: 508-679-6486
Fax: 508-679-6408

| INVOICE # | 2893 | | Page 1 |
|---|---|---|---|
| ACCOUNT NO. | OP | DATE | |
| ARTEK-1 | KL | 04/13/04 | |
| PRODUCER | | | |
| Douglas H. Brown | | | |
| BALANCE DUE ON: | | | |
| 04/14/04 | | | |
| AMOUNT PAID | | AMOUNT DUE | |
| | | $    100.00 | |

**Artek Builders Inc.**
26 Prospect Road
Mattapoisett, MA  02739

COPY

| Itm # | Due Date | Trn Type | Description | Amount |
|---|---|---|---|---|
| INVOICE # | 2893 | | | |
| 25625 | 04/14/04 | NEW BOND | New Bond | $    100.00 |
| | | | Residential Sound Insulation Program Bond | |
| | | | Invoice Balance: | $    100.00 |

RECEIVED APR 1 5 2004

**J.S. Luiz 3rd, Inc.**

GENERAL CONTRACTOR
12 VENTURA DRIVE  NORTH DARTMOUTH, MA 02747

COMPASS BANK
NEW BEDFORD, MA

53-7029/2113

*INVOICE 204*

COPY

*W/E  4-24-04*

CHECK NO.

050837

TWENTY-FOUR THOUSAND SIX HUNDRED SIXTY-SEVEN AND
58/100 DOLLARS

DATE                    AMOUNT

04/30/04        $***24,667.58

| | |
|---|---|
| PAY TO THE ORDER OF | 00524<br>ARTEK BUILDERS<br>P O BOX 70341<br>NORTH DARTMOUTH        MA 02747 |

*Pamela Picaro*

AUTHORIZED SIGNATURE        MP

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

⑈050837⑈ ⑆211370299⑆01 20 2021325⑈

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



# Invoice

| Date | Invoice # |
|------|-----------|
| 4/28/2004 | 204 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | |
| BCC - BUILDING G LOBBY WALL COVERING | 17,733.11 |
| M.H.D. CONTRACT 603641 CHEMICAL STORAGE FACILITIES | 29.86 |
| MANAGEMENT SERVICES | 2,086.29 |
| | 4,818.32 |

| | |
|---|---|
| **Total** | $24,667.58 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $24,667.58 |

Case 1:05-cv-10437-GAO     Document 26-3     Filed 01/30/2006     Page 38 of 58

# ARTEK BUILDERS, INC.
## LABOR COST SUMMARY
### April 22 - 28, 2004

|  | Act. Cost |
|---|---|
| J.S. Luiz 3rd., Inc. |  |
|   MASSPORT L676-C1 RESIDENTIAL SOUND WORK |  |
|     10 Leyden Street, East Boston - 3678 | 1,323.67 |
|     101 Leyden Street, East Boston - 3719 | 218.83 |
|     133 Boardman Street, East Boston - 3797 | 27.35 |
|     19A Ashley Street, East Boston - 3891 | 3,954.13 |
|     54 Leyden Street, East Boston - 3879 | 1,205.51 |
|     59 Ashley Street, East Boston - 3815 | 559.80 |
|     87 Addison St., Unit 1, E. Boston - 3322 | 831.22 |
|     91 St. Andrew Road, East Boston - 1016 | 7,820.55 |
|     MASSPORT L676-C1 RESIDENTIAL SOUND WORK - Other | 1,792.05 |
|   Total MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 17,733.11 |
|   BCC - Building G Lobby Wall Covering | 29.86 |
|   M.H.D. 603641 - CHEM. STORAGE FACILITIES | 2,086.29 |
|   Total J.S. Luiz 3rd., Inc. | 19,849.26 |
| TOTAL | 19,849.26 |

10:45 PM
04/27/04

# ARTEK BUILDERS, INC.
## MANAGEMENT PAYROLL SUMMARY
### April 28, 2004

| | MERLO, DIANE M | TOTAL |
|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | |
| Gross Pay | | |
| Salary | 200.00 | 200.00 |
| Total Gross Pay | 200.00 | 200.00 |
| Adjusted Gross Pay | 200.00 | 200.00 |
| **Taxes Withheld** | | |
| Federal Withholding | | |
| Medicare Employee | -5.00 | -5.00 |
| Social Security Employee | -2.90 | -2.90 |
| MA - Withholding | -12.40 | -12.40 |
| | -9.79 | -9.79 |
| Total Taxes Withheld | -30.09 | -30.09 |
| **Net Pay** | 169.91 | 169.91 |
| **Employer Taxes and Contributions** | | |
| Federal Unemployment | | |
| Medicare Company | 1.60 | 1.60 |
| Social Security Company | 2.90 | 2.90 |
| MA - Unemployment Company | 12.40 | 12.40 |
| MA - Workforce Training Fund | 21.92 | 21.92 |
| | 0.12 | 0.12 |
| Total Employer Taxes and Contributions | 38.94 | 38.94 |

DIANE — 238.94
EXPENSE — 13.50
" — 51.29
" — 20.47
" — 65.75
TELEPHONE - 34.37
W.C. INSUR - 4,394.00
TOTAL = $ 4,818.32

J.S. Luiz 3rd, Inc.
GENERAL CONTRACTOR
12 VENTURA DRIVE   N. DARTMOUTH, MA 02747

COPY
COMPASS BANK
NEW BEDFORD, MA

36661

53-7029
2113

W/E 5-8-04

PAY

Twenty nine Thousand three hundred eight ~ 00/100 DOLLARS

| TO THE ORDER OF | DATE | | NET CHECK |
|---|---|---|---|
| Aklly Builders, Inc | 5-19-04 | | 29308 00 |

Inv. #206

J.S. LUIZ 3RD, INC.

Pamela Picaro

NP

⑈"036661⑈" ⑇211370299⑇:01 20 2021325⑈"

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/12/2004 | 206 |

| Bill To |
|---------|
| J.S. Luiz 3rd., Inc.<br>12 Ventura Drive<br>North Dartmouth, MA 02747 |

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 21,007.53 |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 5,314.15 |
| WALK TO THE SEA - BARNSTABLE 203017 | 2,105.73 |
| MANAGEMENT SERVICES | 880.65 |

| | |
|---|---|
| **Total** | $29,308.06 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $29,308.06 |

STATUS OF YOUR ACCOUNT

THIS NOTICE ISN'T THE RESULT OF AN EXAMINATION OF YOUR RETURN.  WE NOTIFY A TAXPAYER
WHEN WE SELECT HIS/HER RETURN FOR EXAMINATION.

REMOVAL OF PENALTIES - REASONABLE CAUSE

THE LAW LETS US REMOVE OR REDUCE THE PENALTIES EXPLAINED IN THIS NOTICE IF YOU HAVE
AN ACCEPTABLE REASON.  IF YOU BELIEVE YOU HAVE AN ACCEPTABLE REASON, YOU MAY SEND US
A SIGNED STATEMENT EXPLAINING YOUR REASON.  WE'LL REVIEW IT AND LET YOU KNOW IF WE
ACCEPT YOUR EXPLANATION AS REASONABLE CAUSE TO REMOVE OR REDUCE YOUR PENALTY.  THIS
PROCEDURE DOESN'T APPLY TO INTEREST AND, IN SOME CASES, WE MAY ASK YOU TO PAY THE TAX
IN FULL BEFORE WE REDUCE OR REMOVE THE PENALTY FOR PAYING LATE.

ERRONEOUS WRITTEN ADVICE FROM IRS

WE'LL ALSO REMOVE YOUR PENALTY IF:

  -YOU WROTE TO IRS AND ASKED FOR ADVICE ON A SPECIFIC ISSUE,
  -YOU GAVE IRS COMPLETE AND ACCURATE INFORMATION,
  -IRS WROTE BACK TO YOU AND GAVE YOU A SPECIFIC COURSE OF ACTION TO TAKE OR EXPLAINED
   WHAT ACTIONS NOT TO TAKE.
  -YOU FOLLOWED OUR WRITTEN ADVICE IN THE MANNER WE OUTLINED, AND
  -YOU WERE PENALIZED FOR THE WRITTEN ADVICE WE GAVE YOU.

TO HAVE THE PENALTY REMOVED BECAUSE OF ERRONEOUS WRITTEN ADVICE FROM IRS, YOU SHOULD:

  -COMPLETE FORM 843, CLAIM FOR REFUND AND REQUEST FOR ABATEMENT,
  -REQUEST THAT IRS REMOVE THE PENALTY, AND
  -SEND FORM 843 TO THE IRS SERVICE CENTER WHERE YOU FILED YOUR RETURN FOR THE YEAR
   YOU RELIED ON ERRONEOUS ADVICE FROM THE IRS.

THE THREE DOCUMENTS YOU MUST ATTACH TO YOUR FORM 843 ARE:

  -A COPY OF YOUR ORIGINAL REQUEST FOR ADVICE FROM IRS,
  -A COPY OF THE ERRONEOUS WRITTEN ADVICE FROM IRS, AND
  -A NOTICE (IF ANY) SHOWING THE PENALTY WE CHARGED THAT YOU NOW WISH US TO REMOVE.

THE LAW ALLOWS YOU TO TELL THE IRS WHERE TO APPLY YOUR DEPOSITS WITHIN THE TAX RETURN
PERIOD WITH A DEPOSIT PENALTY.  YOU HAVE 90 DAYS FROM THE DATE OF THE  CORRESPONDENCE
SHOWING THE DEPOSIT PENALTY TO CONTACT THE IRS, IF YOU WANT TO SPECIFY WHERE TO APPLY
YOUR DEPOSITS.

THE LAW ALSO ALLOWS THE IRS TO REMOVE THE DEPOSIT PENALTY IF:  (1) THE PENALTY
APPLIES TO THE FIRST REQUIRED DEPOSIT AFTER A REQUIRED CHANGE TO YOUR FREQUENCY OF
DEPOSITS, AND (2) YOU FILE YOUR EMPLOYMENT TAX RETURNS BY THE DUE DATE.

---

ETURN THIS PART TO US WITH YOUR CHECK OR INQUIRY
OUR TELEPHONE NUMBER        BEST TIME TO CALL
    )

                            AMOUNT YOU OWE.....................$311.5
                            .LESS PAYMENTS NOT INCLUDED.$_____
                            PAY ADJUSTED AMOUNT........$_____

'00417 031625              17154-507-14071-4

      INTERNAL REVENUE SERVICE
      CINCINNATI  OH   45999-0039

20
SB
      |.|..|.|.|.|.|.|..|.|.|.||..||.....||.|.|.....||      ARTEK BUILDERS INC
                                                           26 PROSPECT RD
                                                           MATTAPOISETT  MA   02739-2154269

    043521933 WZ ARTE 01 2 200312 670 00000031153

Invoice    CRCIN37222

Cape Resources Company
280 Old Falmouth Road
P.O. Box 69
Marstons Mills   MA   02648
Phone:   (508) 428-2613
Fax:     (508) 420-1346

JAY JACOBS

5/7/2004
Page:        1

**THIS IS YOUR ONLY INVOICE**

07CashCustomer

| Customer PO | Customer #<br>07CASH | | Payment Terms<br>COD | |
|---|---|---|---|---|

| Quantity | Item # | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | 07-9060 | Regular 6 wheeler-Brush/L | $50.00 | $50.00 |

*Paid Cash*

Please remit to:
Cape Resources Company
Department 800672
Box 8000
Buffalo, NY   14267

| | | |
|---|---|---|
| | Subtotal | $50.00 |
| | Misc | $0.00 |
| | Tax | $0.00 |
| Amt. Paid        $50.00 | Freight | $0.00 |
| Received by: _____ | | |
| Paid CK # | Total | $50.00 |

JAY JACOBS
   TOTAL EXPENSES = $233.35
      (4 pages)

COPY

INVOICE 210
W/E 5-29-04

J.S. Luiz 3rd, Inc.
GENERAL CONTRACTOR
12 VENTURA DRIVE   N. DARTMOUTH, MA 02747

36760

53-7029
2113

COMPASS BANK
NEW BEDFORD, MA

PAY

TO THE ORDER OF

Thirty Nine Thousand Three hundred Nine ___ 98/100 DOLLARS

DATE   6-9-04        NET CHECK   39,309 98

Ortins Builders, Inc

W/E 5-29-04  INV #210

J.S. LUIZ 3RD, INC.

