UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ARTEK BUILDERS, INC.,<br><br>    Defendant | CIVIL ACTION NO. 05-CV-10437-GAO |

## AFFIDAVIT OF MARISSA I. DELINKS

I, Marissa I. Delinks, hereby depose and state:

1. I, along with Paula-Lee Chambers, represent the Plaintiff, Washington International Insurance Company.

2. I drafted Washington International Insurance Company's Motion for Summary Judgment, as well as Washington International Insurance Company's Memorandum in Support of its Motion for Summary Judgment and Washington International Insurance Company's Statement of Undisputed Facts in Support of its Motion for Summary Judgment.

3. The attachments to Washington International Insurance Company's Statement of Undisputed Facts in Support of Its Motion for Summary Judgment are, to the best of my knowledge, true and accurate copies of the following documents:

   A. Affidavit of Marcelo Virgili;

   B. Affidavit of Joseph S. Luiz, III;

   C. September 16, 2004 letter from Diane M. Merlo to Joseph S. Luiz, III;

   D. October 7, 2004 letter from Diane M. Merlo to Joseph S. Luiz, III;

   E. October 6, 2004 letter from Diane M. Merlo to Marcelo Virgili;

F.  October 30, 2004 letter from Diane M. Merlo to Marcelo Virgili;

G.  Composite of invoices submitted by Artek Builders, Inc. to Joseph S. Luiz, III, and expenses paid by Joseph S. Luiz III;

H.  September 16, 2004 memorandum from Diane M. Merlo to Artek employees.

Signed under the pains and penalties of perjury, this 30th day of January, 2006.

_____
Marissa I. DeLinks (BBO# 662934)