UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ARTEK BUILDERS, INC.,<br><br>    Defendant | CIVIL ACTION NO.  05-CV-10437-GAO |

**ASSENTED TO MOTION FOR EXTENSION OF TIME OF ONE HOUR TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Washington International Insurance Company ("WIIC"), hereby moves the Court for a one-hour extension of time to file its Motion for Summary Judgment. WIIC's Motion for Summary Judgment was due to be filed on or before January 30, 2006. Due to an unforeseen delay, WIIC electronically filed its Motion for Summary Judgment on January 30, 2006, however, the filing was not complete until 6:45 p.m. EST. The Plaintiff did not, therefore, meet the 6:00 p.m. deadline for electronic filing set forth by the electronic case filing administrative procedures. WIIC therefore requests that this Court grant a one-hour extension of time and accept WIIC's papers as timely filed. Counsel for the Defendant's, Artek Builders, Inc. assents to relief requested herein.

WHEREFORE, Washington International Insurance Company respectfully requests that this Honorable Court grant this one-hour extension of time to file its Motion for Summary Judgment and accept the Plaintiff's Motion for Summary Judgment and all papers filed in support thereof, as timely filed.

2

| | |
|---|---|
| Respectfully Submitted, | Assented to: |
| **Washington International Insurance Company,** <br> By its attorneys, | **Artek Builders, Inc.**, <br> By its attorney, |
| /s/ Paula-Lee Chambers <br> Paula-Lee Chambers, BBO# 566888 <br> Marissa I. Delinks, BBO#662934 <br> Hinshaw & Culbertson LLP <br> One International Place, 3rd Floor <br> Boston, MA 02110 <br> (617) 213-7000 | /s/ Gerald E. Johnson <br> Gerald E. Johnson, Esq., BBO#252460 <br> Law Office of Gerald E. Johnson <br> Swansea Professional Park <br> 1010 Grand Army Highway <br> Swansea, MA  02777 <br> (508) 678-5600 |

Date: January 31, 2006

34017288v1 856540