UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>v.<br><br>ARTEK BUILDERS, INC.,<br><br>       Defendant | Civil action no.  05-CV-10437-GAO |

**WASHINGTON INTERNATIONAL INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE REPLY BRIEF**

    The plaintiff, Washington International Insurance Company ("WIIC"), hereby requests leave to file a reply to the defendant Artek Builders, Inc.'s ("Artek") Opposition to WIIC's Motion for Summary Judgment.  In support of this Motion, WIIC states that it wishes to address certain factual assertions and legal arguments set forth in Artek's Opposition and the accompanying affidavit of Diane M. Merlo, submitted in support of its Opposition to WIIC's Motion.  WIIC would also like an opportunity to respond to Artek's Statement of Material Facts which Artek contends there exists issues of material fact for trial.  WIIC requests leave to file its reply on or before March 15, 2006.

    WHEREFORE, Washington International Insurance Company respectfully requests that this Honorable Court grant its request for leave to file a reply brief on or before March 15, 2006.

        Respectfully Submitted,
        **Washington International Insurance Company,**
        By its attorneys,


        <u>/s/ Paula-Lee Chambers</u>
        Paula-Lee Chambers, BBO# 566888
        Hinshaw & Culbertson LLP
        One International Place, 3rd Floor
        Boston, MA 02110
        (617) 213-7000

Date: February 16, 2006

34017905v1 856540