UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10437-GAO

WASHINGTON INTERNATIONAL
INSURANCE COMPANY,
Plaintiff,

v.

ARTEK BUILDERS, INC.,
Defendant.

ORDER
April 6, 2006

O'TOOLE, D.J.

After hearing, the plaintiff's motion for summary judgment is DENIED. The defendant's response to the plaintiff's statement of undisputed facts sufficiently complies with Local Rule 56.1, and it demonstrates that there are material facts in genuine dispute concerning the relationship between the defendant and J.S. Luiz, 3d, Inc., that cannot be resolved on a motion for summary judgment.

_April 6, 2006_  
DATE

_/s/ George A. O'Toole_  
DISTRICT JUDGE