LAW OFFICES OF
**GERALD E. JOHNSON**
SWANSEA PROFESSIONAL PARK
1010 GRAND ARMY HIGHWAY
SWANSEA, MA 02777
———

TEL: (508) 678-5600
FAX: (508) 677-0979
johnson-law@msn.com

Member of Bar
Massachusetts and Rhode Island


September 28, 2006


Sarah A. Thornton, Clerk
United States District Court
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

Re:   Washington International Insurance Co.
vs.   Artek Builders, Inc.
No.   05CV-10437GAO

Dear Ms. Thornton:

Pursuant to the Order of this Court dated June 7, 2006, Judge George J. O'Toole, Jr. presiding, counsel for defendant herewith submits a report on the status of alternate dispute resolution proceedings.

No ADR conference has taken place as of the present date. However, this Court has scheduled a mediation hearing to be held on October 10, 2006 at 9:30 A.M. in Courtroom 14 before Magistrate Leo T. Sorokin. A supplementary report shall be filed with the Court upon the conclusion of this mediation hearing.

Thank you for your cooperation.

Very truly yours,

/S/ *Gerald E. Johnson*

Gerald E. Johnson, BBO #:252460
johnson-law@msn.com
508 678-5600

GEJ/bah
Enclosure

Cc:   Paula-Lee Chambers, Esquire