**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
              Plaintiff(s)

                V.                                                    CIVIL ACTION

                                                                      NO. _____

_____
              Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On _____ I held the following ADR proceeding:

        SCREENING CONFERENCE          EARLY NEUTRAL EVALUATION
        MEDIATION                      SUMMARY BENCH / JURY TRIAL
        MINI-TRIAL                     SETTLEMENT CONFERENCE

      All parties were represented by counsel  [except _____ ]
      The parties were      /were not      present in person or by authorized corporate officer [except
      _____ ].
      The case was:

[ ]   Settled.  Your clerk should enter a _____ day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless
      the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
      case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:




_____                                          _____
    DATE

(ADRReportforpdf.wpd  - 4/12/2000)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Washington International Insurance Co.
_____
Plaintiff(s)

V.

Artek Builders, Inc.
_____
Defendant(s)

CIVIL ACTION

NO. 05-10437-GAO

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE O'TOOLE

- [ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.
- [✓] On October 10, 2006 I held the following ADR proceeding:
  - [ ] SCREENING CONFERENCE
  - [✓] MEDIATION
  - [ ] MINI-TRIAL
  - [ ] EARLY NEUTRAL EVALUATION
  - [ ] SUMMARY BENCH / JURY TRIAL
  - [ ] SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were [ ] /were not [ ]  present in person or by authorized corporate officer [except _____].

The case was:
- [✓] Settled. Your clerk should enter a __45__ day order of dismissal.
- [ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.
- [ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
- [ ] Suggested strategy to facilitate settlement:

10/10/2006
DATE

LEO T. SOROKIN, U.S.M.J.
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)