## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ARTEK BUILDERS, INC.,<br><br>        Defendant | Civil action no.  05-CV-10437-GAO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Washington International Insurance Company ("WIIC") and Defendant, Artek Builders, Inc., hereby stipulate that this action be dismissed, including all claims and counter-claims, with prejudice and without costs or attorneys' fees to any party and all rights to appeal waived.

Respectfully Submitted,
**Artek Builders, Inc.**
By its attorneys

Respectfully Submitted,
**Washington International Insurance Company,**
By its attorneys

/s/ Gerald E. Johnson
Gerald E. Johnson
Law Offices of GERALD E. JOHNSON
Swansea Professional Park
1010 Grand Army Highway
Swansea, AM  02777
(508) 678-5600

/s/ Paula-Lee Chambers
Paula-Lee Chambers, BBO# 566888
Hinshaw & Culbertson LLP
One International Place, 3rd Floor
Boston, MA 02110
(617) 213-7000

34026766v1 856540

2

## **CERTIFICATE OF SERVICE**

      I, Paula-Lee Chambers, Esquire, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 14, 2006.

      /s/ Paula-Lee Chambers

34026766v1 856540