Pamela Picard

⑈036760⑈ ⑉211370299⑉01 20 2021325⑈

**ARTEK BUILDERS, INC.**
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715

 COPY

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2004 | 210 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 19,831.64 |
| RAINBOW KIDS - NORTON | 13,685.78 |
| MANAGEMENT SERVICES | 2,105.71 |
| | 3,686.85 |

| | |
|--|--|
| **Total** | $39,309.98 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $39,309.98 |

11:42 AM
06/02/04

# ARTEK BUILDERS, INC.
# LABOR COST SUMMARY
### June 2, 2004

|  | Act. Cost |
|---|---|
| J.S. Luiz 3rd., Inc. | |
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 19,831.64 |
| M.H.D. 603641 - CHEM. STORAGE FACILITIES | 13,685.78 |
| Rainbow Kids - Norton | 2,105.71 |
| Total J.S. Luiz 3rd., Inc. | 35,623.13 |
| TOTAL | 35,623.13 |

J. BAPTISTE
BRUSHES    AVON

THE HOME DEPOT 2671
60 STOCKWELL DR.
AVON, MA. 02322  (508) 580-0600

SALE          2671 00013 52491    06/01/04
                  11 MAB504    11:28 AM



6927732910039 3"UTLTYBRUSH
   3 @ 3.97                      11.91
              SUBTOTAL          11.91
              SALES TAX          0.00
TAX EXEMPT ID # 046002284
                 TOTAL          $11.91
XXXXXXXXXXXXX1295 VISA          11.91
AUTH CODE 070373/9139032         TA

2671 13 52491 06/01/2004 9843

YOUR OPINION COUNTS! COMPLETE A SURVEY
AT WWW.HOMEDEPOTOPINION.COM AND ENTER
TO WIN A $5,000 HOME DEPOT GIFT CARD!

                                    66

SAAB 1 ENTERPRISE
130 CENTRAL ST.
STOUGHTON,MA.02072

PREPAID RECEIPT

05/19/04          08:13:49
PUMP# 3
REGULAR             2.452G
Price/Gal          $2.039

FUEL TOTAL          $5.00

THANK YOU!!!
PLEASE COME AGAIN!

Jimmy Baptist

Compressed
        CASH

TOTAL = $16.91

James Baptiste

M.H.D. 603641



Harleysville Worcester Insurance Company
Processing Center
355 Maple Avenue
Harleysville, PA 19441-0002
www.harleysvillegroup.com

# PREMIUM INVOICE

| | |
|---|---|
| Invoice Date: | 05/25/04 |
| Account/Policy: | 7G8649 |
| Agency Code: | 73-2196 |
| Payment Received: | $5,976.00 |
| Current Balance: | $6,862.00 |
| Minimum Due: | $3,431.00 |
| Due Date: | 06/14/04 |

RECEIVED JUN 0 1 2004

Minimum due must reach us by the due date

ARTEK BUILDERS, INC
26 PROSPECT ROAD
MATTAPOISETT MA   02739

For assistance please contact your agent:
DURFEE-BUFFINTON INS AGCY INC
at 508-679-6486

Dear Policyholder:

Would you like to know more about
Harleysville Insurance? We invite
you to visit our Web site at
www.harleysvillegroup.com.
There you'll find comprehensive,
up-to-date information about Harleysville
Insurance organization including as well
as the products and services we offer
individuals and businesses across the
nation through our network of regional
insurers and independent agents who
represent us.

If you have questions about this invoice
or anything related to your insurance,
contact your independent insurance agent
at the number listed above. Additional
important numbers can be found on the
reverse side of this statement.

As always, we appreciate and value your
business! Thank you!

| | | |
|---|---|---|
| MPA7G8649   11/04 Commercial Package | 6,862.00 | 3,431.00 |

IF YOU HAVE A CLAIM, CALL US WITHIN 24 HOURS AT 1-800-892-8877.
WE ARE OPEN TO TAKE YOUR CALLS 24 HOURS A DAY, 7 DAYS A WEEK.

| Installment | Amount | Due Date |
|---|---|---|
| #04 | $3,436.00 | 07/14/04 |

Harleysville Worcester Insurance Company
Processing Center
355 Maple Avenue
Harleysville, PA 19441-0002
www.harleysvillegroup.com

Detach and return this portion with your payment



| | |
|---|---|
| Account/Policy: | 7G8649 |
| | ART |
| Current Balance: | $6,862.00 |
| Minimum Due: | $3,431.00 |
| Due Date: | 06/14/04 |

Minimum due must reach us by the due date

Please indicate account/policy number on check
and make payable to Harleysville Insurance.

Insured:   ARTEK BUILDERS, INC

Amount Paid:

If your address has changed, please cross out the 'Y' below and write new address on back of stub.



BR 60



$ 278.90  Invoice 212 [rev]
Final Payment

051217

CHECK NO.

W/E 6-12-04
COPY
INVOICE 212/212 REV.

COMPASS BANK
NEW BEDFORD, MA.
53-7082/2113

AMOUNT

DATE

$***45,049.06

07/02/04

Amula Acare

AUTHORIZED SIGNATURE

MP

J.S. Luiz 3rd, Inc.
GENERAL CONTRACTOR
12 VENTURA DRIVE  NORTH DARTMOUTH, MA 02747

FORTY-FIVE THOUSAND FORTY-NINE AND 06/100 DOLLARS

PAY
TO THE
ORDER
OF

00524
ARTEK BUILDERS
26 PROSPECT ROAD
MATTAPOISETT        MA 02739

Various Invoices

⑈051217⑈ ⑇211370299⑇08 20 2021325⑈

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/17/2004 | 212 REVISED |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 19,218.67 |
| MASSPORT L605-C7 RESIDENTIAL SOUND WORK | 11,502.77 |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 18,471.85 |
| RAINBOW KIDS - NORTON | 1,288.34 |
| STOUGHTON COURT HOUSE | 88.96 |
| WALK TO THE SEA - BARNSTABLE 203017 | 1,019.94 |
| MANAGEMENT SERVICES - W/E 06-12-2004 | 845.47 |

| | |
|---|---|
| **Total** | $52,436.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $52,436.00 |

10:28 AM
08/17/04

Page 3

# ARTEK BUILDERS, INC.
## BILLABLE PAYROLL SUMMARY
### June 10 - 16, 2004

| Employee Wages, Taxes and Adjustments | DEPINA, MANUEL F. Hours | DEPINA, MANUEL F. Rate | DEPINA, MANUEL F. Jun 10 - 16, 04 | DEXTER, RICKY S. Hours | DEXTER, RICKY S. Rate | DEXTER, RICKY S. Jun 10 - 16, 04 | DIORIO II, WILLIAM C. Hours | DIORIO II, WILLIAM C. Rate | DIORIO II, WILLIAM C. Jun 10 - 16, 04 |
|---|---|---|---|---|---|---|---|---|---|
| **Gross Pay** | | | | | | | | | |
| Hourly Rate | 24 | 15.00 | 360.00 | | | 0.00 | | | 0.00 |
| M.H.D. - STORAGE FACILITIES | | | 0.00 | | | 0.00 | | | 0.00 |
| MASSPORT L806-C7 Soundproofing | | | 0.00 | | | 0.00 | | | 0.00 |
| MASSPORT L876-C1 Soundproofing | | | 0.00 | 40 | 47.62 | 1,904.80 | 40 | 48.62 | 1,864.80 |
| OVERTIME - M.H.D. STORAGE FACIL | | | 0.00 | | | 0.00 | | | 0.00 |
| Overtime Hourly Rate | | | 0.00 | | | 0.00 | | | 0.00 |
| **Total Gross Pay** | | | 360.00 | | | 1,904.80 | | | 1,864.80 |
| **Deductions from Gross Pay** | | | | | | | | | |
| Local 4 OE Union Dues | | | 0.00 | | | 0.00 | | | 0.00 |
| Local 4 OE Union SAC/PAC | | | 0.00 | | | 0.00 | | | 0.00 |
| Pension Plan - Davis Bacon | | | 0.00 | | | -190.48 | | | -186.48 |
| **Total Deductions from Gross Pay** | | | 0.00 | | | -190.48 | | | -186.48 |
| **Adjusted Gross Pay** | | | 360.00 | | | 1,714.32 | | | 1,678.32 |
| **Taxes Withheld** | | | | | | | | | |
| Federal Withholding | | | -7.00 | | | -223.00 | | | -243.00 |
| Medicare Employee | | | -5.22 | | | -24.86 | | | -24.34 |
| Social Security Employee | | | -22.32 | | | -106.28 | | | -104.06 |
| MA - Withholding | | | -11.20 | | | -78.61 | | | -78.78 |
| **Total Taxes Withheld** | | | -45.74 | | | -432.65 | | | -450.18 |
| **Deductions from Net Pay** | | | | | | | | | |
| Child Support Withholding | | | 0.00 | | | 0.00 | | | 0.00 |
| **Total Deductions from Net Pay** | | | 0.00 | | | 0.00 | | | 0.00 |
| **Net Pay** | | | 314.26 | | | 1,281.67 | | | 1,228.14 |
| **Employer Taxes and Contributions** | | | | | | | | | |
| Federal Unemployment | | | 2.88 | | | 0.00 | | | 13.43 |
| Medicare Company | | | 5.22 | | | 24.86 | | | 24.34 |
| Social Security Company | | | 22.32 | | | 106.28 | | | 104.06 |
| MA - Unemployment Company | | | 39.46 | | | 187.59 | | | 183.94 |
| Local 4 OE Union Company OT | | | 0.00 | | | 0.00 | | | 0.00 |
| Local 4 OE Union Company Reg | | | 0.00 | | | 0.00 | | | 0.00 |
| MA - Workforce Training Fund | | | 0.22 | | | 1.03 | | | 1.01 |
| **Total Employer Taxes and Contributions** | | | 70.10 | | | 320.06 | | | 326.78 |

Taylor Rental Center
RT 123 Norton, MA 508-222-4920
RT 44 Taunton, MA 508-823-2501
2 Locations to Serve You

| | | |
|---|---|---|
| CONTRACT NUMBER | 242844 | |
| INVOICE NUMBER | | 13764 |
| DATE AND TIME IN | 06/11/2004 | 15.04 |
| DATE AND TIME OUT | 06/07/2004 | 14.32 |

Contract/Invoice Reprint

RENTED AND/OR SOLD TO

Account #:    5306
JAY JACOBS
FOR STONE COMPACTOR

774-244-6797

ADDRESS AT WHICH EQUIPMENT WILL BE USE

Delivery Date: / /
Pickup / /

| Item Number | Description | Qty | Rates | Day | Date Due | Time Due | Amount |
|---|---|---|---|---|---|---|---|
| 50-002-01 | REPAIR | 1 | MIN 0.00 | | 06/07/2004 | 14.32 | 0.00 |
| 80-002 | RETAIL PARTS | 1 | 161.45 | | | | 161.4 |
| 80-002 | RETAIL PARTS | 1 | 41.33 | | | | 41.3 |

S38A STONE COMPACTOR W/5.5 HP HONDA
RETAIL 1 CLUTCH KIT & BELT COVER

Thank You For Choosing TAYLOR RENTAL NORTON. We Appreciate Your Business
PLEASE secure all equipment to prevent damage in transit.
You must call us IMMEDIATELY with any problems or questions

421 OLD CO.... ...RTON, MA 02780
Store Hours:MON... ...RING THESE HOURS!

| | | |
|---|---|---|
| DAMAGE WAIVER CHARGE (DWC) | 10.00 % | |

RENTAL CHARGE. RENTER MAY, BY INITIALS HEREON, DECLINE BENEFITS OF PARAGRAPH 7 DAMAGE WAIVER, ON REVERSE SIDE OF THIS CONTRACT.

DWC IS NOT INSURANCE

DECLINES

(INITIALS)

| | |
|---|---|
| Total Sales | 192.78 |
| Delivery/Pickup | 11.00 |
| Subtotal | 203.78 |
| Sales Tax | |
| Total | 213.42 |
| Amount Due | 213.42 |
| Amount Tendered | 215.42 |
| Change | 2.00 |

I have read and understand the terms and conditions on both sides of this agreement and certify that these printed on the other side are agreed to as if printed above my signature. There are no oral or other representations not included herein. Unless declined, I do agree to the damage waiver charges. I have received a copy of this agreement.

Lessee's Signature _____

PAGE 3 OF 3
$213.42

Payment: Cash

GEorGE    STooghtou

MASS Highway

## FUEL FOR LIFT

```
PARK STREET SERVICE          7813448986
1002 PARK ST                 TERM# 1
STOUGHTON      MA      2072  JRL# 677
06/11/04       Friday        07:04:04

          CREDIT CARD RECEIPT

03 UL/FULL   4.8098 @ $2.079 $  10.00

**DUP**          TOTAL $  10.00

****** This is not a valid Ticket ******
*********** Use Imprinter ***********

THANK YOU!  HAVE A NICE DAY!
```

GEORGE CARVALHO
$10.00
MHD

4:03 PM
06/14/04
Accrual Basis

# ARTEK BUILDERS, INC.
## Find Report
### All Transactions

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|-----|-------|--------|---------|
| Bill Pmt -Check | 2/11/2004 | 3963 | COMMONWEALTH... | FID # 04-352... | 1000 · Checking - F... | | X | 2000 · Accoun... | -456.00 | -456.0 |
| Bill Pmt -Check | 1/28/2004 | 3988 | COMMONWEALTH... | FID # 04-352... | 1000 · Checking - F... | | X | 2000 · Accoun... | -456.00 | -912.0 |
| Check | 3/4/2002 | 3305 | Commonwealth of ... | | 1000 · Checking - F... | | X | 8020 · State C... | -456.00 | -1,368.0 |
| Check | 3/14/2001 | 2170 | Commonwealth of ... | 04-3521933 ... | 1000 · Checking - F... | | X | 8020 · State C... | -456.00 | -1,824.0 |
| Total | | | | | | | | | -1,824.00 | -1,824.0 |

Page

#2170 - DATED 3/14/2001 = YEAR END 2000

#3305 - DATED 3/4/2002 = YEAR END 2001

#3988 - DATED 1/28/2004 = YEAR END 2002 (PAID) (LATE)

#3963 - DATED 2/11/2004 = YEAR END 2003

→ PENALTY CHARGES OF $161.01 FOR 2002 TAX YEAR FOR STATE OF MASS

(SEE ENCLOSED BILL)

**J.S. Luiz 3rd, Inc.**

GENERAL CONTRACTOR
12 VENTURA DRIVE   NORTH DARTMOUTH, MA 02747

COMPASS BANK
NEW BEDFORD, MA

53-7029/2113

051388

CHECK NO.

FIFTY-SEVEN THOUSAND TWO HUNDRED FIVE AND 40/100
DOLLARS

| DATE | AMOUNT |
|---|---|
| 07/28/04 | $***57,205.40 |

PAY
TO THE
ORDER
OF

00524
ARTEK BUILDERS
26 PROSPECT ROAD
MATTAPOISETT          MA 02739

_Paula Picaro_

AUTHORIZED SIGNATURE                MP

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

⑈051388⑈ ⑆211370299⑆ 01 20 2021325⑈

.03 = INVOICE 216

$ 57,205.37

PAYMENT IF FULL

INVOICE 218

COPY

INVOICE 218
W/E 7-17-04

**ARTEK BUILDERS, INC.**
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/21/2004 | 218 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | |
| MASSPORT L605-C7 RESIDENTIAL SOUND WORK | 24,623.28 |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 18,352.16 |
| RAINBOW KIDS - NORTON | 8,859.43 |
| MANAGEMENT SERVICES | 4,282.72 |
| | 1,087.78 |

| | |
|--|--|
| **Total** | $57,205.37 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $57,205.37 |

J.S. Luiz 3rd, Inc.

GENERAL CONTRACTOR
12 VENTURA DRIVE   NORTH DARTMOUTH, MA 02747

COMPASS BANK
NEW BEDFORD, MA
53-7028/2113

FORTY-FIVE THOUSAND FORTY-NINE AND 06/100 DOLLARS

CHECK NO.

051247

PAY
TO THE
ORDER
OF

00524
ARTEK BUILDERS
26 PROSPECT ROAD
MATTAPOISETT        MA 02739

DATE        AMOUNT

07/02/04    $****45,049.06

AUTHORIZED SIGNATURE

MP



PAID IN FULL
INVOICE 215
$4,013.97

"051247" ⑈211370289400⑈ 20 2021325"

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICRO-PRINTED SIGNATURE LINE.

COPY
INVOICE 215

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/2/2004 | 215 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MANAGEMENT SERVICES | 7,888.97 |
| CREDIT - FAUNCE CORNER REALTY WORK (INVOICE 226) | -3,875.00 |

| | |
|---|---|
| **Total** | $4,013.97 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,013.97 |



**Make progress every day**

Billing Date: 06/08/04    Page 1 of 6
Telephone Number: 508 758 9715
Account:    508 758 9715 394 006 3
How to Reach Us: See page 2

ARTEK BUILDERS INC
26 PROSPECT RD
MATTAPOISETT MA 02739-2154

RECEIVED JUN 1 6 2004



## Account Summary

| | |
|---|---|
| Previous Charges | $34.70 |
| Payment Received Jun  2. Thank You. | -34.70 |
| Past Due Charges | $.00 |
| **New Charges** | |
| Verizon (page 3) | $25.49 |
| Other Providers (page 4) | 8.48 |
| Total New Charges Due July 11 | $33.97 |
| Total Due (Past Due + New) | $33.97 |

These monthly charges are for your service from
May 09 to June 08.

**!**

***Manage Your Verizon Account Online!***
*View & pay bills, request repairs, place orders.*
*It's quick and easy:*
*Go to verizon.com*
*Click "Sign in" under "Manage My Account".*
*First time user? Get started with ...*
*User ID: 5087589715$*
*Password: 40Z228*
*... and customize your ID as you register.*
*Then follow the step-by-step instructions.*

**To enroll in the Verizon Direct Payment
Option** *please read and sign the agreement on
the reverse side of the payment form below.*

**Mail payments to:**
Verizon,  PO Box 1,  Worcester MA 01654-0001

**Change of address?**
Go to verizon.com/billingaddress or see page 2.

- - - - - - - - - - - - - - - - - - - - - - - - - - ▼ Detach & return payment slip with your check, payable to Verizon. - - - - - - - - - -



Account:  508 758 9715 394 006 3
New Charges Due:  07/11/04

☐  **Yes!** *I want to be a Literacy Champion.*
*Sign me up for a $1 monthly donation*
*to  Verizon Reads.*

**Total Due**      $33.97

**Amount Paid:**

$ ☐☐.☐☐

ARTEK BUILDERS INC          55E
26 PROSPECT RD
MATTAPOISETT MA 02739-2154

VERIZON
PO BOX 1
WORCESTER MA 01654-0001

0200508758971539400062101    042170000000000000000000339701

Harleysville Worcester Insurance Company
Processing Center
355 Maple Avenue
Harleysville, PA 19441-0002
www.harleysvillegroup.com

 COPY

RECEIVED JUN 28 2004

# Harleysville

# PREMIUM INVOICE

| | |
|---|---|
| Invoice Date: | 06/24/04 |
| Account/Policy: | 7G8649 |
| Agency Code: | 73-2196 |
| Payment Received: | $3,431.00 |
| Current Balance: | $3,461.00 |
| Minimum Due: | $3,461.00 |
| Due Date: | 07/14/04 |

Minimum due must reach us by the due date

ARTEK BUILDERS, INC
26 PROSPECT ROAD
MATTAPOISETT MA  02739

For assistance please contact your agent:
DURFEE-BUFFINTON INS AGCY INC
at 508-679-6486

Dear Policyholder:

Would you like to know more about
Harleysville Insurance? We invite
you to visit our Web-site at
www.harleysvillegroup.com.
There you'll find comprehensive,
up-to-date information about Harleysville
Insurance organization in general, as well
as the products and services we offer
individuals and businesses across the
nation through our network of regional
insurers and independent agents who
represent us.

If you have questions about this invoice
or anything related to your insurance,
contact your independent insurance agent
at the number listed above. Additional
important numbers can be found on the
reverse side of this statement.

As always, we appreciate and value your
business! Thank you!

| MPA7G8649 | 11/04 | Commercial Package | 3,456.00 | 3,456.00 |
|---|---|---|---|---|
| | | Installment Fee | 5.00 | 5.00 |
| | | Totals | 3,461.00 | 3,461.00 |

IF YOU HAVE A CLAIM, CALL US WITHIN 24 HOURS AT 1-800-892-8877.
WE ARE OPEN TO TAKE YOUR CALLS 24 HOURS A DAY, 7 DAYS A WEEK.

Harleysville Worcester Insurance Company
Processing Center
355 Maple Avenue
Harleysville, PA 19441-0002
www.harleysvillegroup.com

# Harleysville

Please indicate account/policy number on check
and make payable to Harleysville Insurance.

Insured:  ARTEK BUILDERS, INC

Detach and return this section with your payment

| | |
|---|---|
| Account/Policy: | 7G8649 ART |
| Current Balance: | $3,461.00 |
| Minimum Due: | $3,461.00 |
| Due Date: | 07/14/04 |

Minimum due must reach us by the due date

Amount Paid:

If your address has changed, please cross out the "Y" below and write new address on back of stub.

BR 60

**AIG** American International Group, Inc.

# AMERICAN INTERNATIONAL COMPANIES
## Specialty Workers Compensation Group

### INVOICE

RECEIVED JUN 21 2004

Invoice Number: 0000958248
For Billing inquiries call: 800-645-2259
Email SWCSupport@AIG.Com
CUSTOMER NUMBER 2006411
Billed to: 2006411

Billing Date: 06/16/2004
Page 1 of 1

Producer: P38832

**COPY**

ARTEK BUILDERS INC
26 PROSPECT ROAD
MATTAPOISETT MA 02739

XS BROKERS INS AGENCY INC
PO BOX 690355
1563 HANCOCK STREET
QUINCY, MA 02269

*Please contact your producer for any questions regarding your policy*

| (A) ITEMS | (B) POLICY | (C) PAYMENT RECEIVED | (D) FEE CHARGE | (E) TOTAL POLICY BALANCE TO DATE | AMOUNT BILLED ON THIS INVOICE | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | PREVIOUSLY BILLED (F) Due date | (G) Amount | CURRENTLY BILLED (H) Due date | (I) Amount |
| INSTALMT | WC 00547756500 | $4,394.00 | | $8,787.00 | | | 07/16/04 | $4,394.00 |
| | | | | | | | + | |
| | | | | | | | + | |
| | | **AMOUNT DUE** | | | | | + | $4,394.00 |

Please pay either the amounts in (E) or (I)
Balance (G) must be received by due date shown
or immediately if past due, or your policy will be
subject to cancellation.

| Account Summary through | 06/16/2004 |
|---|---|
| TOTAL POLICY PREMIUM | $37,661.00 |
| TOTAL PAYMENT RECEIVED TO DATE | $28,874.00 |
| TOTAL REFUNDS | |
| FEES BILLED TO DATE | |
| CURRENT BALANCE | $8,787.00 |

*Protect your insurance by paying each installment a sufficient time to arrive at or before due date.
Your policy may be subject to cancellation if payment is not received by the due date.*
*Thank you for insuring with American International Companies*

**RETURN PAYMENT COUPON BELOW WITH YOUR PAYMENT   ****   DO NOT SEND A PHOTOCOPY**

| INVOICE | CUSTOMER ID | POLICIES INVOICED | AMOUNT DUE DETAIL ABOVE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 0000958248 | 2006411 | WC 00547756500 | $4,394.00 | |

0330303030000958248001300017200407160000000004394004000000

☐ CHECK HERE IF YOUR ADDRESS HAS CHANGED AND COMPLETE FORM ON REVERSE SIDE.

☐ CHECK HERE IF YOUR POLICY IS FINANCED AND ADVISE US IMMEDIATELY

AMERICAN INTERNATIONAL COMPANIES
P.O. BOX 382014
PITTSBURGH PA 15250-8014

BILLED TO:
ARTEK BUILDERS INC
26 PROSPECT ROAD
MATTAPOISETT MA 02739

INSUREDS COPY

Faunce Corner Enterprises
12 Ventura Drive
North Dartmouth, MA 02747

53-6977/113

1156

DATE  10-25-04

PAY TO THE
ORDER OF  Ortilz Builders, Inc.                    $ 3825.00

Three Thousand eight hundred Seventy five ——— DOLLARS

SLADE'S FERRY BANK
SOMERSET, MA 02725

FOR  inv. #326                    Paula Picaro

⑆011306471⑆  ⑈17009465⑈  1156

**J.S. Luiz 3rd, Inc.**

GENERAL CONTRACTOR
12 VENTURA DRIVE  NORTH DARTMOUTH, MA 02747

COMPASS BANK
NEW BEDFORD, MA

53-7029/2113

051388

CHECK NO.

FIFTY-SEVEN THOUSAND TWO HUNDRED FIVE AND 40/100
DOLLARS

| | DATE | AMOUNT |
|---|---|---|
| | 07/28/04 | $***57,205.40 |

PAY
TO THE
ORDER
OF

00524
ARTEK BUILDERS
26 PROSPECT ROAD
MATTAPOISETT        MA 02739

*Panila Picaro*
AUTHORIZED SIGNATURE                    MP

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

⑈051388⑈ ⑆211370299⑆01 20 2021325⑈

.03 = INVOICE 216

$57,205.37

PAYMENT IF FULL
INVOICE 218

COPY
INVOICE 218
W/E 7-17-04

11:57 PM
.07/20/04

# ARTEK BUILDERS, INC.
## MANAGEMENT PAYROLL SUMMARY
### July 15 - 21, 2004

|  | MERLO, DIANE M | TOTAL |
|---|---|---|
| Employee Wages, Taxes and Adjustments | | |
| Gross Pay | | |
| Salary | 200.00 | 200.00 |
| Total Gross Pay | 200.00 | 200.00 |
| Adjusted Gross Pay | 200.00 | 200.00 |
| Taxes Withheld | | |
| Federal Withholding | -5.00 | -5.00 |
| Medicare Employee | -2.90 | -2.90 |
| Social Security Employee | -12.40 | -12.40 |
| MA - Withholding | -9.79 | -9.79 |
| Total Taxes Withheld | -30.09 | -30.09 |
| Net Pay | 169.91 | 169.91 |
| Employer Taxes and Contributions | | |
| Federal Unemployment | 1.60 | 1.60 |
| Medicare Company | 2.90 | 2.90 |
| Social Security Company | 12.40 | 12.40 |
| MA - Unemployment Company | 21.92 | 21.92 |
| MA - Workforce Training Fund | 0.12 | 0.12 |
| Total Employer Taxes and Contributions | 38.94 | 38.94 |



*I. JACOBS*

Attleboro Mobil
495 Pleasant St.
Attleboro,Ma. 02703

*FOR GENERATOR*

Reg UNLEAD
Pump #1      Fuel Ticket #87476
5.052 G @ 1.979  10.00

Subtotal      10.00
Sales Tax      0.00
**TOTAL**      $10.00
CHANGE DUE      0.00
Cash          10.00

167155e16s485#2    07/16/04 07:50:57

Thank You
Have a nice day!

*RAINBOW KIDS*

*I. JACOBS*



E&R COMPANY #1
RT. 140 & 79
BERKLEY, MA.

*RAINBOW KIDS*

07/15/04      15:59
PREPAID  PUMP 5
FUEL      $50.00
TOTAL      $50.00
CASH      $50.00

TL/NOTAX  $50.00
TAX PD    $0.00
RECEIPT NO. 1-7545

THANK YOU!!
PLEASE COME
AGAIN!!!



*JAY JACOBS*

*TOTAL*
*$469.84*

---

*I. JACOBS*

┌─────────────────────────┐
│  EXXON EXPRESS PAY       │
└─────────────────────────┘

**Nazzaro's Exxon**
Exxon

DLR# 4748398
VOUNO LLC
MIDDLEBO              MA
07/14/04        06:37
                ACCT#
XXXXXXXXXXX7839 783
INV# 0CT1743
AUTH# 072767
PUMP# 4
REG              10.211G
SELF
PRICE/GAL        $1.959
FUEL TOTAL       $20.00

**TOTAL**        $20.00

Thank You
*RAINBOW KIDS*
-THANK YOU-

---

*I. JACOBS*

NEXTEL OF NORTON

*$331.50*

TOTAL        $331.50

CUSTOMER COPY
*NEW PHONE*

---

*J. JACOBS*

FAUNCE CORNER MOBIL
155 FAUNCE CORNER RD.
NORTH DARTMOUTH
02747

Sale
#XXXXXXXXXXXX7839
Auth. # 002409
Inv. # QY12272
1470723
Date 07/18/04
FAUNCE CORNER
N DARTM  MA
Pump # 1 Reg UNLEAD
Gallons ....  12.635
Price/Gal ..   1.919
Fuel Sale ..$  24.25

*RAINBOW
KIDS*

THANK YOU FOR
CHOOSING MOBIL

*I. JACOBS*
*A#*

*RAINBOW KIDS*
*07-14-04*

1¤ *5.49
2¤ *16.99
1¤ *9.99
    *32.47 ST
    *1.62¤
*34.09¤*

10-00A
653-7805

*CHLORINE
DUCT TAPE
RAGS*

*PAGE 1 OF 1*

*Falmouth*
*gas for cift*

OREALNS MOBIL
109 MAIN ST
ORLEANS, MA 02652

Pump#6 Prepay                    20.00

Items:   1      Subtotal        20.00
                Sales Tax        0.00
        TOTAL                  $20.00
                Cash            20.00
        CHANGE  DUE              0.00

402553e23s486t2   07/15/04 08:47:28

        THANK YOU AND
    HAVE A NICE DAY

*TODD MORRIS*

*TODD MORRIS*

*MHD*

*TOTAL = $20.00*

*PAGE 1 OF 1*

Mass. WebFile for Business



Page 1 of 2

# Mass.*Gov*

• home • online services • agencies • elected...

| home | file returns | pay taxes | report wages | account management |

**i want to...**

- Return to my home
- Return to file or view history of tax returns

## File UI/UHI Return

Home > File Returns > File Unemployment

**File DUA UI/WFT/UHI Return**

Based upon data you entered and information on file, your DUA liability (Unemployment Insurance/Workforce Training and Unemployment Health Insurance) is displayed below.

ARTEK BUILDERS, INC.
Tax ID: 043521933
DUA ID: 81-11450-0

Quarter: 2
Quarter End Date: 6/30/2004
Quarter Due Date: 7/31/2004

**Return and Payment Completed**

Filing Date: 7/20/2004       Settlement Date: 7/30/2004

Paid from Bank Account: ******5709

Your reference number for this transaction is DRTB7091987583. Please print this page for your records.

**Monthly Count of Employees**

| | |
|---|---|
| April | 15 Employees |
| May | 21 Employees |
| June | 26 Employees |
| **Employee Count Average** | 20 Employees |

Do you plan on employing 6 or more employees in any calendar quarter during this calendar year?   Yes

**Wages Summary**

| | |
|---|---|
| Gross Wages | $335,079.00 |
| UI Excess Wages | $35,619.00 |
| Wages Subject to UI Contribution | $299,460.00 |
| UHI Excess Wages | $35,619.00 |
| Wages Subject to UHI Contribution | $299,460.00 |

**Unemployment Insurance Contribution Totals**

| | |
|---|---|
| Unemployment Insurance Contribution Due(Rate: 10.96%) | $32,821.00 |
| Workforce Training Fund Contribution Due(Rate: 0.06%) | $180.00 |
| UI Contribution Deferred From Prior Quarter | $0.00 |
| UI Credit From a Prior Quarter | $0.00 |
| Unemployment Insurance and Workforce Training Fund Contributions Due | $33,001.00 |

**Unemployment Health Insurance Totals**

| | |
|---|---|
| Unemployment Health Insurance Due(Rate: 0.12%) | $359.00 |
| Unemployment Health Insurance Due | $359.00 |

**Payment Summary**

*2ND QTR 2004 PAYROLL EXPENSE* →

(right side, partially cut off)

COPY

Your Com...
ARTEK B...
0435219...

GET H...
- Contac...
- Contac...

Mass. WebFile for Business



| | |
|---|---|
| **Total UI/WFT and UHI Due** | $33,360.00 |
| **Unemployment Insurance Payment** | $32,821.00 |
| **Work Force Training Payment** | $180.00 |
| **Unemployment Health Insurance Payment** | $359.00 |
| **Total Payment** | $33,360.00 |
| **Balance** | $0.00 |

©2004 Massachusetts Department of Revenue Version≈2.17.3.4

privacy policy

07/19/2004  15:21  5089959541                         JSLUIZ                    PAGE  02
07/06/2004  17:44  5089959541                         JSLUIZ                    PAGE  01

# ARTEK BUILDERS, INC.
## Subcontractor for J.S. Luiz 3rd, Inc.
### 26 Prospect Road  Mattapoisett, MA 02730  Tel / Fax: 508-758-6716

Employee Name: __Pasquale Aille__          Week Ending: (Saturday) __7/17/04__

| DAY OF THE WEEK | TIME OF DAY | HOURS per TASK | COST CODE * (see below) | JOB LOCATION | Project | TRADE CATEGORY ** (see below) |
|---|---|---|---|---|---|---|
| **7-12** Monday  Total Hours | IN 8:00 AM  OUT 12:00 PM  IN 12:30 PM  OUT 4:30 PM | | | | | |
| **7-13** Tuesday  Total Hours  8 | IN 8:00 AM  OUT 12:00 PM  IN 12:30 PM  OUT 4:30 PM | | 3 | 769 W 6th ST  S. Boston | C1 | E |
| **7-14** Wednesday  Total Hours  8 | IN 8:00 AM  OUT 12:00 PM  IN 12:30 PM  OUT 4:30 PM | | 3 | 245 E. ST  S. Boston | C1 | E |
| **7-15** Thursday  Total Hours  8 | IN 8:00 AM  OUT 12:00 PM  IN 12:30 PM  OUT 4:30 PM | 7 | 3 | 247 6. ST  S. Boston | C1 | E |
| | | 1 | 3 | 176 W 6th ST  S. Boston | C1 | E |
| **7-16** Friday  Total Hours | IN 8:00 AM  OUT 12:00 PM  IN 12:30 PM  OUT 4:30 PM | | | | | |

| TOTAL HOURS | 24 |
|---|---|

**INSTRUCTIONS:** Be sure to break down your hours per cost code, hours and trade. Use alpha-numeric system noted below.  **PLEASE WRITE CLEARLY !!**

EMPLOYEE SIGNATURE: _____  DATE: 7/15/04

SUPERVISOR SIGNATURE: _____  DATE: 7/19/04

OFFICE SIGNATURE: _____  DATE: 7/20/04
Diane M. Kario - President - Artek Builders, Inc.

Revised 03-17-2004

* COST CODE *
1) Acoustic Tile Ceilings
2) Demo
3) Drywall & Plaster
4) Rom. Carp., Hatches, Etc.
5) Finish
6) Patch List
7) Windows

** TRADE CATEGORY **
A) Carpenter
B) Carpenter Foreman
C) Field Laborer
D) Finish Painter
E) Plasterer
F) Warehouse Carpenter
G) Warehouse Laborer
H) Warehouse Painter

109o

# ARTEK BUILDERS, INC.
## Subcontractor for J.S. Luiz 3rd, Inc.
28 Prospect Road Mattapoisett, MA 02739 Tel / Fax: 508-758-6715

7-17-04

**Employee Name:** *FERNANDO AMARAL*   **Week Ending: (Saturday)**

| DAY OF THE WEEK | | TIME OF DAY | HOURS per TASK | COST CODE * (see below) | JOB LOCATION | Project | TRADE CATEGORY ** (see below) |
|---|---|---|---|---|---|---|---|
| Monday | IN | 8:00 AM | | | | | |
| | OUT | 12:30 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| 7-12 | OUT | 4:30 PM | 8 | 2 | | C1 | H |
| Tuesday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | C1 | H |
| 7-13 | OUT | 4:30 PM | 8 | 2 | | | |
| Wednesday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | 4 | | | C1 | H |
| Total Hours | IN | 12:30 PM | | | | | |
| 7-14 | OUT | 4:30 PM | 4 | 2 | | | |
| | | | 4 | | | C1 | |
| Thursday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| 7-15 | OUT | 4:30 PM | 8 | 2 | | C1 | H |
| Friday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | 1 | | | H |
| 7-16 | OUT | 4:30 PM | 8 | 2 | | C1 | H |
| TOTAL HOURS | | 40 | | | | | |

**INSTRUCTIONS:** Be sure to break down your hours per cost code, hours and trade. Use alpha-numeric system noted below. **PLEASE WRITE CLEARLY !!**

EMPLOYEE SIGNATURE: *Fernando m Amaral*   DATE:
"I am in agreement with the hours stated above"

SUPERVISOR SIGNATURE:   DATE: 7/19/04

OFFICE SIGNATURE:   DATE: 7/20/04
Diane Mclane - President - Artek Builders, Inc.

Revised 06-11-2004

**\* COST CODE**
1) Acoustic Tile Ceilings
2) Doors
3) Drywall & Plaster
4) Misc. Eqpt, Hatches, Etc.
5) Painting (circled)
6) Punch List
7) Windows

**\*\* TRADE CATEGORY**
A) Carpenter
B) Carpenter Foreman
C) Field Laborer
D) Field Painter
E) Plasterer
F) Warehouse Carpenter
G) Warehouse Laborer
H) Warehouse Painter (circled)   $25.00

SAT 7-17   8 hrs   O.T.   PAINTING   WAREHOUSE C1
$37.50

NO PENSION

J.S. Lutz 3rd, Inc.

COMPASS BANK
NEW BEDFORD, MA

051420

GENERAL CONTRACTOR

62-7099/2113

12 VENTURA DRIVE  NORTH DARTMOUTH, MA 02747

CHECK NO.

FIFTY-EIGHT THOUSAND TWO HUNDRED FIFTY-TWO AND 15/100
DOLLARS

DATE                              AMOUNT

PAY
TO THE
ORDER
OF

00524
ARTEK BUILDERS
26 PROSPECT ROAD
MATTAPOISETT        MA 02739

07/30/04          $***58,252.15

*Pamela Picaso*
AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

⑈051420⑈ ⑆211370299⑈:0⑈ 20 2021325⑈

COPY
INVOICE 219
W/E 7-24-04



**ARTEK BUILDERS, INC.**
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2004 | 219 |

| Bill To |
|---------|
| J.S. Luiz 3rd., Inc.<br>12 Ventura Drive<br>North Dartmouth, MA 02747 |

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 25,139.61 |
| MASSPORT L605-C7 RESIDENTIAL SOUND WORK | 18,601.34 |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 11,370.18 |
| RAINBOW KIDS - NORTON | 2,008.80 |
| MANAGEMENT SERVICES - WEEK ENDING 7-24-2004 | 1,132.22 |

| Total | $58,252.15 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $58,252.15 |

# ARTEK BUILDERS, INC.
## LABOR COST SUMMARY
### July 22 - 28, 2004

| | Act. Cost |
|---|---|
| **J.S. Lulz 3rd., Inc.** | |
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 25,139.61 |
| MASSPORT L805-C7 RESIDENTIAL SOUND WORK | 18,601.34 |
| M.H.D. 603641 - CHEM. STORAGE FACILITIES | 11,370.18 |
| Rainbow Kids - Norton | 2,008.80 |
| Total J.S. Lulz 3rd., Inc. | 57,119.93 |
| **TOTAL** | 57,119.93 |

# MHD - TRAVEL TIME
## EXPENSE

TONY MONIZ    7-23-04
1½ hrs @ #12.50 = $18.75

TODD MORRIS    7-23-04
1½ hrs. @ #15.00 = $22.50

SEE EMPLOYEES' TIME SHEETS
FOR APPROVAL.

**Bucksworth Ent. Inc.**
**63 Myricks St. (Rt. 79)**
**Berkley, MA 02779**

**Phone: (508) 823-1171**
**Fax: (508) 880-9105**

# INVOICE

Invoice#: 22087
Date: 07/24/2004
Salesperson: JC

PO Ref. #: JS LUIZ

Sold To:      Account: 5086488567

**JAKE (JOHN) FAGAN**
**74 HIGH STREET**
**ASSONET MA 02702**

*Employee Personal*
*Expense Reimbursement*

Phone: (508) 644-2457

| SKU | Description | Qty | Discount | Each | Total |
|---|---|---|---|---|---|
| SFN08G | 2 1/2" GALV ANGLED BRADS | 1.00 EA | | 38.95 | 38.95 |
| GRL15 | 1/4"x1 1/4" 18ga Staple(5,000)S | 1.00 EA | | 11.35 | 11.35 |
| 3GOLDS1 | #8X3 GOLD SCREWS 1LB | 5.00 EA | | 3.25 | 16.25 |

| | |
|---|---|
| Total: | 66.55 |
| Tax: | 3.33 |
| Shipping: | 0.00 |
| Grand Total: | 66.55 |
| Tendered: | 69.86 |

Placed On Account:      69.88

X:

*OK JL. #66.55*

*Charge To C1 Project*

**Thank You**

Page: 1



**Qualified Pension Services, Inc.**

*"We deliver a better bottom line."*

100 Congress Street
Suite 300
Quincy, MA 02169
(617) 773-0773



# Invoice

| Date | Invoice # |
|------|-----------|
| 2/6/2004 | 105512 |

| Bill To |
|---------|

Artek Builders, Inc.
Attn: Ms. Diane M. Merlo
26 Prospect Road
Mattapoisett, MA 02739

RECEIVED JUL 2 6 2004

| Terms | Due Date |
|-------|----------|
| Net 10 | 2/16/2004 |

| Item | Description | | Amount |
|------|-------------|---|--------|
| PYE | Artek Builders, Inc. Pension Plan<br>Plan Period-Ending: December 31, 2003 | | |
| TERMFEE | Termination Fees: __2__ Participants @ $50.00<br>Terminees:<br>T. Cash and J. Dutra | 100.00 | 100.00 |

*TERMINATION PAPERS WERE GENERATED IN 4TH QTR 2003. EMPLOYEES DIDN'T CASH OUT UNTIL NOW. THAT IS WHY INVOICE IS BACK DATED. THIS IS NOT A DUPLICATE CHARGE. SEE ATTACHED VENDOR REPORT.*

| Please reference Invoice Number with payment. | **Total** | **$100.00** |
|-----------------------------------------------|-----------|-------------|

12:39 AM
07/29/04

# ARTEK BUILDERS, INC.
## Vendor QuickReport
### October 1, 2003 through July 29, 2004

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| QUALIFIED PENSION SERVICES, INC. | | | | | | | |
| Check | 10/30/2003 | 3919 | | 1000 · Checking - F... | X | 6550 · Office ... | -345.00 |
| Bill | 2/12/2004 | 105511 | Pension Plan... | 2000 · Accounts Pa... | | -SPLIT- | -325.00 |
| Bill Pmt -Check | 2/17/2004 | 3967 | Pension Plan... | 1000 · Checking - F... | X | 2000 · Accoun... | -325.00 |
| Bill | 7/28/2004 | 105512 | | 2000 · Accounts Pa... | | 6050 · Manag... | -100.00 |
| Bill | 7/28/2004 | 106101 | | 2000 · Accounts Pa... | | -SPLIT- | -451.00 |
| Bill | 7/28/2004 | 106102 | | 2000 · Accounts Pa... | | 6050 · Manag... | -200.00 |



100 Congress Street
Suite 300
Quincy, MA 02169
(617) 773-0773



Qualified Pension Services, Inc.
*"We deliver a better bottom line."*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2004 | 106101 |

| Bill To |
|---------|

Artek Builders, Inc.
Attn:  Ms. Diane M. Merlo
26 Prospect Road
Mattapoisett, MA 02739

*¹* RECEIVED JUL 2 6 2004

| Terms | Due Date |
|-------|----------|
| Net 10 | 8/1/2004 |

| Item | Description | | Amount |
|------|-------------|--|--------|
| PYE | Artek Builders, Inc. Pension Plan Plan Period-Ending: June 30, 2004 | | |
| 608Q | Prevailing Wage Plan Administration - Quarterly - including: Employer Reports, Participant Statements and Termination forms. | 325.00 | 325.00 |
| 610 | Participant period fees:  _21_ Participants @ $6.00 | 126.00 | 126.00 |

Please reference Invoice Number with payment.

| Total | $451.00 |
|-------|---------|





# Invoice

| Date | Invoice # |
|------|-----------|
| 7/22/2004 | 106102 |

100 Congress Street
Suite 300
Quincy, MA 02169
(617) 773-0773

**Bill To**

Artek Builders, Inc.
Attn:  Ms. Diane M. Merlo
26 Prospect Road
Mattapoisett, MA 02739

RECEIVED JUL 2 6 2004

| Terms | Due Date |
|-------|----------|
| Net 10 | 8/1/2004 |

| Item | Description | | Amount |
|------|-------------|---|--------|
| PYE | Artek Builders, Inc. Pension Plan Plan Period-Ending: June 30, 2004 | | |
| TERMFEE | Termination Fees: __4__ Participants@ $50.00 Terminees: K. Pavao, V. Powers, G. Williams and F. Frazier | 200.00 | 200.00 |

Please reference Invoice Number with payment.

| **Total** | $200.00 |
|-----------|---------|



**Make progress every day**

Billing Date: **07/08/04**    Page 1 of 7
Telephone Number: 508 758 9715
Account:   508 758 9715 394 006 3
How to Reach Us: See page 2

ARTEK BUILDERS INC
26 PROSPECT RD
MATTAPOISETT MA 02739-2154





### Account Summary

| | |
|---|---:|
| Previous Charges | $33.97 |
| Payment Received Jul  9. Thank You. | -33.97 |
| Past Due Charges | $.00 |
| New Charges | |
| Verizon (page 3) | $26.00 |
| Other Providers (page 5) | 8.48 |
| Total New Charges Due August 10 | $34.48 |
| Total Due (Past Due + New) | $34.48 |

These monthly charges are for your service from
June 09 to July 08.

*Manage Your Verizon Account Online!*
*View & pay bills, request repairs, place orders.*
*It's quick and easy:*
*Go to verizon.com*
*Click "Sign in" under "Manage My Account".*
*First time user? Get started with ...*
*User ID: 5087589715$*
*Password: SD7NF8*
*... and customize your ID as you register.*
*Then follow the step-by-step instructions.*



*To enroll in the Verizon Direct Payment*
*Option please read and sign the agreement on*
*the reverse side of the payment form below.*

**Mail payments to:**
Verizon,  PO Box 1,  Worcester MA 01654-0001

**Change of address?**
Go to verizon.com/billingaddress or see page 2.

- - - - - - - - - - - - - - - - ▼ Detach & return payment slip with your check, payable to Verizon. - - - - - - - - - -

Account:  508 758 9715 394 006 3

New Charges Due:  08/10/04

Total Due  $34.48

Amount Paid:

$ ☐☐.☐☐

☐ **Yes!** *I want to be a Literacy Champion.*
*Sign me up for a $1 monthly donation*
*to  Verizon Reads.*

ARTEK BUILDERS INC                    55E
26 PROSPECT RD
MATTAPOISETT MA 02739-2154

VERIZON
PO BOX 1
WORCESTER MA 01654-0001

0200508758971539400062101    0424600000000000000000344809

# ARTEK BUILDERS, INC.
## Subcontractor for J.S. Luiz 3rd, Inc.
26 Prospect Road   Mattapoisett, MA  02739  Tel / Fax: 508-758-8718

**Employee Name:** PASQUALE ALFE                **Week Ending (Saturday)** 7/24/04

| DAY OF THE WEEK | TIME OF DAY | | HOURS per TASK | COST CODE * (see below) | JOB LOCATION | Project | TRADE CATEGORY ** (see below) |
|---|---|---|---|---|---|---|---|
| 7-19 Monday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| 7-20 Tuesday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| 7-21 Wednesday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | | | 245 E.st. SB. | C1 | |
| Total Hours | IN | 12:30 PM | 3 | | | | |
| 8 | OUT | 4:30 PM | | | 176 W. Sixth st. SA.V | | E |
| 7-22 Thursday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | 3 | | 382 W. fourth st. SB | | E |
| Total Hours | IN | 12:30 PM | | | | | |
| 8 | OUT | 4:30 PM | | | | C4 | |
| 7-23 Friday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | 3 | | 247 E.st. SB. | C1 | |
| Total Hours | IN | 12:30 PM | | | | | |
| 8 | OUT | 4:30 PM | | | | | |
| TOTAL HOURS | | 24 | | | | | |

**INSTRUCTIONS:** Be sure to break down your hours per cost code, house and task. Use alpha-numeric system noted below. **PLEASE WRITE CLEARLY !!**

EMPLOYEE SIGNATURE: _Pasquale Alfe_     DATE: 7/23/04
SUPERVISOR SIGNATURE: _____     DATE: 7/26/04
OFFICE SIGNATURE: _____     DATE: 7/28/04

* **COST CODE**
1) Acoustic Tile Ceilings
2) Doors
3) Drywall & Plaster
4) Misc. Carp., Hardware, Etc.
5) Painting
6) Punch List
7) Windows

** **TRADE CATEGORY**
A) Carpenter
B) Carpenter Foreman
C) Field Laborer
D) Field Painter
E) Plasterer
F) Warehouse Carpenter
G) Warehouse Laborer
H) Warehouse Painter

107

**J.S. Luiz 3rd, Inc.**

GENERAL CONTRACTOR
12 VENTURA DRIVE   NORTH DARTMOUTH, MA 02747

COMPASS BANK
NEW BEDFORD, MA
53-7029/2113

051480

CHECK NO.

FIFTY-FOUR THOUSAND FIVE HUNDRED THREE AND 76/100
DOLLARS

| | DATE | AMOUNT |
|---|---|---|
| | 08/06/04 | $***54,503.76 |

PAY
TO THE
ORDER
OF

00524
ARTEK BUILDERS
26 PROSPECT ROAD
MATTAPOISETT          MA 02739

*Pamela Pcaro*
AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

⑊051480⑊ ⑊211370299⑊ 01  20  2021325⑊

**COPY**

*INVOICE 220*
*W/E 7-31-04*

*# 220*
*PAID*
*IN*
*FULL*

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



## Invoice

| Date | Invoice # |
|------|-----------|
| 8/4/2004 | 220 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 15,135.59 |
| MASSPORT L605-C7 RESIDENTIAL SOUND WORK | 24,168.49 |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 8,897.90 |
| RAINBOW KIDS - NORTON | 1,669.84 |
| MANAGEMENT SERVICES - WEEK ENDING 7-31-2004 | 4,631.94 |

| | |
|---|---|
| **Total** | $54,503.76 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $54,503.76 |

3:49 PM
08/04/04

# ARTEK BUILDERS, INC.
## LABOR COST SUMMARY
### July 29 through August 4, 2004

| | Act. Cost |
|---|---|
| J.S. Luiz 3rd., Inc. | |
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 15,135.59 |
| MASSPORT L605-C7 RESIDENTIAL SOUND WORK | 24,168.49 |
| M.H.D. 603641 - CHEM. STORAGE FACILITIES | 8,897.90 |
| Rainbow Kids - Norton | 1,669.84 |
| Total J.S. Luiz 3rd., Inc. | 49,871.82 |
| **TOTAL** | 49,871.82 |

3:11 PM
08/04/04

## ARTEK BUILDERS, INC.
## BILLABLE PAYROLL SUMMARY
July 29 through August 4, 2004

| | AMARAL, FERNANDO M. | | | ANDELMAN, MATTHEW C. | | | BAPTISTE, JAMES E. | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Wages, Taxes and Adjustments | Hours | Rate | Jul 29 - Aug 4, 04 | Hours | Rate | Jul 29 - Aug 4, 04 | Hours | Rate | Jul 29 - Aug 4, 04 |
| Gross Pay | | | | | | | | | |
| Hourly Rate | 40 | 25.00 | 1,000.00 | | | | | | |
| N.H.D. - STORAGE FACILITIES | | | 0.00 | | | 0.00 | | | |
| MASSPORT L805-C7 Soundproofing | | | 0.00 | | | 0.00 | | | |
| MASSPORT L878-C1 Soundproofing | | | 0.00 | 40 | 46.62 | 1,864.80 | 32 | 30.70 | 982.40 |
| Total Gross Pay | | | 1,000.00 | | | 1,864.80 | | | 982.40 |
| Deductions from Gross Pay | | | | | | | | | |
| Local 4 OE Union Dues | | | 0.00 | | | 0.00 | | | 0.00 |
| Pension Plan - Davis Bacon | | | 0.00 | | | -186.48 | | | 982.40 |
| Total Deductions from Gross Pay | | | 0.00 | | | -186.48 | | | 0.00 |
| Adjusted Gross Pay | | | 1,000.00 | | | 1,678.32 | | | 982.40 |
| Taxes Withheld | | | | | | | | | |
| Federal Withholding | | | -181.00 | | | -340.00 | | | -172.00 |
| Medicare Employee | | | -14.50 | | | -24.34 | | | -14.25 |
| Social Security Employee | | | -62.00 | | | -104.06 | | | -60.91 |
| MA - Withholding | | | -45.98 | | | -78.78 | | | -48.08 |
| Total Taxes Withheld | | | -253.08 | | | -547.18 | | | -295.24 |
| Deductions from Net Pay | | | | | | | | | |
| Child Support Withholding | | | 0.00 | | | 0.00 | | | 0.00 |
| Local 4 OE Union SAC/PAC | | | 0.00 | | | 0.00 | | | 0.00 |
| Total Deductions from Net Pay | | | 0.00 | | | 0.00 | | | 0.00 |
| Net Pay | | | 716.92 | | | 1,131.14 | | | 687.16 |
| Employer Taxes and Contributions | | | | | | | | | |
| Federal Unemployment | | | 7.20 | | | 0.00 | | | 0.00 |
| Medicare Company | | | 14.50 | | | 24.34 | | | 14.25 |
| Social Security Company | | | 62.00 | | | 104.06 | | | 60.91 |
| MA - Unemployment Company | | | 109.80 | | | 183.94 | | | 0.00 |
| Local 4 OE Union Company OT | | | 0.00 | | | 0.00 | | | 0.00 |
| Local 4 OE Union Company Reg | | | 0.00 | | | 0.00 | | | 0.00 |
| MA - Workforce Training Fund | | | 0.60 | | | 1.01 | | | 0.00 |
| Total Employer Taxes and Contributions | | | 193.90 | | | 313.35 | | | 75.16 |

# ARTEK BUILDERS, INC.
## Subcontractor for J.S. Luiz 3rd, Inc.
26 Prospect Road  Mattapoisett, MA 02739  Tel / Fax: 508-758-8715

● Page 2

**Employee Name:** DAVID V MENDEZ     Week Ending: (Saturday) 7-31-04

| DAY OF THE WEEK | TIME OF DAY | | HOURS per TASK | COST CODE * (see below) | HOUSE ADDRESS | Project | TRADE CATEGORY ** (see below) |
|---|---|---|---|---|---|---|---|
| 7-26-04 Monday | IN | 8:00 AM | | 7 | 38 W. FOURTH | C-7 | A |
| Total Hours 8 | OUT | 12:00 PM | | 7 | | | |
| | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| 7-27 Tuesday | IN | 8:00 AM | | 7 | 66 W. 6 ST | C-7 | A |
| Total Hours 8 | OUT | 12:00 PM | | | | | |
| | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| 7-28 Wednesday | IN | 8:00 AM | | 7 | 66 W. C ST | C-7 | A |
| Total Hours 8 | OUT | 12:00 PM | | | | | |
| | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| 7-29 Thursday | IN | 8:00 AM | | 1 Ceiling | 8 FORD ST | C-7 | A |
| Total Hours 8 | OUT | 12:00 PM | | | 292 D. ST | | |
| | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| 7-30 Friday | IN | 8:00 AM | | 1 | 292 D. ST | C-7 | A |
| Total Hours 8 | OUT | 12:00 PM | | | | | |
| | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| **TOTAL HOURS** | **40** | | | | | | |

INSTRUCTIONS: Be sure to break down your hours per cost code, house and trade. Use alpha-numeric system noted below. PLEASE WRITE CLEARLY !!

EMPLOYEE SIGNATURE: _____ "I am in agreement with the hours stated above"     DATE: _____

SUPERVISOR SIGNATURE: _____ Supervisor - J.S. Luiz 3rd, Inc.     DATE: 8-2-04

OFFICE SIGNATURE: _____ Dennis M. Merlo - President - Artek Builders, Inc.     DATE: 8/4/04

Revised 03-11-2004

**\* COST CODE**
1) Acoustic Tile (Ceilings)
2) Doors
3) Drywall & Plaster
4) Misc. Carp., Hatches, Etc.
5) Painting
6) Punch List
7) Windows

**\*\* TRADE CATEGORY**
A) Carpenter
B) Carpenter Foreman
C) Drywall Laborer
D) Field Painter
E) Plasterer
F) Warehouse Carpenter
G) Warehouse Laborer
H) Warehouse Painter

10%

# ARTEK BUILDERS, INC.
## Subcontractor for J.S. Luiz 3rd, Inc.
26 Prospect Road  Mattapoisett, MA  02739  Tel / Fax: 508-758-9715

**Employee Name:** Bryan Monteiro    **Week Ending: (Saturday)** 7-31-04

| DAY OF THE WEEK | TIME OF DAY | | HOURS per TASK | COST CODE *(see below) | HOUSE ADDRESS | Project | TRADE CATEGORY **(see below) |
|---|---|---|---|---|---|---|---|
| 7-26 | IN | 8:00 AM | | 7 | west 6th st | C676 | A |
| Monday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | C1 | |
| 8 | OUT | 4:30 PM | | | | | |
| 7-27 | IN | 8:00 AM | | | west 7RD | | |
| Tuesday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | C1 | |
| 8 | OUT | 4:30 PM | | | | | |
| 7-28 | IN | 8:00 AM | | | F St. | | |
| Wednesday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | C1 | |
| 8 | OUT | 4:30 PM | | | | | |
| 7-29 | IN | 8:00 AM | | | F St | | |
| Thursday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | C1 | |
| 8 | OUT | 4:30 PM | | | | | |
| 7-30 | IN | 8:00 AM | | | 482 4th st | | |
| Friday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | C1 | |
| 8 | OUT | 4:30 PM | | | | | |
| **TOTAL HOURS** | | **40** | | | | | |

**INSTRUCTIONS:** Be sure to break down your hours per cost code, house and trade. Use alpha-numeric system noted below. **PLEASE WRITE CLEARLY !!**

EMPLOYEE SIGNATURE:    DATE: 7-30-04

SUPERVISOR SIGNATURE:  John Travassos - Supervisor - J.S. Luiz 3rd, Inc.    DATE: 8/2/04

OFFICE SIGNATURE:  David M. Mello - President - Artek Builders, Inc.    DATE: 8/3/04

Revised 03-11-2004

**COST CODE**
1) Acoustic Tile Ceilings
2) Doors
3) Drywall & Plaster
4) Misc. Carp, Hatches, Etc.
5) Painting
6) Punch List
7) Windows

**TRADE CATEGORY**
A) Carpenter
B) Carpenter Foreman
C) Field Laborer
D) Field Painter
E) Plasterer
F) Warehouse Carpenter
G) Warehouse Laborer
H) Warehouse Painter

10% c.s.

VENDOR#-00524   NAME-ARTEK BUILDERS
YOUR INVOICE NO    INV DATE        AMOUNT                    DATE-09/15/04  51749
-224               09/01/04        46699.39    DIS/RTNG REFERENCE      NET AMOUNT
                                               .00 GENLIBILINS/JOB    9,704.30



COPY

INVOICE 224
W/E 8-28-04

BALANCE
STILL DUE
$6,000

TOTALS              46699.39          .00                    9,704.30



OFFICIAL CHECK



J.S. Luiz 3rd, Inc.

051651

```
VENDOR#-00524   NAME-ARTEK BUILDERS
YOUR INVOICE NO   INV DATE        AMOUNT      DIS/RTNG REFERENCE    DATE-09/02/04  51651
224                09/01/04        46699.39             .00 GENLIBILINS/JOB   NET AMOUNT
                                                                              30,995.09
```

```
TOTALS                   46699.39           .00                        30,995.09
```

**J.S. Luiz 3rd, Inc.**

GENERAL CONTRACTOR
12 VENTURA DRIVE  NORTH DARTMOUTH, MA 02747

COMPASS BANK
NEW BEDFORD, MA

53-7029/2113

**051651**

CHECK NO.

THIRTY THOUSAND NINE HUNDRED NINETY-FIVE AND 09/100
DOLLARS

| | | DATE | AMOUNT |
|---|---|---|---|
| PAY TO THE ORDER OF | 00524 ARTEK BUILDERS 26 PROSPECT ROAD MATTAPOISETT      MA 02739 | 09/02/04 | $***30,995.09 |

*Pamela Picaro*
AUTHORIZED SIGNATURE                MP

THIS DOCUMENT CONTAINS FLUORESCENT FIBERS, BLEED THROUGH NUMBERING AND A MICROPRINTED SIGNATURE LINE

⑆051651⑆ ⑈211370299⑇01 20 2021325⑈

*Invoice 224
Partial Payment
$15,704.30 still outstanding*

# ARTEK BUILDERS, INC.
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



## Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2004 | 224 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | |
| MASSPORT L605-C7 RESIDENTIAL SOUND WORK | 16,894.18 |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 15,414.62 |
| RAINBOW KIDS - NORTON | 10,257.14 |
| GENERAL LIABILITY INSURANCE NOVEMBER 2003-2004 | 2,287.45 |
| | 1,846.00 |
| WEEK ENDING AUGUST 28, 2004 | |

| | |
|---|---|
| **Total** | $46,699.39 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $46,699.39 |

9:55 PM
08/31/04

# ARTEK BUILDERS, INC.
## LABOR COST SUMMARY
### August 26 through September 1, 2004

|  | Act. Cost |
|---|---|
| J.S. Luiz 3rd., Inc. | |
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | 16,894.18 |
| MASSPORT L605-C7 RESIDENTIAL SOUND WORK | 15,414.62 |
| M.H.D. 603641 – CHEM. STORAGE FACILITIES | 10,257.14 |
| Rainbow Kids – Norton | 2,287.45 |
| Total J.S. Luiz 3rd., Inc. | 44,853.39 |
| TOTAL | 44,853.39 |

# ARTEK BUILDERS, INC.
## Subcontractor for J.S. Luiz 3rd, Inc.
### 26 Prospect Road  Mattapoisett, MA 02739  Tel / Fax: 508-753-9715

Employee Name: _William Diorio_     Week Ending: (Saturday)  _8-28-04_

| DAY OF THE WEEK | TIME OF DAY | | HOURS per TASK | COST CODE * (see below) | HOUSE ADDRESS | Project | TRADE CATEGO ** (see below) |
|---|---|---|---|---|---|---|---|
| 8-23 | IN | 8:00 AM | | C | 191 D ST | C7 | B |
| Monday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| 8 | OUT | 4:30 PM | | | | | |
| 8-24 | IN | 8:00 AM | | C | 172 6th | C7 | B |
| Tuesday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| D | OUT | 4:30 PM | | | | | |
| | IN | 8:00 AM | | | | | |
| Wednesday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| | IN | 8:00 AM | | | | | |
| Thursday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| | IN | 8:00 AM | | | | | |
| Friday | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| | OUT | 4:30 PM | | | | | |
| TOTAL HOURS | 16 | | | | | | |

**INSTRUCTIONS:**  Be sure to break down your hours per cost code, house and trade. Use alpha-numeric system noted below.  **PLEASE WRITE CLEARLY !!**

EMPLOYEE SIGNATURE: _____     DATE: 8/20
"I am in agreement with the hours stated above"

SUPERVISOR SIGNATURE: _____     DATE: 8-30-04
John Travassos - Supervisor - J.S. Luiz 3rd, Inc.

OFFICE SIGNATURE: _____     DATE: 8/31/04
Diane M. Merlo - President - Artek Builders, Inc.

Revised 03-11-2004

**\* COST CODE**
1) Acoustic Tile Ceilings
2) Doors
3) Drywall & Plaster
4) Misc. Carp., Hatches, Etc.
5) Painting
6) Punch List
7) Windows

**\*\* TRADE CATEGORY**
A) Carpenter
B) Carpenter Foreman
C) Field Laborer
D) Field Painter
E) Plasterer
F) Warehouse Carpenter
G) Warehouse Laborer
H) Warehouse Painter

159 ps

# ARTEK BUILDERS, INC.
## Subcontractor for J.S. Luiz 3rd, Inc.
26 Prospect Road  Mattapoisett, MA  02739  Tel / Fax: 508-758-9715

**Employee Name:** JOHN FAGAN     **Week Ending: (Saturday)** 8-28-04

| DAY OF THE WEEK | TIME OF DAY | | HOURS per TASK | COST CODE * (see below) | HOUSE ADDRESS | Project | TRADE CATEGOR ** (see below) |
|---|---|---|---|---|---|---|---|
| 8-23 Monday | IN | 8:00 AM | | DOORS 2 | DiREARD | C-1 | B |
| | OUT | 12:00 PM | | | | | |
| Total Hours | IN | 12:30 PM | | | | | |
| 8 | OUT | 4:30 PM | | | | | |
| 8-24 Tuesday | IN | 8:00 AM | | DOORS 3 | LIPMAN | | |
| | OUT | 12:00 PM | | | GLICK | | |
| Total Hours | IN | 12:30 PM | | | | | |
| 8 | OUT | 4:30 PM | | | DiMANNO | | |
| 8-25 Wednesday | IN | 8:00 AM | | | | | |
| | OUT | 12:00 PM | | DOORS 2 | DOWD | | |
| Total Hours | IN | 12:30 PM | | | | | |
| 8 | OUT | 4:30 PM | | | | | |
| 8-26 Thursday | IN | 8:00 AM | #5 | WINDOWS 7 | DOWD | | |
| | OUT | 12:00 PM | #3 | DOORS 2 | LASOFF | | |
| Total Hours | IN | 12:30 PM | | | | | |
| 8 | OUT | 4:30 PM | | | | | |
| 8-27 Friday | IN | 8:00 AM | | TARLOW | TARLOW | | |
| | OUT | 12:00 PM | | ABRAMS | ABRAMS | | |
| Total Hours | IN | 12:30 PM | | DOORS 2 | | | |
| 4 8 | OUT | 4:30 PM | | | | | |
| TOTAL HOURS | 36 | | **INSTRUCTIONS:** Be sure to break down your hours per cost code, house and trade. Use alpha-numeric system noted below.  **PLEASE WRITE CLEARLY !!** | | | | |

| | | | |
|---|---|---|---|
| **EMPLOYEE SIGNATURE:** John Fagan "I am in agreement with the hours stated above" | DATE: 8-27-04 | * COST CODE 1) Acoustic Tile Ceilings 2) Doors 3) Drywall & Plaster 4) Misc. Carp., Hatches, Etc. 5) Painting 6) Punch List 7) Windows | ** TRADE CATEGORY A) Carpenter B) Carpenter Foreman C) Field Laborer D) Field Painter E) Plasterer F) Warehouse Carpenter G) Warehouse Laborer H) Warehouse Painter |
| **SUPERVISOR SIGNATURE:** John Travassos - Supervisor - J.S. Luiz 3rd, Inc. | DATE: 8/30/04 | | |
| **OFFICE SIGNATURE:** Diane M. Merlo - President - Artek Builders, Inc. | DATE: 8/31 | | |

Revised 03-11-2004

10%

**ARTEK BUILDERS, INC.**
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



# Invoice

| Date | Invoice # |
|------|-----------|
| 9/15/2004 | 227 |

**Bill To**

J.S. Luiz 3rd., Inc.
12 Ventura Drive
North Dartmouth, MA 02747

COPY
INVOICE 227
W/E 9-11-04

| Description | Amount |
|-------------|--------|
| MASSPORT L676-C1 RESIDENTIAL SOUND WORK | |
| MASSPORT L605-C7 RESIDENTIAL SOUND WORK | 1,594.56 |
| M.H.D. 603641 - CHEMICAL STORAGE FACILITIES | 21,902.49 |
| MT. PLEASANT STREET, NEW BEDFORD - SEWER | 8,784.16 |
| RAINBOW KIDS - NORTON | 703.09 |
| SOMERSET A.D.A. SCHOOL UPGRADES | 1,305.72 |
| | 351.32 |
| M.H.D. - MATERIAL/EMPLOYEE EXPENSE | |
| RAINBOW KIDS - MATERIAL/EMPLOYEE EXPENSE | 173.65 |
| | 226.78 |
| FOR WORK PERFORMED - WEEK ENDING 9-11-04 | |
| | |
| TERMS:  PAYABLE UPON RECEIPT | |

| | |
|---|---|
| **Total** | $35,041.77 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $35,041.77 |

# ARTEK BUILDERS, INC.
# LABOR COST SUMMARY
### September 9 - 15, 2004

|  | Act. Cost |
|---|---|
| J.S. Luiz 3rd., Inc. |  |
| Massport L676-C1 Residential Sound Work | 1,594.56 |
| Massport L605-C7 Residential Sound Work | 21,902.49 |
| M.H.D. 603641 - Chem. Storage Facilities | 8,784.16 |
| Mt. Pleasant St. N.B. - Sewer | 703.09 |
| Rainbow Kids - Norton | 1,305.72 |
| Somerset A.D.A. School Upgrades | 351.32 |
| Total J.S. Luiz 3rd., Inc. | 34,641.34 |
| TOTAL | 34,641.34 |

Page:      3 of 18
Billing Cycle Date: 06/11/04 - 07/30/04
Account Number:  663597093

## Prior Activity                                                            663597093

| | |
|---|---|
| Previous Balance | 56.36 |
| **Detail of Payments Posted** | |
| Payment Jun 28, 2004 | -56.36 |
| **TOTAL PAST DUE BALANCE** | $0.00 |

## Wireless Line Summary For:                                          508-264-6267

User Name: TODD E. MORRIS

| Monthly Service Charges | Period | Monthly Charge | Total Charge |
|---|---|---|---|
| **Rate Plan** | | | |
| NGSM 350R UM2M UNW | 07/11-08/10 | 59.99 | 59.99 |
| Includes: | | | |
| - Call Forwarding Conditional | | | |
| - Call Forwarding Immediate | | | |
| - Call Hold | | | |
| - Call Waiting | | | |
| - Caller ID | | | |
| - Detailed Billing | | | |
| - Message Waiting Ind | | | |
| - Three Way Calling | | | |
| - Voicemail 1 | | | |
| **Optional Services** | | | |
| CINGULAR HOME TOLL | 07/11-08/10 | 0.00 | 0.00 |
| Includes: | | | |
| - Toll Domestic | | | |
| - Toll International | | | |
| Caller ID Blocking | 07/11-08/10 | 0.00 | 0.00 |
| Cingular DirectBill | 07/11-08/10 | 0.00 | 0.00 |
| Cingular Roam Toll | 07/11-08/10 | 0.00 | 0.00 |
| Includes: | | | |
| - Toll Domestic | | | |
| - Toll International | | | |
| GSM Calling Area | 07/11-08/10 | 0.00 | 0.00 |
| GSM Coverage Area | 07/11-08/10 | 0.00 | 0.00 |
| Unlimited Exnd M2M | 07/11-08/10 | 0.00 | 0.00 |
| Unlimited N&W | 07/11-08/10 | 0.00 | 0.00 |
| **Wireless Data** | | | |
| Internet Pay Per Use | 07/11-08/10 | 0.00 | 0.00 |
| Includes: | | | |
| - Internet Express | | | |
| Text Msg Pay Per Use | 07/11-08/10 | 0.00 | 0.00 |
| **TOTAL MONTHLY SERVICE CHARGES** | | | 59.99 |
| **Usage Charges** | | | |
| (See Usage Charge Details) | | | |
| **TOTAL USAGE CHARGES** | | | 274.50 |

cingular
fits you best

**ARTEK BUILDERS, INC.**
26 PROSPECT ROAD
MATTAPOISETT, MA 02739
508-758-9715



# Invoice

| Date | Invoice # |
|------|-----------|
| 9/17/2004 | 229 |

| Bill To |
|---------|
| J.S. Luiz 3rd., Inc.<br>12 Ventura Drive<br>North Dartmouth, MA 02747 |

COPY
INVOICE 229

| Description | Amount |
|-------------|--------|
| TOTAL CONTRACT LABOR - ALL PROJECTS | |
| TOTAL CONTRACT MATERIALS - ALL PROJECTS | |
| SUBTOTAL - CONTRACT LABOR & MATERIALS - ALL PROJECTS | 1,013,388.16 |
| 12 % MARKUP FOR OVERHEAD AND PROFIT | 4,727.94 |
| | 1,018,116.10 |
| TOTAL INVOICED TO DATE - ALL PROJECTS | 122,173.93 |
| | -1,061,322.61 |
| | |
| TERMS: PAYABLE UPON RECEIPT | |

| | |
|---|---|
| **Total** | $78,967.42 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $78,967.42 |

# ARTEK BUILDERS, INC.
## LABOR COST SUMMARY
### March through September 2004

| | Act. Cost |
|---|---|
| J.S. Luiz 3rd., Inc. | |
| Dartmouth Sewer Tie-ins | |
| Massport L676-C1 Residential Sound Work | 803.52 |
| Massport L605-C7 Residential Sound Work | 415,303.54 |
| M.H.D. 603641 - Chem. Storage Facilities | 303,491.98 |
| Mt. Pleasant St. N.B. - Sewer | 232,285.02 |
| Rainbow Kids - Norton | 2,641.03 |
| Somerset A.D.A. School Upgrades | 41,180.84 |
| Stoughton Court House | 3,327.00 |
| Massport D137-C2 Equip., Sand/Salt Bldg. | 649.22 |
| BCC - Building G Lobby Wall Covering | 4,898.82 |
| BCC Building G Renovations | 981.13 |
| Bridgewater State Rondileau Campus | 172.04 |
| Camp Edwards - Bourne - EST Building | 696.15 |
| Walk to the Sea - Barnstable 203017 | 315.85 |
| J.S. Luiz 3rd., Inc. - Other | 6,191.36 |
| | 450.66 |
| Total J.S. Luiz 3rd., Inc. | 1,013,388.16 |
| **TOTAL** | 1,013,388.16 |

# ARTEK BUILDERS, INC.
## Check Detail - Job Materials
### March through September 2004

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| Check | 5012 | 4/7/2004 | MABIE, VAN A | | 1010 · Checking - ... | | -16.00 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -16.00 | 16.00 |
| | | | | | | -16.00 | 16.00 |
| Check | 5030 | 4/14/2004 | MONTEIRO, BRYA... | | 1010 · Checking - ... | | -200.00 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6240 · Miscellaneous | -200.00 | 200.00 |
| | | | | | | -200.00 | 200.00 |
| Check | 5036 | 4/21/2004 | FAGAN JR., JOHN J. | | 1010 · Checking - ... | | -58.07 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -58.07 | 58.07 |
| | | | | | | -58.07 | 58.07 |
| Check | 5039 | 4/21/2004 | HARTZELL III, JAC... | | 1010 · Checking - ... | | -43.17 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -43.17 | 43.17 |
| | | | | | | -43.17 | 43.17 |
| Check | 5048 | 4/28/2004 | GONZALEZ JR., W... | | 1010 · Checking - ... | | -13.50 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6380 · Travel | -13.50 | 13.50 |
| | | | | | | -13.50 | 13.50 |
| Check | 5049 | 4/28/2004 | HARTZELL III, JAC... | | 1010 · Checking - ... | | -51.29 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -51.29 | 51.29 |
| | | | | | | -51.29 | 51.29 |
| Check | 5050 | 4/28/2004 | LOURENCO JR., J... | | 1010 · Checking - ... | | -20.47 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -20.47 | 20.47 |
| | | | | | | -20.47 | 20.47 |
| Check | 5051 | 4/28/2004 | MULROONEY, MA... | | 1010 · Checking - ... | | -65.75 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -46.91 | 46.91 |
| | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -18.84 | 18.84 |
| | | | | | | -65.75 | 65.75 |
| Check | 5072 | 5/5/2004 | MULROONEY, MA... | | 1010 · Checking - ... | | -85.72 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6090 · Building Sup... | -60.66 | 60.66 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -25.06 | 25.06 |
| | | | | | | -85.72 | 85.72 |
| Check | 5075 | 5/5/2004 | MABIE, VAN A | | 1010 · Checking - ... | | -9.00 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6380 · Travel | -9.00 | 9.00 |
| | | | | | | -9.00 | 9.00 |
| Check | 5076 | 5/5/2004 | HARTZELL III, JAC... | | 1010 · Checking - ... | | -32.72 |

# ARTEK BUILDERS, INC.
## Check Detail - Job Materials
### March through September 2004

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -32.72 | 32.72 |
| | | | | | | -32.72 | 32.72 |
| Check | 5110 | 5/12/2004 | BAPTISTE, JAMES... | | 1010 · Checking - ... | | -70.80 |
| TOTAL | | | J.S. Luiz 3rd., Inc... | | 6090 · Building Sup... | -70.80 | 70.80 |
| | | | | | | -70.80 | 70.80 |
| Check | 5111 | 5/12/2004 | MULROONEY, MA... | | 1010 · Checking - ... | | -26.03 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -26.03 | 26.03 |
| | | | | | | -26.03 | 26.03 |
| Check | 5112 | 5/12/2004 | JACOBS, JOSEPH | | 1010 · Checking - ... | | -233.35 |
| | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -50.00 | 50.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6090 · Building Sup... | -10.54 | 10.54 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6550 · Office Suppli... | -7.97 | 7.97 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -164.84 | 164.84 |
| | | | | | | -233.35 | 233.35 |
| Check | 5114 | 5/19/2004 | MULROONEY, MA... | | 1010 · Checking - ... | | -178.39 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -9.85 | 9.85 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -168.54 | 168.54 |
| | | | | | | -178.39 | 178.39 |
| Check | 5160 | 5/26/2004 | BAPTISTE, JAMES... | | 1010 · Checking - ... | | -383.52 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -383.52 | 383.52 |
| | | | | | | -383.52 | 383.52 |
| Check | 5161 | 5/26/2004 | JACOBS, JOSEPH | | 1010 · Checking - ... | | -224.70 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6090 · Building Sup... | -14.69 | 14.69 |
| TOTAL | | | J.S. Luiz 3rd., Inc. | | 6347 · Fuel | -210.01 | 210.01 |
| | | | | | | -224.70 | 224.70 |
| Check | 5162 | 5/26/2004 | OUALI, AZIZ M. | | 1010 · Checking - ... | | -3.00 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6380 · Travel | -3.00 | 3.00 |
| | | | | | | -3.00 | 3.00 |
| Check | 5163 | 5/26/2004 | MABIE, VAN A | | 1010 · Checking - ... | | -225.01 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6380 · Travel | -3.00 | 3.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -22.01 | 22.01 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6240 · Miscellaneous | -200.00 | 200.00 |
| | | | | | | -225.01 | 225.01 |
| Check | 5166 | 6/2/2004 | BAPTISTE, JAMES... | | 1010 · Checking - ... | | -16.91 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -5.00 | 5.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -11.91 | 11.91 |

# ARTEK BUILDERS, INC.
## Check Detail - Job Materials
### March through September 2004

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| TOTAL | | | | | | -16.91 | 16.91 |
| Check | 5192 | 6/9/2004 | BAPTISTE, JAMES... | | | | -20.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| TOTAL | | | | | 6347 · Fuel | -20.00 | 20.00 |
| | | | | | | -20.00 | 20.00 |
| Check | 5193 | 6/9/2004 | MULROONEY, MA... | | | | -19.96 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| TOTAL | | | | | 5005 · Job Materials | -19.96 | 19.96 |
| | | | | | | -19.96 | 19.96 |
| Check | 5232 | 6/16/2004 | CARVALHO, GEO... | | | | -10.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| TOTAL | | | | | 6347 · Fuel | -10.00 | 10.00 |
| | | | | | | -10.00 | 10.00 |
| Check | 5233 | 6/16/2004 | JACOBS, JOSEPH | | | | -456.03 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -207.01 | 207.01 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6090 · Building Sup... | -213.42 | 213.42 |
| | | | | | 6090 · Building Sup... | -35.60 | 35.60 |
| | | | | | | -456.03 | 456.03 |
| Check | 5259 | 6/16/2004 | DEXTER, RICKY S. | | | | -10.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| TOTAL | | | | | 6347 · Fuel | -10.00 | 10.00 |
| | | | | | | -10.00 | 10.00 |
| Check | 5260 | 6/16/2004 | FAGAN JR., JOHN J. | | | | -17.58 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| TOTAL | | | | | 5005 · Job Materials | -17.58 | 17.58 |
| | | | | | | -17.58 | 17.58 |
| Check | 5261 | 6/16/2004 | SILCOX, CANDICE... | | | | -11.91 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -5.65 | 5.65 |
| TOTAL | | | | | 5005 · Job Materials | -6.26 | 6.26 |
| | | | | | | -11.91 | 11.91 |
| Check | 5263 | 6/23/2004 | BAPTISTE, JAMES... | | | | -61.57 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| TOTAL | | | | | 6090 · Building Sup... | -61.57 | 61.57 |
| | | | | | | -61.57 | 61.57 |
| Check | 5264 | 6/23/2004 | CARVALHO, GEO... | | | | -10.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| TOTAL | | | | | 6347 · Fuel | -10.00 | 10.00 |
| | | | | | | -10.00 | 10.00 |
| Check | 5265 | 6/23/2004 | MORRIS, TODD E. | | | | -36.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 1010 · Checking - ... | | |
| | | | | | 6347 · Fuel | -36.00 | 36.00 |

# ARTEK BUILDERS, INC.
## Check Detail - Job Materials
### March through September 2004

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| TOTAL | | | | | | -36.00 | 36.00 |
| Check | 5266 | 6/23/2004 | MULROONEY, MA... | | 1010 · Checking - ... | | -38.99 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -10.29 | 10.29 |
| | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -28.70 | 28.70 |
| TOTAL | | | | | | -38.99 | 38.99 |
| Check | 5277 | 6/23/2004 | FAGAN JR., JOHN J. | | 1010 · Checking - ... | | -69.06 |
| | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -69.06 | 69.06 |
| TOTAL | | | | | | -69.06 | 69.06 |
| Check | 5278 | 6/23/2004 | GONZALEZ JR., W... | | 1010 · Checking - ... | | -67.50 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6380 · Travel | -33.75 | 33.75 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6380 · Travel | -33.75 | 33.75 |
| TOTAL | | | | | | -67.50 | 67.50 |
| Check | 5300 | 6/30/2004 | MULROONEY, MA... | | 1010 · Checking - ... | | -90.37 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -10.59 | 10.59 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6090 · Building Sup... | -79.78 | 79.78 |
| TOTAL | | | | | | -90.37 | 90.37 |
| Check | 5311 | 6/30/2004 | GONZALEZ JR., W... | | 1010 · Checking - ... | | -9.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6380 · Travel | -9.00 | 9.00 |
| TOTAL | | | | | | -9.00 | 9.00 |
| Check | 5339 | 7/7/2004 | CARVALHO, GEO... | | 1010 · Checking - ... | | -137.95 |
| | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -137.95 | 137.95 |
| TOTAL | | | | | | -137.95 | 137.95 |
| Check | 5371 | 7/14/2004 | JACOBS, JOSEPH | | 1010 · Checking - ... | | -283.12 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -225.02 | 225.02 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6090 · Building Sup... | -58.10 | 58.10 |
| TOTAL | | | | | | -283.12 | 283.12 |
| Check | 5410 | 7/21/2004 | MORRIS, TODD E. | | 1010 · Checking - ... | | -20.00 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -20.00 | 20.00 |
| TOTAL | | | | | | -20.00 | 20.00 |
| Check | 5411 | 7/21/2004 | JACOBS, JOSEPH | | 1010 · Checking - ... | | -469.84 |
| | | | J.S. Luiz 3rd., Inc. | | 6090 · Building Sup... | -331.50 | 331.50 |
| | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -104.25 | 104.25 |
| | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -34.09 | 34.09 |
| TOTAL | | | | | | -469.84 | 469.84 |
| Check | 5450 | 7/28/2004 | MONIZ JR., ANTH... | | 1010 · Checking - ... | | -18.75 |

# ARTEK BUILDERS, INC.
## Check Detail - Job Materials
### March through September 2004

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|-------------|-----------------|
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6380 · Travel | -18.75 | 18.75 |
| | | | | | | -18.75 | 18.75 |
| Check | 5451 | 7/28/2004 | MORRIS, TODD E. | | 1010 · Checking – ... | | -22.50 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6380 · Travel | -22.50 | 22.50 |
| | | | | | | -22.50 | 22.50 |
| Check | 5455 | 7/28/2004 | FAGAN JR., JOHN J. | | 1010 · Checking – ... | | -66.55 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -66.55 | 66.55 |
| | | | | | | -66.55 | 66.55 |
| Check | 5516 | 8/11/2004 | MORRIS, TODD E. | | 1010 · Checking – ... | | -19.30 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:...<br>J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel<br>5005 · Job Materials | -14.06<br>-5.24 | 14.06<br>5.24 |
| | | | | | | -19.30 | 19.30 |
| Check | 5556 | 8/18/2004 | JACOBS, JOSEPH | | 1010 · Checking – ... | | -279.26 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:...<br>J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel<br>5005 · Job Materials | -236.26<br>-43.00 | 236.26<br>43.00 |
| | | | | | | -279.26 | 279.26 |
| Check | 5601 | 8/25/2004 | BAPTISTE, JAMES... | | 1010 · Checking – ... | | -114.87 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 5005 · Job Materials | -114.87 | 114.87 |
| | | | | | | -114.87 | 114.87 |
| Check | 5602 | 8/24/2004 | MORRIS, TODD E. | | 1010 · Checking – ... | | |
| TOTAL | | | | | | 0.00 | 0.00 |
| | | | | | | 0.00 | 0.00 |
| Check | 5603 | 8/25/2004 | MORRIS, TODD E. | | 1010 · Checking – ... | | -10.00 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:... | | 6347 · Fuel | -10.00 | 10.00 |
| | | | | | | -10.00 | 10.00 |
| Check | 5694 | 9/15/2004 | JACOBS, JOSEPH | | 1010 · Checking – ... | | -226.78 |
| TOTAL | | | J.S. Luiz 3rd., Inc.<br>J.S. Luiz 3rd., Inc. | | 6347 · Fuel<br>5005 · Job Materials | -196.04<br>-30.74 | 196.04<br>30.74 |
| | | | | | | -226.78 | 226.78 |
| Check | 5695 | 9/15/2004 | MORRIS, TODD E. | | 1010 · Checking – ... | | -173.65 |
| TOTAL | | | J.S. Luiz 3rd., Inc.:...<br>J.S. Luiz 3rd., Inc. | | 6347 · Fuel<br>6340 · Telephone | -40.00<br>-133.65 | 40.00<br>133.65 |
| | | | | | | -173.65 | 173.65 |

# EXHIBIT H



# ARTEK BUILDERS, INC.

## 26 Prospect Road, Mattapoisett, MA 02739
## Telephone/Fax 508-758-9715

## MEMORANDUM

TO: Artek Employees

FROM: Diane M. Merlo, President *Diane M. Merlo*

DATE: September 16, 2004

RE: Layoff Directive

It is with great dismay that I must inform you that your employment at Artek Builders, Inc. can no longer be sustained. This layoff is by no means a result of your immediate performance on the projects you were assigned. Due to unforeseen circumstances, effective at 7:00am, September 16, 2004 you are being laid off.

Prior to receiving your checks today (for weeks ending 9-11-04 and 9-18-04) you will be requested to sign your final time sheet, which also acknowledges your layoff status.

Due to the nature of your current assignment, we are suggesting that you discuss immediate employment possibilities with the General Contractor, J.S. Luiz 3rd, Inc., 12 Ventura Drive, North Dartmouth, MA 02747, 508-995-3535.

For any employees who participated in the Davis Bacon Pension Plan: please be aware, according to the terms of the plan, paperwork will be generated and mailed to you after the close of the third quarter (September 2004). You should receive these documents by mid-October. At that time, you will decide how you wish to take distribution of the money that is in your account.

Please feel free to contact me at the above referenced address or telephone number should you have any questions.

Thank you